UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT A

## Covenants, Conditions & Restrictions (CC&Rs;) and Governing Documents

Recorded CC&Rs; of the Bent Creek Homeowners Association, together with all amendments. Establishes the four corners of the Association's authority. Contains no express grant of fining power; authorizes only liens for unpaid assessments, injunctive relief, and regular/special assessments.

BK/PG:3422/804-844
04056018
RESTRICTIONS
12/06/2004 10:23 AM
BATCH 34538
MTG TAX 0.00
TRN TAX 0.00
REC FEE 205.00
DP FEE 2.00
REG FEE 0.00
TOTAL 207.00
STATE of TENNESSEE, WILLIAMSON COUNTY
SADIE WADE
REGISTER OF DEEDS

THIS INSTRUMENT PREPARED BY:

Wesley D. Turner
Gullett, Sanford, Robinson & Martin PLLC
315 Deaderick Street, Suite 1100
P.O. Box 198888
Nashville, TN 37219-8888

# DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR BENT CREEK

**THIS DECLARATION**, made on the date hereinafter set forth by **CK DEVELOPMENT, L.L.C.,** a Tennessee limited liability company, hereinafter referred to as "Declarant".

## WITNESSETH:

**WHEREAS,** Declarant is the owner of certain property in the County of Williamson, State of Tennessee, which is more particularly described on the attached Exhibit A, which is incorporated by reference herein, which shall be developed into section and/or phases of Bent Creek, plats of which shall be recorded from time to time showing residential building lots to be developed from such property, the entire development of which shall consist of eight hundred four (804) residential building lots when all property to be included in Bent Creek under the Town of Nolensville Planned Unit Development Plan for Bent Creek is annexed into this instrument.

**NOW, THEREFORE,** Declarant hereby declares that all of the properties described above shall be held, sold and conveyed subject to the following easements, restrictions, covenants and conditions, which are for the purpose of protecting the value and desirability of, and which shall run with, the real property and be binding on all parties having any right, title or interest in the

described properties or any part thereof, their heirs, successors and assigns, and shall inure to the benefit of each owner thereof.

## ARTICLE I

## DEFINITIONS

**Section 1.** "Association" shall mean and refer to **BENT CREEK HOMEOWNERS ASSOCIATION**, a Tennessee not-for-profit corporation, its successors and assigns.

**Section 2.** "Bylaws" shall mean the Bylaws of the Association more particularly set forth as Exhibit B attached hereto.

**Section 3.** "Common Area" shall mean and refer to the areas now or hereafter designated as Common Area or Common Areas on any Plat of sections and/or phases of Bent Creek, as herein defined, or which are conveyed or deeded to the Association for the purpose of serving as Common Areas.

**Section 4.** "Declarant" shall mean and refer to CK Development, L.L.C., a Tennessee limited liability company, and any party designated by it, as having some or all of the rights of Declarant.

**Section 5.** "Declaration" shall mean and refer to this instrument, as it may be amended and supplemented from time to time in the manner set forth herein.

**Section 6.** "Lot" shall mean and refer to each of the eight hundred four (804) residential building sites shown upon the Planned Unit Development Plan for Bent Creek approved by the Town of Nolensville, which Lots shall be platted in phases from time to time as development work is completed.

**Section 7.** "Owner" shall mean and refer to the record owner, whether one or more persons or entities, of a fee simple title to any Lot which is a part of the Properties, including

(a) when one hundred percent (100%) of the eight hundred four (804) Lots in all sections or phases of Bent Creek which are contemplated to be platted and annexed into the Declaration, have been sold by Declarant; or

(b) December 31, 2020

**Section 3. Owners' Easement of Enjoyment.** Every Owner shall have a right and easement of enjoyment in and to the Common Area which shall be appurtenant to and shall pass with the title to every Lot. The right of enjoyment is subject to the following provisions:

(a) The right of the Association to borrow money for the purpose of improving the Common Areas or for constructing, repairing or improving any facilities located or to be located thereon, and to give as security for the repayment of any such loan a mortgage conveying all or a part of the Common Areas;

(b) The right of the association to suspend the voting rights and the right to use Common Areas for any period during which any assessment against a lot remains unpaid, and for a period of time for any infraction of its rules and regulations;

(c) The right of the Association to dedicate or transfer all or any part of the Common Area to any public agency, authority or utility for such purposes and subject to such conditions as may be agreed to by the Association and such agency, authority or utility.

**Section 4. Delegation of Use.** Lot Owners may delegate their right of enjoyment to the Common Areas to the members of their immediate families or to their tenants or contract purchasers who reside on the Lot. Membership in the Association may not be conveyed separately from ownership of a Lot.

**Section 5. Association's Right of Entry.** An authorized representative of the Association shall be entitled to reasonable access to the individual Lots as may be required in connection with

the preservation of property of an individual Lot or in the event of an emergency or in connection with the maintenance of, repairs or replacements with the Common Area, or any equipment, facilities or fixtures affecting or serving other Lots or the Common Area or to make any alteration required by any governmental authority.

## ARTICLE IV

## COVENANT FOR MAINTENANCE ASSESSMENTS

**Section 1. Creation of the Lien and Personal Obligation of Assessments.** Each Lot Owner within the Properties, except Declarant, or Declarant's assignee, hereby covenants, and by acceptance of a deed or other transfer for a Lot, whether or not it shall be so expressed in such deed or transfer, is deemed to covenant and agree to pay to the Association: (a) monthly, quarterly and/or annual assessments or charges, and (b) special assessments for capital improvements, such assessments to be established and collected as hereinafter provided. Declarant shall be responsible for the maintenance costs of the Association incurred over and above assessed amounts payable to the Association by Owners other than Declarant until Declarant transfers control of the Association. Maintenance cost overruns funded by Declarant are obligations of the Association and shall be repaid by the Association to Declarant. The periodic and special assessments, together with interest, costs and reasonable attorney's fees, shall be a charge on the land and shall be a continuing lien upon the property against which each such assessment is made. Each such assessment, together with interest, costs and reasonable attorney's fees, shall also be the personal obligation of the person, other than Declarant, or Declarant's assignee, who was the Owner of such property at the time when the assessment fell due. The personal obligation for delinquent assessments shall not pass to successors in title unless expressly assumed.

**Section 2. Purpose of Assessments.**

(a) The assessments levied by the Association shall be used exclusively to promote the recreation, health, safety and welfare of the residents of the Properties, and for the improvement and maintenance of the Common Area, as defined herein, including but not limited to the cost of labor, equipment, materials, landscaping, signs, management and supervision, payment of taxes assessed against the Common Areas, the procurement and maintenance of insurance in accordance with the Bylaws and in such amount or amounts as is customarily and normally maintained in subdivisions within the area, the employment of attorneys to represent the Association when necessary, and such other needs as may arise. The Association shall maintain, operate and repair the open spaces and Common Area and landscape amounts, including gates, walls and landscaping in such areas.

(b) Declarant may construct certain recreational facilities on part of the Common Area for the benefit of the lot owners in Bent Creek and the members of the Association. The Association shall execute and deliver to Declarant a promissory note in the principal amount of $250,000.00, without interest payable in equal monthly installments over eight (8) years, to repay Declarant for a portion of its costs incurred in constructing those recreational facilities. That promissory note shall be secured by a deed of trust on the portion of the Common Area occupied by said recreational facilities. A portion of the assessments provided for in this article, such portion being in the amount of $10.00 per month per Lot that is then subject to an assessment, shall be paid by the Association to Developer to pay the promissory note. In the event the recreational facilities are not constructed, then the promissory note shall be returned by Declarant to the Association.

Until Class B membership ceases and is converted to Class A membership, Declarant or its nominee shall administer the assessments and receipts therefrom.

**Section 3. Special Assessments for Capital Improvements.** In addition to the annual assessments authorized above, the Association may levy, in any assessment year, a special assessment applicable to that year only for the purpose of defraying, in whole or in part, the cost of any construction, reconstruction, repair or replacement of a capital improvement upon the Common Area, including any fixtures and personal property related thereto, provided that any such assessment shall have the assent of two-thirds (2/3rds) of the votes of each class of members who are voting in person or by proxy, at a meeting duly called for this purpose.

**Section 4. Notice and Quorum for Any Action Authorized Under Section 3.** Written notice of any meeting called for the purpose of taking any action authorized under Section 3 shall be sent to all members not less than thirty (30) days nor more than sixty (60) days in advance of the meeting. At the first such meeting called, the presence of members or of proxies entitled to cast sixty (60%) percent of all the votes of each class of membership shall constitute a quorum. If the required quorum is not present, another meeting may be called subject to the same notice requirement, and the required quorum at the subsequent meeting shall be one-half (1/2) of the required quorum at the preceding meeting. No such subsequent meeting shall be held more than sixty (60) days following the preceding meeting.

**Section 5. Uniform Rate of Assessment.** Except as specifically provided herein, both annual and special assessments must be fixed at a uniform rate for all Lots, except for the Lots owned by Declarant, or Declarant's assignee, and may be collected on a monthly, quarterly or annual basis. The Board of Directors may at its discretion waive the assessment for any year or portion of a year for any Lot not occupied as a residence.

**Section 6. Date of Commencement of Annual Assessments: Due Dates.** The annual assessments shall commence as provided for herein. The first annual assessment shall be adjusted

according to the number of months remaining in the calendar year. The Board of Directors shall fix the amount of the annual assessment against each Lot at least thirty (30) days in advance of each annual assessment period. Written notice of the annual assessment shall be sent to every Owner subject thereto. The due dates may be established by the Board of Directors. The Association shall, upon demand, and for a reasonable charge, furnish a certificate signed by an officer of the Association setting forth whether the assessments on a specified Lot have been paid. A properly executed certificate of the Association as to the status of assessments on a Lot is binding upon the Association as of the date of its issuance.

**Section 7. Effect of Nonpayment of Assessments: Remedies of the Association.** Any assessment not paid within thirty (30) days after the due date shall bear interest from the due date at the lesser of the rate of ten (10%) percent per annum or the maximum interest rate allowed by applicable law. The Association may bring an action at law against the Owner personally obligated to pay the same, or foreclose the lien against the Lot(s) in question. No Owner may waive or otherwise escape liability for the assessments provided for herein by non-use of any of the benefits of Association membership or abandonment of such Owner's Lot.

**Section 8. Subordination of the Lien to Mortgages and Deeds of Trust.** The lien of the assessments provided for herein shall be subordinate to the lien of any mortgage or deed of trust. Sale or transfer of any Lot shall not affect the assessment lien. However, the sale or transfer of any Lot pursuant to mortgage or deed of trust foreclosure or any proceeding in lieu thereof, shall extinguish the lien of such assessments as to payments which became due prior to such sale or transfer. No sale or transfer shall relieve such Lot from liability for any assessments thereafter becoming due or from the lien thereof.

otherwise approved in writing by Declarant. Garages, as structures, are subject to prior plan approval under Section 1 of this Article.

**Section 6. Landscaping; Driveways; Trees.**

(a) Before final completion of construction of a residence, the Lot Owner shall grade, seed, straw and landscape the Lot. Declarant in its sole discretion may extend a thirty (30) day grace period for this work to allow for weather conditions, provided the Lot Owner has made a good faith effort to satisfy this requirement.

(b) Upon final completion of construction of a residence, the Lot Owner shall cause to be planted two (2) trees (at least three (4) inches in diameter) in the front yard of the Lot, and if the Lot is a corner Lot, an additional one (1) such tree in the street-side yard. Trees will be planted in accordance with the landscaping plan approved by the Town of Nolensville planning staff. No tree outside the approved house construction limits shall be removed from any Lot without the prior written approval of Declarant.

(c) Upon an Owner's failure to comply with the provisions of this Section 6, Declarant may take such action as necessary to comply therewith, and the Owner shall immediately, upon demand, reimburse Declarant or other performing party for all expenses incurred in so doing, together with interest at the rate accruing on past due assessments as provided herein, and Declarant shall have a lien for such expenses and interest on the applicable Lot and the improvements thereon to secure the repayment of such amounts. Such lien may be enforced by foreclosure against that Lot and the improvements thereon, but such lien shall be subordinate to any mortgage or deed of trust thereon.

**Section 7. Mail and Paper Boxes; Hedges.** Mailboxes and paper holders shall be of the type and made by the manufacturer required by Declarant, and shall be installed in accordance with

design drawings furnished by Declarant. All mail boxes and paper holders shall be installed by the Lot Owner prior to occupancy of the residence. An evergreen shrub hedge shall be planted and maintained on each Lot having a garage opening facing the street in accordance with the Town of Nolensville Bent Creek Planned Unit Development requirements. No other hedge shall be planted on any Lot unless its design and planting are approved in writing by Declarant.

**Section 8. Preliminary Review; Standards of Review.** If prior to designing structures, landscaping or other improvements, there is any question that a particular design may not be acceptable to Declarant, the Lot Owner or builder may consult with Declarant concerning appropriate plans and specifications. Approval shall be based upon, among other things, adequacy of site dimensions, harmony of external design with neighboring structures, and uses; upon relation of topography, grade and finished ground elevation of the Lot being improved to that of neighboring Lots; upon proper facing of main elevations with respect to nearby streets; and upon conformity of the plans and specifications to a traditional architectural theme as contemplated by Declarant. By approving any plans and specifications, Declarant makes no representation that the plans and specifications comply with any law, ordinance or regulation of any governmental agency.

## ARTICLE VI

## RIGHTS OF GOVERNMENTAL AUTHORITY

The Association shall not be dissolved nor, except as specifically provided herein, shall it dispose of it rights or obligations with respect to the Common Area, except to an organization conceived and established to maintain the Common Area, without first offering to convey the same to Williamson County, Tennessee, or other applicable governmental authority having jurisdiction, and the said conveyance be approved by the applicable governmental authority.

on any Lot except for one (1) single family dwelling designated for the occupancy of one (1) family (including any domestic servants living on the premises), not to exceed two and one-half (2-1/2) stories in height (except that a basement opening only on the back of the residence may be in addition to the two and one-half (2-1/2) story minimum and containing a garage, for the sole use of the Owner and occupants of the Lot unless otherwise approved in writing by Declarant.

**Section 2. Nuisances.** No noxious or offensive trade or activity shall be conducted on any Lot, nor shall anything be done which may be or become an annoyance or nuisance to the neighborhood.

**Section 3. Use of Other Structures and Vehicles.**

(a) No structure of a temporary character including, without limitation, dog houses and dog runs, shall be permitted on any Lot except temporary tool sheds or field offices used by a builder who is constructing a residence(s) on an adjoining Lot(s) or Declarant, which, in the case of a builder shall be removed when construction or development is completed on the adjoining Lot(s).

(b) No outbuilding, trailer, basement, tent, shack, garage, barn or structure other than the main residence erected on a Lot shall at any time be used as a residence, temporarily or permanently unless otherwise approved in writing by Declarant pursuant to this Declaration.

(c) No trailer, truck, motorcycle, commercial vehicle, camper trailer, camping vehicle or boat shall be parked or kept on any Lot at any time unless housed in a garage or basement. No automobile which is inoperable shall be habitually or repeatedly parked or kept on any Lot (except in the garage) or on any street in the subdivision. No trailer, boat, truck, or other vehicle, except an automobile shall be parked on any street in the subdivision for a period in excess of one (1) twenty-four (24) hour period in any calendar year.

fidelity bond coverage shall be in an amount and in a form sufficient to meet the guidelines set forth in the Federal National Mortgage Association Lending Guide, Chapter 3, Part 5.

## ARTICLE XII

## RIGHTS OF LENDER

**Section 1.** Upon written request to the Association, identifying the name and address of the holder, insurer or guarantor and the name and address of the affected Lot Owner, any mortgage holder, insurer or guarantor will be entitled to timely written notice of:

A. Any condemnation or casualty loss that affects either a material portion of the Properties or the Lot securing its mortgage or deed of trust.

B. Any sixty (60) day delinquency in the payment of assessments or charges owed by the Owner of any Lot on which it holds a mortgage or deed of trust.

C. A lapse, cancellation or material modification of any insurance policy or fidelity bond maintained by the Association.

D. Any proposed action that requires the consent of a specified percentage of mortgage or deed of trust holders.

**Section 2.** Any holder of a first mortgage or deed of trust is entitled, upon written request, to a financial statement for the immediately preceding fiscal year of the Association.

**Section 3.** The Association is required to make available not only to Lot Owners, but to lenders, and to holders, insurers or guarantors of any first mortgage or deed of trust, current copies of the Declaration, By-Laws, other rules concerning the Properties, and the books, records and financial statements of the Association. "Available" means available for inspection, upon request, during normal business hours or under other reasonable circumstances.

ARTICLE XIII

GENERAL PROVISIONS

**Section 1. Enforcement.** The Declarant, the Association or any Owner shall have the right to enforce, by any proceeding at law or in equity, all restrictions, conditions, covenants, reservations, liens and charges now or hereafter imposed by the provisions of this Declaration, including the right to prosecute an action or other proceeding against any defaulting Lot Owner for enforcement of any lien and the appointment of a receiver for the Lot and ownership interest of such Lot Owner, or for damages or injunction or specific performance, or for judgment for payment of money and collection thereof, or the right to sell the Lot through judicial process, or for any combination of remedies, or for any other relief. All expenses of the Declarant, the Association or any Owner in connection with any such action or proceedings including court costs and attorneys' fees and other fees and expenses and all damages, liquidated or otherwise, together with interest thereon at the lesser of ten (10%) percent per annum, or the highest rate then allowed by applicable law, until paid, shall be charged to and assessed against any such defaulting Lot Owner, and shall be added to and deemed part of the assessment to which the Lot in question is subject, and the Declarant, the Association or any Owner shall have a lien for all of the same, as well as for nonpayment of the assessment to which the Lot in question is subject, upon the Lot of such defaulting Lot Owner and upon all of such Owner's additions and improvements thereto and upon all of such Owner's personal property on the Lot or located elsewhere in the Properties, provided, however, that such lien shall be subordinate to the lien of a recorded mortgage or deed of trust on the interest of such Lot Owner, except for the amount of the proportionate share of the assessment to which the Lot in question is subject which becomes due and payable from and after the date on which the said mortgage or deed of trust owner or holder either takes possession of the Lot, or

accepts a conveyance of any interest therein (other than as a security). In the event of any such default by any Lot Owner, the Declarant, the Association or any Owner shall have the authority to correct such default, and to do whatever may be necessary for such purpose and all expenses in connection therewith shall be charged to and assessed against such defaulting Owner and Lot. Any and all such rights and remedies may be exercised at any time and from time to time, cumulatively or otherwise, by the Declarant or the Association. This paragraph shall not be amended, changed, modified or rescinded without the prior consent of all holders of record of mortgages and deeds of trust against Lots in the Properties.

The violation of any restriction, condition or regulation adopted by the Association or the breach of any covenant or provision herein contained, shall give the Declarant or the Association the right, in addition to any other rights provided for in this Declaration: (a) to enter (either peaceably or forcibly without liability to such Lot Owner for such entry) upon the portion of a residence thereon, or as to which such violation or breach exists and to summarily abate and remove, at the expense of the defaulting Lot Owner, any structure, thing or condition that may exist thereon contrary to the intent and meaning of the provisions hereof, and the Declarant or the Association, or its employees or agents, shall not thereby be deemed guilty in any manner of trespass; or (b) to enjoin, abate or remedy by appropriate legal proceedings, either at law or in equity, the continuance of any breach; or (c) to take possession (either peaceably or forcibly without liability to such Lot Owner for such entry) of such Lot Owner's interest in the Properties and to maintain an action for possession of such Lot in the manner provided by law.

If any Lot Owner (either by such Owner's own conduct or by the conduct of any other occupant of the Lot) shall violate any of the covenants or restrictions or provisions of this Declaration or the regulations adopted by the Association, and if such default or violation shall

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT B

## HOA Fine Policy (September 2022)

Original Fine Policy adopted by the Board in September 2022, establishing an escalating fine schedule of $50 / $100 / $150 for purported CC&R; violations. Cites TCA § 48-53-102 (general nonprofit corporate powers) as its claimed source of authority — a statute that does not authorize monetary fines.

THIS INSTRUMENT PREPARED BY:
**SCOTT D. WEISS, ESQ., CCAL**
Ortale Kelley Law Firm
CMT Building
330 Commerce Street, Suite 110
Nashville, Tennessee 37201
(**Prepared from information provided by and at the direction of the Bent Creek Homeowners Association**)

# BENT CREEK HOMEONWERS ASSOCIATION

## RULES & REGULATIONS

## AND GENERAL FINE POLICY

**Adopted September 2022**

# <u>Fine Policy</u>

This Fine Policy is adopted by the Board of Directors ("Board" or "Directors") of Bent Creek Homeowners Association ("Bent Creek" or "Association") in accordance with the general powers granted to the Board by Tennessee Code Annotated § 48-53-102 to provide a fair, equitable and consistent policy and application of due process for the enforcement of existing and future Rules and Regulations which may be adopted by the Board from time to time; and, to the extent enforcement provisions do not already exist, for the enforcement of the Declaration of Covenants, Conditions and Restrictions for Bent Creek ("Declaration") and the By-Laws of Bent Creek Homeowners Association ( "By-Laws") and any and all amendments thereto.

It is the intent of the Board that this Fine Policy shall terminate, override and supersede any and all existing fine policies which may have been adopted by any previous Board.

All complaints regarding non-compliance with Rules and Regulations, the Declaration and/or By-Laws, shall be signed and submitted in writing to the Association management company. **In addition to the provisions below, the Board may, at its discretion, suspend voting rights and use of all Association amenities for so long as any non-compliance may continue in accordance with Article III, Section 3 of the Declaration and Article VII, Section 1 of the By-Laws**.

I. **<u>General:</u>** Except as otherwise noted in Rules and Regulations, the Declaration and/or By-Laws, violation of Rules and Regulations, the Declaration and/or By-Laws shall be enforced as follows:

a. <u>First Written Notice:</u> Owner and tenant/occupant (if applicable) will be mailed a written notice detailing the violation, action(s) which must be taken to resolve the infraction and that resolution of the violation shall be achieved within ten (10) calendar days of the date written on the first written notice.

b. <u>Second Written Notice:</u> If the violation continues after the first written notice, the Owner and tenant/occupant (if applicable) will be mailed a second written notice detailing the violation, action(s) which must be taken to resolve the infraction, that a fine of $50.00 has been levied against their account and that resolution of the violation shall be achieved within ten (10) calendar days of the date written on the second written notice.

c. <u>Third Written Notice:</u> If the violation continues after the second written notice, the Owner and tenant/occupant (if applicable) will be mailed a third written notice

detailing the violation, action(s) which must be taken to resolve the infraction; that a fine of $100.00 has been levied against their account; that resolution of the violation shall be achieved within ten (10) calendar days of the date written on the third written notice.

d. Fourth Written Notice: If the violation continues after the third written notice, the Owner and tenant/occupant (if applicable) will be mailed a fourth and final written notice detailing the violation, action(s) which must be taken to resolve the infraction; that a fine of $150.00 has been levied against their account; that resolution of the violation shall be achieved within five (5) calendar days of the date written on the fourth written notice; and, informing the Owner and tenant/occupant (if applicable) that should the violation continue past such five (5) calendar days, the violation will be referred to the Association attorney for enforcement.

e. Referral to Attorney: The Board of Directors will contact the Association attorney after mailing the fourth written notice for counsel as to the most effective means of terminating the violation. All fines authorized by this Fine Policy plus all costs and reasonable attorney's fees shall be a charge on the land and a continuing lien against the Lot and all improvements located thereon, owned by the Lot Owner or occupied by the occupant thereof, and all such fines, costs and reasonable attorney's fees shall be the personal obligation of the Lot Owner and/or tenant or occupant of the Lot against which such fines, costs and reasonable attorney's fees have been secured.

II. **Architectural Requests**. Failure to submit written request to the Board or designated Architectural Control Committee prior to the erection, placement or alteration of any structure upon any Lot by its Owner as required by Article V of the Declaration, shall be a violation and subject to a fine in the amount of two hundred and fifty dollars ($250.00). Such fine, plus all costs and reasonable attorney's fees shall be a charge on the land and a continuing lien against the Lot and all improvements located thereon, owned by the Lot Owner or occupied by the occupant thereof, and all such fines, costs and reasonable attorney's fees shall be the personal obligation of the Lot Owner and/or tenant or occupant of the Lot against which such fines, costs and reasonable attorney's fees have been secured.

III. **Continuing Violations**. Any violation which is resolved but reoccurs at any time within or after thirty (30) calendar days from the date of resolution, shall be considered a continuation of the previous violation and will be enforced in accordance with the relevant next part of this Fine Policy.

Adopted this ____ day of ____________, 2022, by the undersigned, ________________, President of the Bent Creek Homeowners Association, who acknowledges and affirms that a meeting of the Board of Directors was held on __________, 2022 where a quorum of Directors were present and a motion was made, seconded and passed to adopt these Rules and Regulations and Fine Policy.

BENT CREEK
HOMEOWNERS ASSOCIATION

____________________________________
By:
Its: President

STATE OF TENNESSEE)
COUNTY OF WILLIAMSON)

Before me, a Notary Public in and for the State and County aforesaid, personally appeared ______________________ with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who, upon his oath, acknowledged himself to be the President of Bent Creek Homeowners Association, and that he as such President, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing the name of the Association by himself as such President.

Witness my hand and official seal at _____________, Williamson County, Tennessee, this _____ day of September, 2022.

____________________________________
Notary Public

My Commission Expires:

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT C

## Revised Fine Policy (June 2025)

Revised Fine Policy issued June 2025, adding a $500 architectural fine category. Reissued during the period of escalation against Plaintiff; demonstrates ongoing reliance on the same ultra vires authority as Exhibit B.

THIS INSTRUMENT PREPARED BY:
**SCOTT D. WEISS, ESQ., CCAL**
Ortale Kelley Law Firm
CMT Building
330 Commerce Street, Suite 110
Nashville, Tennessee 37201
(**Prepared from information provided by and at the direction of the Bent Creek Homeowners Association**)
**Revised June 2025**

# BENT CREEK HOMEOWNERS ASSOCIATION

## AMENDMENT TO RULES & REGULATIONS
## AND GENERAL FINE POLICY

**Adopted September 2022**
**Revised June 2025**

# **Fine Policy**

This Fine Policy is adopted by the Board of Directors ("Board" or "Directors") of Bent Creek Homeowners Association ("Bent Creek" or "Association") in accordance with the general powers granted to the Board by Tennessee Code Annotated § 48-53-102 to provide a fair, equitable and consistent policy and application of due process for the enforcement of existing and future Rules and Regulations which may be adopted by the Board from time to time; and, to the extent enforcement provisions do not already exist, for the enforcement of the Declaration of Covenants, Conditions and Restrictions for Bent Creek ("Declaration") and the By-Laws of Bent Creek Homeowners Association ( "By-Laws") and any and all amendments thereto.

It is the intent of the Board that this Fine Policy shall terminate, override and supersede any and all existing fine policies which may have been adopted by any previous Board, and replace the penalties for infractions of rules and regulations section of the community rules and regulations adopted September 2021.

All complaints regarding non-compliance with Rules and Regulations, the Declaration and/or By-Laws, shall be signed and submitted in writing to the Association management company. **In addition to the provisions below, the Board may, at its discretion, suspend voting rights and use of all Association amenities for so long as any non-compliance may continue in accordance with Article III, Section 3 of the Declaration and Article VII, Section 1 of the By-Laws**.

I. **General:** Except as otherwise noted in Rules and Regulations, the Declaration and/or By-Laws, violation of Rules and Regulations, the Declaration and/or By-Laws shall be enforced as follows:

a. First Written Notice: Owner and tenant/occupant (if applicable) will be mailed a written notice detailing the violation, action(s) which must be taken to resolve the infraction and that resolution of the violation shall be achieved within twenty-one (21) calendar days of the date written on the first written notice.

b. Second Written Notice: If the violation continues after the first written notice, the Owner and tenant/occupant (if applicable) will be mailed a second written notice detailing the violation, action(s) which must be taken to resolve the infraction, that a fine of $50.00 has been levied against their account and that resolution of the violation shall be achieved within fourteen (14) calendar days of the date written on the second written notice.

c. Third Written Notice: If the violation continues after the second written notice, the Owner and tenant/occupant (if applicable) will be mailed a third written notice

detailing the violation, action(s) which must be taken to resolve the infraction; that a fine of $100.00 has been levied against their account; that resolution of the violation shall be achieved within fourteen (14) calendar days of the date written on the third written notice.

d. Fourth Written Notice: If the violation continues after the third written notice, the Owner and tenant/occupant (if applicable) will be mailed a fourth and final written notice detailing the violation, action(s) which must be taken to resolve the infraction; that a fine of $150.00 has been levied against their account; that resolution of the violation shall be achieved within ten (10) calendar days of the date written on the fourth written notice; and, informing the Owner and tenant/occupant (if applicable) that should the violation continue past such ten (10) calendar days, the violation will be referred to the Association attorney for enforcement.

e. Referral to Attorney: The Board of Directors or management company will contact the Association attorney after mailing the fourth written notice for counsel as to the most effective means of terminating the violation. All fines authorized by this Fine Policy plus all costs and reasonable attorney's fees shall be a charge on the land and a continuing lien against the Lot and all improvements located thereon, owned by the Lot Owner or occupied by the occupant thereof, and all such fines, costs and reasonable attorney's fees shall be the personal obligation of the Lot Owner and/or tenant or occupant of the Lot against which such fines, costs and reasonable attorney's fees have been secured.

II. **Architectural Requests**. Failure to submit written request to the Board or designated Architectural Control Committee prior to the erection, placement or alteration of any structure upon any Lot by its Owner as required by Article V of the Declaration, shall be a violation and subject to a fine in the amount of five hundred dollars ($500.00). Such fine, plus all costs and reasonable attorney's fees shall be a charge on the land and a continuing lien against the Lot and all improvements located thereon, owned by the Lot Owner or occupied by the occupant thereof, and all such fines, costs and reasonable attorney's fees shall be the personal obligation of the Lot Owner and/or tenant or occupant of the Lot against which such fines, costs and reasonable attorney's fees have been secured.

III. **Continuing Violations**. Any violation which is resolved but reoccurs at any time within or after one hundred eighty (180) calendar days from the date of resolution, shall be considered a continuation of the previous violation and will be enforced in accordance with the relevant next part of this Fine Policy.

IV. **Appeals Process.** Any owner who seeks to appeal any charges on their account must submit an appeal charges request form which is available through the management company, in order to request an appeal. Appeals must be requested within 10 days of receiving the violation notice.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT D

## Sent Emails from Kevin Donovan (Disability Disclosures, Feb–Apr 2025)

Plaintiff's outbound email log to Timmons Properties and the Bent Creek HOA Board between February 28, 2025 and April 30, 2025. Documents four written disability disclosures predating the May 19, 2025 'first instance' misrepresentation.

**Page 38 (D) - Prohibited Use of Motorized Vehicles in the Common Areas**

Under no circumstance shall any person use the Common Areas for motorized recreation. Using trucks, cars, motorcycles, dirt bikes, four-wheelers, golf carts, electric scooters, or any other motorized vehicles in the Common Areas is prohibited. Only Homeowner Association approved maintenance vehicles are allowed in the Common Areas.

Parents – Please talk with your children about the Rules and Regulations as well as the safety concerns regarding motorized vehicles, speeding and crossing roadways/intersections.

Thank you,
Bent Creek Board of Directors

Sincerely,

Timmons Properties, Inc. on behalf of Bent Creek Homeowners Association, Inc.
(615) 383-1777 | timmonsproperties.com

| | |
|---|---|
| **Subject:** | Re: Kevin Donovan Voicemail |
| **Date:** | Sunday, June 1, 2025 at 7:43:56 AM Central Daylight Time |
| **From:** | Kevin Donovan |
| **To:** | Lynn Burka |
| **CC:** | Kaley Vaughn, Customer Care |
| **Attachments:** | image001.jpg |

Dear Ms. Burka,

Thank you for your recent correspondence. I am writing to clarify a few key points and ensure the record reflects the full scope of this matter.

First, I am not currently represented by outside legal counsel in this matter. I am acting pro se. Accordingly, your position that all communication must go through an attorney is both incorrect and obstructive. I expect that communications will resume directly and in writing.

Second, I previously notified your office of a medical condition and requested a pause in enforcement communications as early as January 2025. I also followed up with a request that the ongoing harassment stop while I navigated these health challenges. At the time, I was told the matter was "being monitored." No accommodation form or guidance was provided to me then—or at any time since—until your recent email. Your office's failure to

He needs to leave me alone. This is not ok.

---

**From:** Timmons Properties, Inc. <[redacted]>
**Sent:** Thursday, May 1, 2025 12:51:53 AM
**To:** [redacted] <[redacted]>
**Subject:** First Reminder for 6008 Christmas Drive in Bent Creek Homeowners Association, Inc. - [#XN1108821]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you would like to respond to this notification, please place your response above the dotted line.

**You will receive a copy of this notice in the mail.**

Kevin Donovan

Community Associations, such as yours, are tasked with maintaining harmony and protecting property values within the community. During a recent inspection, it was observed that certain aspects of your property did not meet the standards set forth in the governing documents. Specifically, the following areas were identified as non-compliant: ***Prohibited Vehicle- Boat, Camper, Commercial Vehicle, RV or Trailer - Please remove the camper/recreational vehicle and refrain from parking on the street as this is prohibited in Bent Creek.***.

***Please view the attached letter for more information.***

If you believe that your property complies and that this notice has been mistakenly issued, please communicate with us. To avoid further notices and potential fines, you can respond to this email.

Please remember that this letter is a courtesy notice, demonstrating our dedication to a harmonious community. We greatly value your immediate action to address the issues noted. Your cooperation is vital in upholding the community's aesthetic and quality of life.

We thank you in advance for your cooperation and for helping to make Bent Creek Homeowners Association, Inc. a remarkable place to live.

Sincerely,

Kaley Vaughn

Bent Creek Homeowners Association, Inc.

This Community is Professionally Managed By:

Timmons Properties, Inc.

Email: [redacted]

portal.timmonsproperties.com

**Subject:** Re: First Reminder for 6008 Christmas Drive in Bent Creek Homeowners Association, Inc. - [#XN1042018]
**Date:** Thursday, March 27, 2025 at 7:51:33 AM Central Daylight Time
**From:** Kevin Donovan
**To:** Timmons Properties, Inc.

I am trying to get this finished. I've been dealing with health issues and am preparing to sell my house. Please give me a bit of grace and time. Then we can all move along shortly.

---

**From:** Timmons Properties, Inc. <[redacted]>
**Sent:** Saturday, March 22, 2025 12:02:58 AM
**To:** [redacted] <[redacted]>
**Subject:** First Reminder for 6008 Christmas Drive in Bent Creek Homeowners Association, Inc. - [#XN1042018]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you would like to respond to this notification, please place your response above the dotted line.

**You will receive a copy of this notice in the mail.**

Kevin Donovan

Community Associations, such as yours, are tasked with maintaining harmony and protecting property values within the community. During a recent inspection, it was observed that certain aspects of your property did not meet the standards set forth in the governing documents. Specifically, the following areas were identified as non-compliant: ***Items outside home - Remove items located outside of the home***.

***Please view the attached letter for more information.***

If you believe that your property complies and that this notice has been mistakenly issued, please communicate with us. To avoid further notices and potential fines, you can respond to this email.

Please remember that this letter is a courtesy notice, demonstrating our dedication to a harmonious community. We greatly value your immediate action to address the issues noted. Your cooperation is vital in upholding the community's aesthetic and quality of life.

We thank you in advance for your cooperation and for helping to make Bent Creek Homeowners Association, Inc. a remarkable place to live.

Sincerely,

Kaley Vaughn

Bent Creek Homeowners Association, Inc.

This Community is Professionally Managed By:

Timmons Properties, Inc.

Email: [redacted]

portal.timmonsproperties.com

**Subject:** Re: Balance Due Reminder - 6008 Christmas Drive in Bent Creek Homeowners Association, Inc. - [#XN1054197]
**Date:** Friday, March 28, 2025 at 6:26:08 AM Central Daylight Time
**From:** Kevin Donovan
**To:** Timmons Properties, Inc.

I sent an email yesterday that explained I am trying to fix the outside of the house and get it ready for sale. I was really sick when this was going on and have had some Lingering issues since. Could you please give me the grace and reverse the few please.

---

**From:** Timmons Properties, Inc. <[redacted]>
**Sent:** Friday, March 28, 2025 2:13:32 AM
**To:** [redacted] <[redacted]>
**Subject:** Balance Due Reminder - 6008 Christmas Drive in Bent Creek Homeowners Association, Inc. - [#XN1054197]

Email: [redacted]

Office Hours: Monday - Thursday 7:30 am – 4:30 pm

Friday 7:30 am – 4:00 pm

Payment Remittance Address:

Timmons Properties, Inc.

PO Box 24446

Nashville, TN 37202-4446

Make your check payable to your Bent Creek Homeowners Association, Inc. and include your account number.

Office Hours: Monday - Thursday 7:30 am – 4:30 pm

Friday 7:30 am – 4:00 pm

**Subject:** Re: Second Notice of Balance Due for 6008 Christmas Drive in Bent Creek Homeowners Association, Inc. - [#XN1054197]
**Date:** Wednesday, April 30, 2025 at 5:54:24 AM Central Daylight Time
**From:** Kevin Donovan
**To:** Timmons Properties, Inc.

I am currently off work with disability. I'll pay this when I have the means.

---

**From:** Timmons Properties, Inc. <[redacted]>
**Sent:** Wednesday, April 30, 2025 2:15:18 AM
**To:** [redacted] <[redacted]>
**Subject:** Second Notice of Balance Due for 6008 Christmas Drive in Bent Creek Homeowners Association, Inc. - [#XN1054197]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you would like to respond to this notification, please place your response above the dotted line.

You will receive a copy of this notice in the mail.

Kevin Donovan

We hope this email finds you well. According to our records, there is an outstanding balance on your account. Here is a summary of the balance:

Default-Admin fee: $45.00

**Subject:** Re: Third Reminder for 6008 Christmas Drive in Bent Creek Homeowners Association, Inc. - [#XN867602]
**Date:** Friday, February 28, 2025 at 3:34:27 PM Central Standard Time
**From:** Kevin Donovan
**To:** Timmons Properties, Inc.

I am trying to get this fixed. We were sick and haven't been able to get the part. Please give me some grace.

---

**From:** Timmons Properties, Inc. <[redacted]>
**Sent:** Friday, February 28, 2025 1:48:59 PM
**To:** [redacted] <[redacted]>
**Subject:** Third Reminder for 6008 Christmas Drive in Bent Creek Homeowners Association, Inc. - [#XN867602]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you would like to respond to this notification, please place your response above the dotted line.

**You will receive a copy of this notice in the mail.**

Kevin Donovan

Community Associations, such as yours, are tasked with maintaining harmony and protecting property values within the community. During a recent inspection, it was observed that certain aspects of your property did not meet the standards set forth in the governing documents. Specifically, the following areas were identified as non-compliant:
***Exterior Maintenance - Please repair the broken trash concealment.***

***Please view the attached letter for more information.***

If you believe that your property complies and that this notice has been mistakenly issued, please communicate with us. To avoid further notices and potential fines, you can respond to this email.

Please remember that this letter is a courtesy notice, demonstrating our dedication to a harmonious community. We greatly value your immediate action to address the issues noted. Your cooperation is vital in upholding the community's aesthetic and quality of life.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT E

## Email Correspondence — Lynn Burka, May 19, 2025 (#XN1137987)

Email from Lynn Burka (Timmons President/Managing Partner) to Plaintiff dated May 19, 2025, stating 'This is the first instance in which you've mentioned a disability' and imposing a sidewalk-ban / no-contact directive. The 'first instance' statement is the core fraud predicate.

**Subject:** Email Correspondence - [#XN1137987]
**Date:** Monday, May 19, 2025 at 12:01:55 PM Central Daylight Time
**From:** Timmons Properties, Inc.
**To:** [redacted]
**CC:** [redacted], [redacted]
**Attachments:** Timmons Properties - Reasonable Accomodation Request Form.pdf

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you would like to respond to this notification, please place your response above the dotted line.

Mr. Donovan - Due to the seriousness of your request, I am resending Lynn's email with the Reasonable Accommodations Request Form to be sure that you have received it.

Response to Your Recent Communication – Bent Creek HOA

Dear Mr. Donovan,

Thank you for your recent communication. I will address each of your concerns individually below.

**Request for Reasonable Accommodation**

This is the first instance in which you've mentioned a disability that may impact your mobility or indicated a desire to request a reasonable accommodation. We are committed to working with you and assisting with your request; however, we must receive a formal, detailed request regarding the camper violation. Please send this request directly to both Kaley Vaughn and me. Once received, we will forward it to the appropriate parties for review.

**Request to Remove the Fine**

In your prior correspondence, your dispute focused solely on your belief that you are only obligated to comply with the Town of Nolensville's ordinance and not the Bent Creek Governing Documents, which allow camper parking for 24 hours within any 12-month period. Once we receive your reasonable accommodation request, your request for the removal of the fine will also be considered during the review process.

**Allegations of Harassment**

Timmons Properties serves as the managing agent for the Bent Creek HOA and is responsible for consistently and fairly enforcing the community's Governing Documents.

**Concerns Regarding Mr. Cody**

Timmons Properties has no knowledge or record, nor have you provided any proof of Mr. Cody following you or your family or taking photographs. If you believe this behavior

is occurring, we recommend that you contact the proper authorities and take any actions you feel are necessary to address your concerns through the appropriate legal or law enforcement channels.

**Future Communication Protocol**

We take health issues very seriously, and due to the nature of your concerns, as well as your recent threatening and disruptive behavior during in-person interactions and phone conversations we must establish clear boundaries and acceptable forms of communication going forward.

Therefore, you are hereby requested to cease and desist from all direct and indirect contact with the Bent Creek HOA Board members. This includes, but is not limited to, visiting their homes, walking past their homes and standing on the sidewalk staring at their house, phone calls, emails, and text messages. All future communication regarding HOA matters must be submitted in writing and directed only to Kaley Vaughn, myself and the [redacted] email address.

This step is necessary to ensure the safety, well-being, and professionalism of all parties involved.

**Required Action**

Submit your written request for a reasonable accommodation providing the specific accommodations you are requesting pertaining to the camper being parked on the street beside your home.  We encourage you to submit the request as soon as possible so we may proceed with appropriate review and consideration.

Should you have any questions, please feel free to contact us in writing.

Sincerely,

Lynn Burka

President, Managing Partner

Timmons Properties

Respectfully,

Kaley Vaughn
Association Manager

Item Details:
Bent Creek Homeowners' Association
Kevin Donovan
6008 Christmas Drive
Appeal Form

Hi Kevin - Attached is the appeal form per our conversation.

Sincerely,

Kaley Vaughn
On behalf of Bent Creek Homeowners Association, Inc.

This Community is Professionally Managed By:
Timmons Properties, Inc.
(615) 383-1777

timmonsproperties.com

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT F1

## HOA Financial Statement — 2021 Year-End

Audited / year-end financial statement for fiscal year 2021. Establishes reserve fund baseline of $1,333,728 and operating budget overrun of $16,242.

**Bent Creek Homeowners Association**
**Budget Comparison Report**
**12/1/2021 - 12/31/2021**

| | 12/1/2021 - 12/31/2021 | | | 1/1/2021 - 12/31/2021 | | | |
|---|---|---|---|---|---|---|---|
| | **Actual** | **Budget** | **Variance** | **Actual** | **Budget** | **Variance** | **Annual Budget** |
| **Income** | | | | | | | |
| Income | | | | | | | |
| 4136 - TOWNHOMES INCOME | $649.00 | $649.00 | $0.00 | $7,788.00 | $7,788.00 | $0.00 | $7,788.00 |
| 4137 - INTEREST INCOME | $8.56 | $800.00 | ($791.44) | $188.04 | $10,000.00 | ($9,811.96) | $10,000.00 |
| 4137.2 - CD INTEREST | $166.04 | $26.00 | $140.04 | $347.60 | $305.00 | $42.60 | $305.00 |
| 4142 - COTTAGES | $365.00 | $365.00 | $0.00 | $4,380.00 | $4,380.00 | $0.00 | $4,380.00 |
| 4145 - HOMEOWNERS FEES | $59,928.12 | $55,000.00 | $4,928.12 | $705,697.86 | $660,000.00 | $45,697.86 | $660,000.00 |
| 4150 - LATE CHARGES/NSF | $235.00 | $167.00 | $68.00 | $3,436.23 | $2,000.00 | $1,436.23 | $2,000.00 |
| 4175 - WORKING CAPITAL-RSC | $1,455.00 | $500.00 | $955.00 | $28,955.00 | $7,000.00 | $21,955.00 | $7,000.00 |
| 4176.311 - POOL KEY FEE | $35.00 | $0.00 | $35.00 | $980.00 | $0.00 | $980.00 | $0.00 |
| 4200 - OTHER/FINES | $0.00 | $0.00 | $0.00 | $230.00 | $0.00 | $230.00 | $0.00 |
| 4200.24 - EASEMENT | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 | $0.00 |
| 4300 - UNALLOCATED INCOME | $6,319.05 | $0.00 | $6,319.05 | $5,661.75 | $0.00 | $5,661.75 | $0.00 |
| Total Income | $69,160.77 | $57,507.00 | $11,653.77 | $762,664.48 | $691,473.00 | $71,191.48 | $691,473.00 |
| **Total Income** | $69,160.77 | $57,507.00 | $11,653.77 | $762,664.48 | $691,473.00 | $71,191.48 | $691,473.00 |
| **Expense** | | | | | | | |
| ADMINISTRATIVE EXPENSES | | | | | | | |
| 5030 - SIGNAGE | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| 5120 - MANAGEMENT FEE | $2,919.00 | $3,000.00 | $81.00 | $35,028.00 | $36,000.00 | $972.00 | $36,000.00 |
| 5121 - PROFESSIONAL FEE | $0.00 | $0.00 | $0.00 | ($260.00) | $1,000.00 | $1,260.00 | $1,000.00 |
| 5121.4 - LEGAL& AUDIT | $0.00 | $0.00 | $0.00 | $2,231.00 | $4,000.00 | $1,769.00 | $4,000.00 |
| 5129 - LEGAL | $635.30 | $800.00 | $164.70 | $10,203.61 | $10,000.00 | ($203.61) | $10,000.00 |
| 5130 - OFFICE EXPENSE | $479.49 | $590.00 | $110.51 | $10,153.91 | $7,000.00 | ($3,153.91) | $7,000.00 |
| 5156 - SOCIAL | $658.71 | $1,000.00 | $341.29 | $849.65 | $14,000.00 | $13,150.35 | $14,000.00 |
| 5190 - TELEPHONE | $0.00 | $85.00 | $85.00 | $0.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Total ADMINISTRATIVE EXPENSES | $4,692.50 | $5,475.00 | $782.50 | $58,206.17 | $74,000.00 | $15,793.83 | $74,000.00 |
| GENERAL EXPENSE | | | | | | | |
| 5400 - ELECTRICITY | $1,122.88 | $1,250.00 | $127.12 | $16,831.25 | $15,000.00 | ($1,831.25) | $15,000.00 |
| 5410 - WATER/SEWER | $664.20 | $300.00 | ($364.20) | $20,299.47 | $10,000.00 | ($10,299.47) | $10,000.00 |
| 5430 - PEST CONTROL | $0.00 | $916.00 | $916.00 | $21,827.00 | $11,000.00 | ($10,827.00) | $11,000.00 |
| 5431 - TERMITE CONTRACT | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| 5440 - TRASH REMOVAL | $13,398.00 | $13,571.00 | $173.00 | $174,174.00 | $155,000.00 | ($19,174.00) | $155,000.00 |
| 5471 - POOL TELEPHONE | $207.78 | $85.00 | ($122.78) | $1,950.44 | $1,000.00 | ($950.44) | $1,000.00 |
| Total GENERAL EXPENSE | $15,392.86 | $16,122.00 | $729.14 | $235,082.16 | $194,000.00 | ($41,082.16) | $194,000.00 |

**Bent Creek Homeowners Association**
**Budget Comparison Report**
**12/1/2021 - 12/31/2021**

| | 12/1/2021 - 12/31/2021 | | | 1/1/2021 - 12/31/2021 | | | |
|---|---|---|---|---|---|---|---|
| | **Actual** | **Budget** | **Variance** | **Actual** | **Budget** | **Variance** | **Annual Budget** |
| MAINTENANCE EXPENSE | | | | | | | |
| 5508 - PLAYGROUND REPR & MAINTENANCE | $0.00 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| 5528 - SIGNS | $0.00 | $0.00 | $0.00 | $3,961.98 | $5,000.00 | $1,038.02 | $5,000.00 |
| 5541 - COMMON AREA REPR/MN | $0.00 | $1,000.00 | $1,000.00 | $1,694.59 | $4,000.00 | $2,305.41 | $4,000.00 |
| 5550 - GENERAL MAINT. | $0.00 | $0.00 | $0.00 | $11,227.56 | $5,000.00 | ($6,227.56) | $5,000.00 |
| 5552 - ELECTRICAL REPAIR | $204.44 | $0.00 | ($204.44) | $578.14 | $2,500.00 | $1,921.86 | $2,500.00 |
| 5570 - PLUMBING/LABOR | $0.00 | $0.00 | $0.00 | $1,723.00 | $2,000.00 | $277.00 | $2,000.00 |
| 5571 - POOL LABOR | $0.00 | $0.00 | $0.00 | $265.00 | $2,000.00 | $1,735.00 | $2,000.00 |
| 5571.10 - SEC. CAMERAS/POOL | $6,248.45 | $0.00 | ($6,248.45) | $8,072.65 | $1,000.00 | ($7,072.65) | $1,000.00 |
| 5573 - POOL REPAIR | $0.00 | $0.00 | $0.00 | $150.00 | $0.00 | ($150.00) | $0.00 |
| 5574 - POOL SERV CONTRACT | $0.00 | $0.00 | $0.00 | $48,400.00 | $55,000.00 | $6,600.00 | $55,000.00 |
| 5580 - LAWNCARE | $36,105.00 | $18,326.00 | ($17,779.00) | $233,204.90 | $220,000.00 | ($13,204.90) | $220,000.00 |
| 5581 - LANDSCAPING | $0.00 | $0.00 | $0.00 | ($875.00) | $10,000.00 | $10,875.00 | $10,000.00 |
| 5584 - IRRIGATION REPAIR | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| 5585 - TREE REMOVAL | $950.00 | $0.00 | ($950.00) | $5,975.00 | $5,000.00 | ($975.00) | $5,000.00 |
| 5585.4 - CONTINGENCIES | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Total MAINTENANCE EXPENSE | $43,507.89 | $19,326.00 | ($24,181.89) | $314,377.82 | $324,500.00 | $10,122.18 | $324,500.00 |
| SUPPLIES | | | | | | | |
| 5610 - LIGHTING SUPPLIES | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| 5650 - MAINTENANCE SUPPLY | $0.00 | $0.00 | $0.00 | $21.94 | $0.00 | ($21.94) | $0.00 |
| 5671 - HOLIDAY DECORATIONS | $5,100.00 | $0.00 | ($5,100.00) | $14,234.00 | $9,000.00 | ($5,234.00) | $9,000.00 |
| 5680 - POOL SUPPLIES | $150.44 | $0.00 | ($150.44) | $3,373.21 | $5,000.00 | $1,626.79 | $5,000.00 |
| Total SUPPLIES | $5,250.44 | $0.00 | ($5,250.44) | $17,629.15 | $15,000.00 | ($2,629.15) | $15,000.00 |
| TAXES/INSURANCE EXPENSE | | | | | | | |
| 5720 - INSURANCE PROPERTY | $0.00 | $0.00 | $0.00 | $8,746.43 | $10,000.00 | $1,253.57 | $10,000.00 |
| 5731 - LICENSES | $0.00 | $0.00 | $0.00 | $700.00 | $1,000.00 | $300.00 | $1,000.00 |
| Total TAXES/INSURANCE EXPENSE | $0.00 | $0.00 | $0.00 | $9,446.43 | $11,000.00 | $1,553.57 | $11,000.00 |
| **Total Expense** | $68,843.69 | $40,923.00 | ($27,920.69) | $634,741.73 | $618,500.00 | ($16,241.73) | $618,500.00 |
| Operating Net Income | $317.08 | $16,584.00 | ($16,266.92) | $127,922.75 | $72,973.00 | $54,949.75 | $72,973.00 |
| **Reserve Expense** | | | | | | | |
| OTHER CAPITAL EXPENDITURES | | | | | | | |
| 5910 - DISASTER EXPENSE | $0.00 | $0.00 | $0.00 | ($415.00) | $0.00 | $415.00 | $0.00 |

**Bent Creek Homeowners Association**
**Budget Comparison Report**
**12/1/2021 - 12/31/2021**

| | 12/1/2021 - 12/31/2021 | | | 1/1/2021 - 12/31/2021 | | | |
|---|---|---|---|---|---|---|---|
| | **Actual** | **Budget** | **Variance** | **Actual** | **Budget** | **Variance** | **Annual Budget** |
| Total OTHER CAPITAL EXPENDITURES | $0.00 | $0.00 | $0.00 | ($415.00) | $0.00 | $415.00 | $0.00 |
| RESERVE EXPENDITURES | | | | | | | |
| 5891 - UNAPPROP. RESERVE | $0.00 | $0.00 | $0.00 | $56,083.50 | $0.00 | ($56,083.50) | $0.00 |
| Total RESERVE EXPENDITURES | $0.00 | $0.00 | $0.00 | $56,083.50 | $0.00 | ($56,083.50) | $0.00 |
| RESERVE TRANSFER | | | | | | | |
| 6050 - RESERVE TRANSFER | $317.08 | $0.00 | ($317.08) | $72,254.25 | $0.00 | ($72,254.25) | $0.00 |
| Total RESERVE TRANSFER | $317.08 | $0.00 | ($317.08) | $72,254.25 | $0.00 | ($72,254.25) | $0.00 |
| **Total Reserve Expense** | $317.08 | $0.00 | ($317.08) | $127,922.75 | $0.00 | ($127,922.75) | $0.00 |
| Reserve Net Income | ($317.08) | $0.00 | ($317.08) | ($127,922.75) | $0.00 | ($127,922.75) | $0.00 |
| Net Income | $0.00 | $16,584.00 | ($16,584.00) | $0.00 | $72,973.00 | ($72,973.00) | $72,973.00 |

**Bent Creek Homeowners Association**
**Budget Comparison Report - 12 Months**
**1/1/2021 - 12/31/2021**

Top line is budget

Bottom line is actual

| Account | | Jan 2021 | Feb 2021 | Mar 2021 | Apr 2021 | May 2021 | Jun 2021 | Jul 2021 | Aug 2021 | Sep 2021 | Oct 2021 | Nov 2021 | Dec 2021 | Yr To Date | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | | |
| 4136 - TOWNHOMES INCOME | BUD | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $7,788.00 | $7,788.00 |
| | ACT | $0.00 | $649.00 | $1,663.00 | $284.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $7,788.00 | $7,788.00 |
| 4137 - INTEREST INCOME | BUD | $850.00 | $850.00 | $850.00 | $850.00 | $850.00 | $850.00 | $825.00 | $825.00 | $825.00 | $825.00 | $800.00 | $800.00 | $10,000.00 | $10,000.00 |
| | ACT | $8.80 | $20.81 | $23.95 | $21.67 | $17.11 | $17.68 | $17.11 | $25.81 | $9.13 | $8.56 | $8.85 | $8.56 | $188.04 | $188.04 |
| 4142 - COTTAGES | BUD | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $4,380.00 | $4,380.00 |
| | ACT | $0.00 | $365.00 | $365.00 | $730.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $4,380.00 | $4,380.00 |
| 4145 - HOMEOWNERS FEES | BUD | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $660,000.00 | $660,000.00 |
| | ACT | $38,836.96 | $63,907.09 | $67,272.74 | $60,418.21 | $61,835.04 | $59,664.55 | $58,030.90 | $60,709.31 | $58,722.53 | $58,682.41 | $57,690.00 | $59,928.12 | $705,697.86 | $705,697.86 |
| 4150 - LATE CHARGES/NSF | BUD | $165.00 | $167.00 | $166.00 | $166.00 | $167.00 | $167.00 | $167.00 | $167.00 | $167.00 | $167.00 | $167.00 | $167.00 | $2,000.00 | $2,000.00 |
| | ACT | $152.89 | $77.89 | $90.00 | $632.89 | $602.56 | $340.00 | $200.00 | $415.00 | $335.00 | $235.00 | $120.00 | $235.00 | $3,436.23 | $3,436.23 |
| 4175 - WORKING CAPITAL-RSC | BUD | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $1,000.00 | $1,000.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $7,000.00 | $7,000.00 |
| | ACT | $2,000.00 | $1,000.00 | $6,000.00 | $3,000.00 | $1,930.00 | $4,570.00 | $2,500.00 | $2,000.00 | $3,000.00 | $500.00 | $1,000.00 | $1,455.00 | $28,955.00 | $28,955.00 |
| 4200 - OTHER/FINES | BUD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ACT | $75.00 | $0.00 | $0.00 | $0.00 | $10.00 | $70.00 | $0.00 | $0.00 | $75.00 | $0.00 | $0.00 | $0.00 | $230.00 | $230.00 |
| 4300 - UNALLOCATED INCOME | BUD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ACT | ($1,595.12) | $10,314.57 | $3,872.07 | ($3,342.00) | ($3,869.95) | $2,778.00 | ($1,014.95) | ($1,819.95) | ($338.95) | ($1,100.02) | ($4,541.00) | $6,319.05 | $5,661.75 | $5,661.75 |
| 4137.2 - CD INTEREST | BUD | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $26.00 | $26.00 | $25.00 | $26.00 | $25.00 | $26.00 | $26.00 | $305.00 | $305.00 |
| | ACT | $107.97 | $5.27 | $7.84 | $9.52 | $8.12 | $8.68 | $8.68 | $0.00 | $9.24 | $8.12 | $8.12 | $166.04 | $347.60 | $347.60 |
| 4200.24 - EASEMENT | BUD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ACT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 |
| 4150.900 - LATE CHARGE ADMIN | BUD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ACT | $5.00 | ($5.00) | $15.00 | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 4176.311 - POOL KEY FEE | BUD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ACT | $0.00 | $0.00 | $0.00 | $35.00 | $35.00 | $525.00 | $140.00 | $105.00 | $105.00 | $0.00 | $0.00 | $35.00 | $980.00 | $980.00 |
| **TOTAL INCOME** | BUD | $57,554.00 | $57,556.00 | $57,555.00 | $57,555.00 | $57,556.00 | $58,057.00 | $58,032.00 | $57,531.00 | $57,532.00 | $57,531.00 | $57,507.00 | $57,507.00 | $691,473.00 | $691,473.00 |
| | ACT | $39,591.50 | $76,334.63 | $79,309.60 | $61,774.29 | $61,581.88 | $73,987.91 | $60,895.74 | $62,449.17 | $62,950.95 | $59,328.07 | $55,299.97 | $69,160.77 | $762,664.48 | $762,664.48 |

DONOVAN-000033

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT F2

## HOA Financial Statement — 2022 Year-End

Year-end financial statement for fiscal year 2022. Documents $112,801 landscaping expenditure and $105,994 operating overrun.

**Bent Creek Homeowners Association**
**Budget Comparison Report**
**12/1/2022 - 12/31/2022**

| | 12/1/2022 - 12/31/2022 | | | 1/1/2022 - 12/31/2022 | | | |
|---|---|---|---|---|---|---|---|
| | **Actual** | **Budget** | **Variance** | **Actual** | **Budget** | **Variance** | **Annual Budget** |
| **Income** | | | | | | | |
| Income | | | | | | | |
| 4136 - TOWNHOMES INCOME | $649.00 | $649.00 | $0.00 | $7,788.00 | $7,788.00 | $0.00 | $7,788.00 |
| 4137 - INTEREST INCOME | $34.14 | $25.00 | $9.14 | $190.52 | $300.00 | ($109.48) | $300.00 |
| 4137.2 - CD INTEREST | $339.90 | $25.00 | $314.90 | $1,216.85 | $300.00 | $916.85 | $300.00 |
| 4140.156 - CLEANING FEE - CLUBH | $0.00 | $0.00 | $0.00 | ($528.00) | $0.00 | ($528.00) | $0.00 |
| 4142 - COTTAGES | $365.00 | $365.00 | $0.00 | $4,380.00 | $4,380.00 | $0.00 | $4,380.00 |
| 4145 - HOMEOWNERS FEES | $58,297.04 | $58,833.37 | ($536.33) | $704,819.62 | $706,000.00 | ($1,180.38) | $706,000.00 |
| 4150 - LATE CHARGES/NSF | $55.00 | $250.00 | ($195.00) | $2,810.00 | $3,000.00 | ($190.00) | $3,000.00 |
| 4175 - WORKING CAPITAL-RSC | $1,930.00 | $1,250.00 | $680.00 | $20,475.00 | $15,000.00 | $5,475.00 | $15,000.00 |
| 4176.311 - POOL KEY FEE | $0.00 | $0.00 | $0.00 | $385.00 | $0.00 | $385.00 | $0.00 |
| 4200 - OTHER/FINES | $0.00 | $0.00 | $0.00 | $110.00 | $0.00 | $110.00 | $0.00 |
| 4300 - UNALLOCATED INCOME | $2,179.00 | $291.63 | $1,887.37 | $307.71 | $3,500.00 | ($3,192.29) | $3,500.00 |
| Total Income | $63,849.08 | $61,689.00 | $2,160.08 | $741,954.70 | $740,268.00 | $1,686.70 | $740,268.00 |
| **Total Income** | $63,849.08 | $61,689.00 | $2,160.08 | $741,954.70 | $740,268.00 | $1,686.70 | $740,268.00 |
| **Expense** | | | | | | | |
| ADMINISTRATIVE EXPENSES | | | | | | | |
| 5030 - SIGNAGE | $0.00 | $41.63 | $41.63 | $319.02 | $500.00 | $180.98 | $500.00 |
| 5120 - MANAGEMENT FEE | $3,200.00 | $3,000.00 | ($200.00) | $35,590.00 | $36,000.00 | $410.00 | $36,000.00 |
| 5121 - PROFESSIONAL FEE | $225.28 | $0.00 | ($225.28) | ($139.22) | $0.00 | $139.22 | $0.00 |
| 5121.1 - PROFESS. FEE/LEGAL | $0.00 | $83.37 | $83.37 | $200.00 | $1,000.00 | $800.00 | $1,000.00 |
| 5121.4 - LEGAL& AUDIT | $0.00 | $333.37 | $333.37 | $0.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| 5128 - INTERNET | $3.03 | $0.00 | ($3.03) | $8.94 | $0.00 | ($8.94) | $0.00 |
| 5129 - LEGAL | $1,862.38 | $833.37 | ($1,029.01) | $14,625.49 | $10,000.00 | ($4,625.49) | $10,000.00 |
| 5130 - OFFICE EXPENSE | $962.68 | $833.37 | ($129.31) | $9,588.78 | $10,000.00 | $411.22 | $10,000.00 |
| 5156 - SOCIAL | $1,197.67 | $1,166.63 | ($31.04) | $12,731.40 | $14,000.00 | $1,268.60 | $14,000.00 |
| 5189 - WEBSITE | $0.00 | $0.00 | $0.00 | $131.25 | $0.00 | ($131.25) | $0.00 |
| 5190 - TELEPHONE | $0.00 | $0.00 | $0.00 | ($59.05) | $0.00 | $59.05 | $0.00 |
| Total ADMINISTRATIVE EXPENSES | $7,451.04 | $6,291.74 | ($1,159.30) | $72,996.61 | $75,500.00 | $2,503.39 | $75,500.00 |
| GENERAL EXPENSE | | | | | | | |
| 5400 - ELECTRICITY | $1,022.46 | $1,250.00 | $227.54 | $17,106.30 | $15,000.00 | ($2,106.30) | $15,000.00 |
| 5400.10 - ELEC-OUTDOOR LGTNG | $0.00 | $0.00 | $0.00 | $179.44 | $0.00 | ($179.44) | $0.00 |
| 5410 - WATER/SEWER | $1,799.13 | $1,666.63 | ($132.50) | $29,587.34 | $20,000.00 | ($9,587.34) | $20,000.00 |
| 5430 - PEST CONTROL | $329.00 | $1,833.37 | $1,504.37 | $29,236.00 | $22,000.00 | ($7,236.00) | $22,000.00 |

**Bent Creek Homeowners Association**
**Budget Comparison Report**
**12/1/2022 - 12/31/2022**

| | 12/1/2022 - 12/31/2022 | | | 1/1/2022 - 12/31/2022 | | | |
|---|---|---|---|---|---|---|---|
| | **Actual** | **Budget** | **Variance** | **Actual** | **Budget** | **Variance** | **Annual Budget** |
| 5440 - TRASH REMOVAL | $28,014.00 | $14,583.37 | ($13,430.63) | $161,994.00 | $175,000.00 | $13,006.00 | $175,000.00 |
| 5471 - POOL TELEPHONE | $108.10 | $166.63 | $58.53 | $2,550.79 | $2,000.00 | ($550.79) | $2,000.00 |
| Total GENERAL EXPENSE | $31,272.69 | $19,500.00 | ($11,772.69) | $240,653.87 | $234,000.00 | ($6,653.87) | $234,000.00 |
| | | | | | | | |
| MAINTENANCE EXPENSE | | | | | | | |
| 5508 - PLAYGROUND REPR & MAINTENANCE | $0.00 | $250.00 | $250.00 | $225.00 | $3,000.00 | $2,775.00 | $3,000.00 |
| 5511 - INTERIOR CLEAN | $0.00 | $0.00 | $0.00 | $740.00 | $0.00 | ($740.00) | $0.00 |
| 5528 - SIGNS | $0.00 | $416.63 | $416.63 | $7,939.02 | $5,000.00 | ($2,939.02) | $5,000.00 |
| 5541 - COMMON AREA REPR/MN | $0.00 | $166.63 | $166.63 | $867.44 | $2,000.00 | $1,132.56 | $2,000.00 |
| 5550 - GENERAL MAINT. | $199.55 | $416.63 | $217.08 | $7,984.28 | $5,000.00 | ($2,984.28) | $5,000.00 |
| 5552 - ELECTRICAL REPAIR | $0.00 | $166.63 | $166.63 | $0.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| 5570 - PLUMBING/LABOR | $0.00 | $166.63 | $166.63 | $650.00 | $2,000.00 | $1,350.00 | $2,000.00 |
| 5571 - POOL LABOR | $0.00 | $83.37 | $83.37 | $1,350.00 | $1,000.00 | ($350.00) | $1,000.00 |
| 5571.10 - SEC. CAMERAS/POOL | $1,529.20 | $1,612.37 | $83.17 | $20,304.60 | $19,348.00 | ($956.60) | $19,348.00 |
| 5574 - POOL SERV CONTRACT | ($1,566.67) | $4,583.37 | $6,150.04 | $58,450.00 | $55,000.00 | ($3,450.00) | $55,000.00 |
| 5580 - LAWNCARE | $23,243.26 | $18,750.00 | ($4,493.26) | $207,417.01 | $225,000.00 | $17,582.99 | $225,000.00 |
| 5581 - LANDSCAPING | $0.00 | $833.37 | $833.37 | $112,800.50 | $10,000.00 | ($102,800.50) | $10,000.00 |
| 5585 - TREE REMOVAL | $0.00 | $250.00 | $250.00 | $8,800.00 | $3,000.00 | ($5,800.00) | $3,000.00 |
| Total MAINTENANCE EXPENSE | $23,405.34 | $27,695.63 | $4,290.29 | $427,527.85 | $332,348.00 | ($95,179.85) | $332,348.00 |
| | | | | | | | |
| SUPPLIES | | | | | | | |
| 5610 - LIGHTING SUPPLIES | $0.00 | $83.37 | $83.37 | $0.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| 5671 - HOLIDAY DECORATIONS | $0.00 | $0.00 | $0.00 | $11,220.00 | $11,000.00 | ($220.00) | $11,000.00 |
| 5680 - POOL SUPPLIES | $99.64 | $333.37 | $233.73 | $11,925.92 | $4,000.00 | ($7,925.92) | $4,000.00 |
| Total SUPPLIES | $99.64 | $416.74 | $317.10 | $23,145.92 | $16,000.00 | ($7,145.92) | $16,000.00 |
| | | | | | | | |
| TAXES/INSURANCE EXPENSE | | | | | | | |
| 5720 - INSURANCE PROPERTY | $0.00 | $916.63 | $916.63 | $10,816.90 | $11,000.00 | $183.10 | $11,000.00 |
| 5731 - LICENSES | $0.00 | $83.37 | $83.37 | $700.95 | $1,000.00 | $299.05 | $1,000.00 |
| Total TAXES/INSURANCE EXPENSE | $0.00 | $1,000.00 | $1,000.00 | $11,517.85 | $12,000.00 | $482.15 | $12,000.00 |
| | | | | | | | |
| **Total Expense** | $62,228.71 | $54,904.11 | ($7,324.60) | $775,842.10 | $669,848.00 | ($105,994.10) | $669,848.00 |
| | | | | | | | |
| Operating Net Income | $1,620.37 | $6,784.89 | ($5,164.52) | ($33,887.40) | $70,420.00 | ($104,307.40) | $70,420.00 |
| | | | | | | | |
| **Reserve Expense** | | | | | | | |
| RESERVE EXPENDITURES | | | | | | | |
| 5891 - UNAPPROP. RESERVE | $0.00 | $0.00 | $0.00 | $44,004.80 | $0.00 | ($44,004.80) | $0.00 |

**Bent Creek Homeowners Association**
**Budget Comparison Report**
**12/1/2022 - 12/31/2022**

| | 12/1/2022 - 12/31/2022 | | | 1/1/2022 - 12/31/2022 | | | |
|---|---|---|---|---|---|---|---|
| | **Actual** | **Budget** | **Variance** | **Actual** | **Budget** | **Variance** | **Annual Budget** |
| Total RESERVE EXPENDITURES | $0.00 | $0.00 | $0.00 | $44,004.80 | $0.00 | ($44,004.80) | $0.00 |
| RESERVE TRANSFER | | | | | | | |
| 6050 - RESERVE TRANSFER | $1,620.37 | $0.00 | ($1,620.37) | ($77,892.20) | $0.00 | $77,892.20 | $0.00 |
| Total RESERVE TRANSFER | $1,620.37 | $0.00 | ($1,620.37) | ($77,892.20) | $0.00 | $77,892.20 | $0.00 |
| **Total Reserve Expense** | $1,620.37 | $0.00 | ($1,620.37) | ($33,887.40) | $0.00 | $33,887.40 | $0.00 |
| Reserve Net Income | ($1,620.37) | $0.00 | ($1,620.37) | $33,887.40 | $0.00 | $33,887.40 | $0.00 |
| Net Income | $0.00 | $6,784.89 | ($6,784.89) | $0.00 | $70,420.00 | ($70,420.00) | $70,420.00 |

**Bent Creek Homeowners Association**
**Budget Comparison Report - 12 Months**
**1/1/2022 - 12/31/2022**

Top line is budget

Bottom line is actual

| Account | | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Yr To Date | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | | |
| 4136 - TOWNHOMES INCOME | BUD | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $7,788.00 | $7,788.00 |
| | ACT | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $649.00 | $7,788.00 | $7,788.00 |
| 4137 - INTEREST INCOME | BUD | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $300.00 | $300.00 |
| | ACT | $8.84 | $8.84 | $7.99 | $8.84 | $8.56 | $8.85 | $8.56 | $8.85 | $17.41 | $34.25 | $35.39 | $34.14 | $190.52 | $190.52 |
| 4142 - COTTAGES | BUD | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $4,380.00 | $4,380.00 |
| | ACT | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $4,380.00 | $4,380.00 |
| 4145 - HOMEOWNERS FEES | BUD | $58,833.33 | $58,833.33 | $58,833.33 | $58,833.33 | $58,833.33 | $58,833.33 | $58,833.33 | $58,833.33 | $58,833.33 | $58,833.33 | $58,833.33 | $58,833.37 | $706,000.00 | $706,000.00 |
| | ACT | $57,328.11 | $58,399.79 | $61,146.10 | $59,735.00 | $58,130.33 | $58,583.00 | $58,200.49 | $59,900.62 | $57,820.00 | $58,784.14 | $58,495.00 | $58,297.04 | $704,819.62 | $704,819.62 |
| 4150 - LATE CHARGES/NSF | BUD | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $3,000.00 | $3,000.00 |
| | ACT | $285.00 | $110.00 | $410.00 | $445.00 | $160.00 | $180.00 | $225.00 | $340.00 | $145.00 | $318.35 | $136.65 | $55.00 | $2,810.00 | $2,810.00 |
| 4175 - WORKING CAPITAL-RSC | BUD | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $15,000.00 | $15,000.00 |
| | ACT | $0.00 | $1,500.00 | $2,545.00 | $3,000.00 | $2,500.00 | $3,000.00 | $2,000.00 | $1,500.00 | $1,000.00 | $1,000.00 | $500.00 | $1,930.00 | $20,475.00 | $20,475.00 |
| 4200 - OTHER/FINES | BUD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ACT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $110.00 | $0.00 | $0.00 | $0.00 | $110.00 | $110.00 |
| 4300 - UNALLOCATED INCOME | BUD | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 | $291.63 | $3,500.00 | $3,500.00 |
| | ACT | $2,761.18 | $116.55 | $2,065.00 | ($1,572.00) | ($3,455.00) | $215.15 | $635.00 | ($265.45) | ($3,505.09) | ($243.63) | $1,377.00 | $2,179.00 | $307.71 | $307.71 |
| 4137.2 - CD INTEREST | BUD | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $300.00 | $300.00 |
| | ACT | ($323.40) | $8.68 | $7.84 | $8.68 | $8.12 | $8.96 | $8.68 | $85.12 | $384.88 | $328.28 | $351.11 | $339.90 | $1,216.85 | $1,216.85 |
| 4140.156 - CLEANING FEE - CL | BUD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ACT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($528.00) | $0.00 | $0.00 | $0.00 | ($528.00) | ($528.00) |
| 4150.900 - LATE CHARGE ADMIN | BUD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ACT | $0.00 | $0.00 | $25.00 | ($25.00) | ($5.00) | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4176.311 - POOL KEY FEE | BUD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ACT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70.00 | $210.00 | $70.00 | $35.00 | $0.00 | $0.00 | $0.00 | $385.00 | $385.00 |
| **TOTAL INCOME** | BUD | $61,689.00 | $61,689.00 | $61,689.00 | $61,689.00 | $61,689.00 | $61,689.00 | $61,689.00 | $61,689.00 | $61,689.00 | $61,689.00 | $61,689.00 | $61,689.00 | $740,268.00 | $740,268.00 |
| | ACT | $61,073.73 | $61,157.86 | $67,220.93 | $62,614.52 | $58,361.01 | $63,079.96 | $62,301.73 | $62,658.14 | $56,493.20 | $61,235.39 | $61,909.15 | $63,849.08 | $741,954.70 | $741,954.70 |

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT F3

## HOA Financial Statement — 2023 (November YTD)

11-month year-to-date financial statement for 2023 (full year-end statement not available). Documents $75,580 pest control and $39,899 pool furniture line items.

# Bent Creek Homeowners Association, Inc.

## Statement of Revenues and Expenses 11/1/2023 - 11/30/2023

| | Current Period | | | Year To Date | | | Annual |
|---|---|---|---|---|---|---|---|
| | Actual | Budget | Variance | Actual | Budget | Variance | Budget |

## Income

**Income**

| | Actual | Budget | Variance | YTD Actual | YTD Budget | YTD Variance | Annual Budget |
|---|---|---|---|---|---|---|---|
| 4050 - INTEREST INCOME EARNED | 3.76 | 25.00 | (21.24) | 184.99 | 275.00 | (90.01) | 300.00 |
| 4051 - CD INTEREST | 9,539.86 | 1,250.00 | 8,289.86 | 24,208.37 | 13,750.00 | 10,458.37 | 15,000.00 |
| 4120 - COTTAGES INCOME | 365.00 | 365.00 | - | 4,015.00 | 4,015.00 | - | 4,380.00 |
| 4125 - TOWNHOME INCOME | 649.00 | 649.00 | - | 7,139.00 | 7,139.00 | - | 7,788.00 |
| 4145 - Homeowner Fees | 58,761.98 | 58,833.33 | (71.35) | 638,073.86 | 647,166.63 | (9,092.77) | 706,000.00 |
| 4150 - LATE FEES | 411.02 | 250.00 | 161.02 | 1,570.00 | 2,750.00 | (1,180.00) | 3,000.00 |
| 4151 - Return fee | (35.00) | - | (35.00) | (140.00) | - | (140.00) | - |
| 4160 - FINES | 1,010.00 | - | 1,010.00 | 6,620.00 | - | 6,620.00 | - |
| 4175 - WORKING CAPITAL CONTRIBUTION | 500.00 | 1,666.67 | (1,166.67) | 16,070.00 | 18,333.37 | (2,263.37) | 20,000.00 |
| 4300 - Unallocated Income | (1,790.00) | 291.67 | (2,081.67) | (2,140.76) | 3,208.37 | (5,349.13) | 3,500.00 |
| 4320 - CLUBHOUSE CLEANING FEE | - | - | - | 185.00 | - | 185.00 | - |
| 4325 - CLUBHOUSE RENTAL FEE | (50.00) | - | (50.00) | - | - | - | - |
| 4355 - POOL KEY | - | - | - | 800.00 | - | 800.00 | - |
| **Total Operating Income** | **69,365.62** | **63,330.67** | **6,034.95** | **696,585.46** | **696,637.37** | **(51.91)** | **759,968.00** |

## Expense

**Admininstrative Expenses**

| | Actual | Budget | Variance | YTD Actual | YTD Budget | YTD Variance | Annual Budget |
|---|---|---|---|---|---|---|---|
| 5120 - Management fee | 3,500.00 | 3,500.00 | - | 36,700.00 | 38,500.00 | 1,800.00 | 42,000.00 |
| 5121 - PROFESSIONAL FEE | (919.50) | 83.33 | 1,002.83 | (2,059.78) | 916.63 | 2,976.41 | 1,000.00 |
| 5123 - LEGAL& AUDIT | 273.75 | 333.33 | 59.58 | 2,583.91 | 3,666.63 | 1,082.72 | 4,000.00 |
| 5125 - INTERNET | 199.24 | - | (199.24) | 8,078.68 | - | (8,078.68) | - |
| 5128 - LEGAL FEE - OTHER THAN DELINQUENCY | - | - | - | 3,355.66 | - | (3,355.66) | - |
| 5129 - LEGAL FEES ASSOCIATED TO DELINQUENCY | - | 833.33 | 833.33 | 414.50 | 9,166.63 | 8,752.13 | 10,000.00 |
| 5130 - OFFICE SUPPLIES | 702.78 | 833.33 | 130.55 | 10,181.92 | 9,166.63 | (1,015.29) | 10,000.00 |
| **Total Admininstrative Expenses** | **3,756.27** | **5,583.32** | **1,827.05** | **59,254.89** | **61,416.52** | **2,161.63** | **67,000.00** |

**Social - Marketing**

| | Actual | Budget | Variance | YTD Actual | YTD Budget | YTD Variance | Annual Budget |
|---|---|---|---|---|---|---|---|
| 5230 - DONATIONS | - | - | - | 1,500.00 | - | (1,500.00) | - |
| 5240 - SOCIAL | 2,882.28 | 833.33 | (2,048.95) | 12,581.45 | 9,166.63 | (3,414.82) | 10,000.00 |
| 5255 - SIGNAGE | - | 41.67 | 41.67 | 2,385.74 | 458.37 | (1,927.37) | 500.00 |
| 5260 - HOLIDAY DECORATIONS | - | 916.67 | 916.67 | 5,610.00 | 10,083.37 | 4,473.37 | 11,000.00 |
| **Total Social - Marketing** | **2,882.28** | **1,791.67** | **(1,090.61)** | **22,077.19** | **19,708.37** | **(2,368.82)** | **21,500.00** |

**Utility Expense**

| | Actual | Budget | Variance | YTD Actual | YTD Budget | YTD Variance | Annual Budget |
|---|---|---|---|---|---|---|---|
| 5400 - ELECTRICITY | 2,179.75 | 1,250.00 | (929.75) | 18,157.67 | 13,750.00 | (4,407.67) | 15,000.00 |
| 5403 - ELECTRIC-GROUNDS | - | - | - | (195.00) | - | 195.00 | - |
| 5410 - WATER/SEWER | 2,764.81 | 1,666.67 | (1,098.14) | 17,001.06 | 18,333.37 | 1,332.31 | 20,000.00 |
| 5414 - WATER IRRIGATION | - | - | - | 56.98 | - | (56.98) | - |
| 5430 - TRASH REMOVAL | 14,616.00 | 15,416.67 | 800.67 | 87,696.00 | 169,583.37 | 81,887.37 | 185,000.00 |
| **Total Utility Expense** | **19,560.56** | **18,333.34** | **(1,227.22)** | **122,716.71** | **201,666.74** | **78,950.03** | **220,000.00** |

# Bent Creek Homeowners Association, Inc.

## Statement of Revenues and Expenses 11/1/2023 - 11/30/2023

| | Current Period | | | Year To Date | | | Annual |
|---|---|---|---|---|---|---|---|
| | Actual | Budget | Variance | Actual | Budget | Variance | Budget |
| **Security/Safety** | | | | | | | |
| 5510 - SECURITY/CAMERA | - | - | - | 1,529.20 | - | (1,529.20) | - |
| **Total Security/Safety** | **-** | **-** | **-** | **1,529.20** | **-** | **(1,529.20)** | **-** |
| **Grounds/Landscape** | | | | | | | |
| 5600 - LAWNCARE CONTRACT SERVICES | 18,733.75 | 19,166.67 | 432.92 | 225,272.50 | 210,833.37 | (14,439.13) | 230,000.00 |
| 5610 - MISC. LAWNCARE | 890.00 | 833.33 | (56.67) | 2,105.00 | 9,166.63 | 7,061.63 | 10,000.00 |
| 5620 - MISC LANDSCAPING SUPPLIES / SERVICES | - | - | - | 2,130.00 | - | (2,130.00) | - |
| 5625 - PLAYGROUND MULCH | - | 250.00 | 250.00 | - | 2,750.00 | 2,750.00 | 3,000.00 |
| 5652 - LANDSCAPE REPLACEMENT | - | - | - | 1,295.00 | - | (1,295.00) | - |
| 5665 - TREE REMOVAL | - | 250.00 | 250.00 | 8,215.00 | 2,750.00 | (5,465.00) | 3,000.00 |
| **Total Grounds/Landscape** | **19,623.75** | **20,500.00** | **876.25** | **239,017.50** | **225,500.00** | **(13,517.50)** | **246,000.00** |
| **Amenity Maintenance/Supplies** | | | | | | | |
| 5715 - POOL REPAIR | - | - | - | 395.00 | - | (395.00) | - |
| 5717 - POOL MAINTENANCE/SERVICE CONTRACT | - | 5,416.67 | 5,416.67 | 62,100.08 | 59,583.37 | (2,516.71) | 65,000.00 |
| 5718 - SEC. CAMERAS/POOL | 2,220.83 | 1,612.33 | (608.50) | 26,114.08 | 17,735.63 | (8,378.45) | 19,348.00 |
| 5719 - POOL KEYS/FOBS | - | - | - | (70.00) | - | 70.00 | - |
| 5735 - POOL LABOR | - | 83.33 | 83.33 | 606.00 | 916.63 | 310.63 | 1,000.00 |
| 5740 - POOL MAINTENANCE SUPPLIES AND REPAIRS | - | 333.33 | 333.33 | 6,433.53 | 3,666.63 | (2,766.90) | 4,000.00 |
| 5746 - POOL TELEPHONE | (99.68) | 166.67 | 266.35 | 1,744.57 | 1,833.37 | 88.80 | 2,000.00 |
| **Total Amenity Maintenance/Supplies** | **2,121.15** | **7,612.33** | **5,491.18** | **97,323.26** | **83,735.63** | **(13,587.63)** | **91,348.00** |
| **Pest Control Services** | | | | | | | |
| 5775 - PEST CONTROL | - | - | - | 75,580.00 | - | (75,580.00) | - |
| **Total Pest Control Services** | **-** | **-** | **-** | **75,580.00** | **-** | **(75,580.00)** | **-** |
| **Jaintorial** | | | | | | | |
| 5803 - MISCELANEOUS EXPENSE | 200.00 | 416.67 | 216.67 | 26,200.00 | 4,583.37 | (21,616.63) | 5,000.00 |
| 5806 - CUSTODIAN SERVICE | - | - | - | 370.00 | - | (370.00) | - |
| **Total Jaintorial** | **200.00** | **416.67** | **216.67** | **26,570.00** | **4,583.37** | **(21,986.63)** | **5,000.00** |
| **Maintenance Expense** | | | | | | | |
| 5829 - COMMON AREA REPR/MN | - | 166.67 | 166.67 | 1,889.38 | 1,833.37 | (56.01) | 2,000.00 |
| 5833 - GENERAL MAINT. | (152.00) | 416.67 | 568.67 | 14,048.90 | 4,583.37 | (9,465.53) | 5,000.00 |
| 5846 - PLUMBING/LABOR | - | 166.67 | 166.67 | 654.00 | 1,833.37 | 1,179.37 | 2,000.00 |
| 5849 - ELECTRICAL REPAIR | - | 166.67 | 166.67 | 9,779.09 | 1,833.37 | (7,945.72) | 2,000.00 |
| 5850 - ELECTRICAL REPAIR | - | - | - | 348.92 | - | (348.92) | - |
| 5863 - LIGHTING SUPPLIES | - | 83.33 | 83.33 | 98.74 | 916.63 | 817.89 | 1,000.00 |
| 5869 - POOL FURNITURE | - | - | - | 39,899.20 | - | (39,899.20) | - |
| **Total Maintenance Expense** | **(152.00)** | **1,000.01** | **1,152.01** | **66,718.23** | **11,000.11** | **(55,718.12)** | **12,000.00** |
| **Taxes, Insurance, License, Permits** | | | | | | | |
| 5902 - TAX PREPARATION | - | - | - | 780.00 | - | (780.00) | - |
| 5908 - INSURANCE PROPERTY | - | 916.67 | 916.67 | 8,231.62 | 10,083.37 | 1,851.75 | 11,000.00 |
| 5913 - LICENSES, SOS | - | 83.33 | 83.33 | .95 | 916.63 | 915.68 | 1,000.00 |

# Bent Creek Homeowners Association, Inc.

## Statement of Revenues and Expenses 11/1/2023 - 11/30/2023

| | Current Period | | | Year To Date | | | Annual |
|---|---|---|---|---|---|---|---|
| | Actual | Budget | Variance | Actual | Budget | Variance | Budget |
| 5914 - POOL PERMIT | - | - | - | 1,020.00 | - | (1,020.00) | - |
| **Total Taxes, Insurance, License, Permits** | **-** | **1,000.00** | **1,000.00** | **10,032.57** | **11,000.00** | **967.43** | **12,000.00** |
| **Total Operating Expense** | **47,992.01** | **56,237.34** | **8,245.33** | **720,819.55** | **618,610.74** | **(102,208.81)** | **674,848.00** |
| **Net Operating Income** | **21,373.61** | **7,093.33** | **14,280.28** | **(24,234.09)** | **78,026.63** | **(102,260.72)** | **85,120.00** |
| **Reserve Expenditures** | | | | | | | |
| 6039 - UNAPPROP. RESERVE | 42,880.99 | 21,666.67 | (21,214.32) | 219,920.92 | 238,333.37 | 18,412.45 | 260,000.00 |
| **Total Reserve Expenditures** | **42,880.99** | **21,666.67** | **(21,214.32)** | **219,920.92** | **238,333.37** | **18,412.45** | **260,000.00** |
| **Reserve Transfers** | | | | | | | |
| 7000 - RESERVE TRANSFER | (21,507.38) | (14,573.33) | 6,934.05 | (244,155.01) | (160,306.63) | 83,848.38 | (174,880.00) |
| **Total Reserve Transfers** | **(21,507.38)** | **(14,573.33)** | **6,934.05** | **(244,155.01)** | **(160,306.63)** | **83,848.38** | **(174,880.00)** |
| **Net Income** | **-** | **(.01)** | **.01** | **-** | **(.11)** | **.11** | **-** |

# Bent Creek Homeowners Association, Inc.

Balance Sheet For 11/30/2023

## Assets

| | | |
|---|---|---|
| 1015 - PACIFIC PREMIER OPERATING 2 | $5,550.22 | |
| 1200 - PPB MONEY MARKET-RESERVE | $3,125.90 | |
| 1205 - UBS BANK USA CORE SAVINGS | $200,942.83 | |
| 1253 - UBS AG DEPOSIT ACCT | $12,246.02 | |
| 1260 - LIBERTY FEDERAL 5.1 MAT 38/24 | $249,807.50 | |
| 1265 - BANK OF CHINA 5.35% 12/22/23 MAT | $250,007.50 | |
| 1280 - STATE BANK OF IND 5.35% 12/15/23 MAT | $40,000.80 | |
| 1291 - UBS INVESTMENT | $250,000.00 | |
| **Total Assets** | | **$1,011,680.77** |
| | **Total Assets** | **$1,011,680.77** |

## Reserve -Equity

| | | |
|---|---|---|
| 3050 - UNALLOCATED RESERVES | $221,680.77 | |
| 3160 - FRONT ENTR. MONUMENT | $120,000.00 | |
| 3225 - Section 12 | $250,000.00 | |
| 3260 - BARN RENOVATION | $20,000.00 | |
| 3270 - COMMON AREA RESERVE | $50,000.00 | |
| 3340 - TREE REMOVAL | $20,000.00 | |
| 3350 - LANDSCAPING RESERVE | $80,000.00 | |
| 3370 - TRAILS/WALKING PATH | $100,000.00 | |
| 3490 - POOL RESERVE | $80,000.00 | |
| 3600 - IRRIGATION RESERVE | $70,000.00 | |
| **Total Reserve -Equity** | | **$1,011,680.77** |
| | **Total Liabilities / Equity** | **$1,011,680.77** |

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT F4

## HOA Financial Statement — 2024 Year-End

Year-end financial statement for fiscal year 2024. Documents $159,521.62 Falling Water entrance expenditure and $71,973 operating overrun.

# Bent Creek Homeowners Association, Inc.

Statement of Revenues and Expenses 12/1/2024 - 12/31/2024

| | Current Period | | | Year To Date | | | Annual |
|---|---|---|---|---|---|---|---|
| | Actual | Budget | Variance | Actual | Budget | Variance | Budget |

## Income

**Income**

| | Actual | Budget | Variance | Actual | Budget | Variance | Annual Budget |
|---|---|---|---|---|---|---|---|
| 4050 - INTEREST INCOME EARNED | 4.29 | - | 4.29 | 41.17 | - | 41.17 | - |
| 4051 - CD INTEREST | (75.89) | 1,630.47 | (1,706.36) | 10,841.83 | 19,565.64 | (8,723.81) | 19,565.64 |
| 4120 - COTTAGES INCOME | 365.00 | 365.00 | - | 4,380.00 | 4,380.00 | - | 4,380.00 |
| 4125 - TOWNHOME INCOME | 649.00 | 649.00 | - | 7,788.00 | 7,788.00 | - | 7,788.00 |
| 4145 - Homeowner Fees | 71,465.00 | 69,785.00 | 1,680.00 | 860,461.14 | 837,420.00 | 23,041.14 | 837,420.00 |
| 4150 - LATE FEES | 270.00 | - | 270.00 | 2,500.00 | - | 2,500.00 | - |
| 4151 - Return fee | - | - | - | 305.00 | - | 305.00 | - |
| 4160 - FINES | 585.00 | - | 585.00 | 8,520.00 | - | 8,520.00 | - |
| 4175 - WORKING CAPITAL CONTRIBUTION | 1,500.00 | 1,666.63 | (166.63) | 20,000.00 | 20,000.00 | - | 20,000.00 |
| 4210 - POOL USAGE FEES | 400.00 | - | 400.00 | 400.00 | - | 400.00 | - |
| 4300 - Unallocated Income | 19,565.00 | 291.63 | 19,273.37 | 13,336.00 | 3,500.00 | 9,836.00 | 3,500.00 |
| 4325 - CLUBHOUSE RENTAL FEE | (100.00) | - | (100.00) | 250.00 | - | 250.00 | - |
| 4355 - POOL KEY | - | - | - | 280.00 | - | 280.00 | - |

**Admininstrative Expenses**

| | Actual | Budget | Variance | Actual | Budget | Variance | Annual Budget |
|---|---|---|---|---|---|---|---|
| 5127 - PROCESSING FEE | - | - | - | 150.00 | - | 150.00 | - |
| **Total Admininstrative Expenses** | **-** | **-** | **-** | **150.00** | **-** | **150.00** | **-** |
| **Total Operating Income** | **94,627.40** | **74,387.73** | **20,239.67** | **929,253.14** | **892,653.64** | **36,599.50** | **892,653.64** |

## Expense

**Admininstrative Expenses**

| | Actual | Budget | Variance | Actual | Budget | Variance | Annual Budget |
|---|---|---|---|---|---|---|---|
| 5120 - MANAGEMENT FEE | 3,542.00 | 3,541.63 | (.37) | 42,504.00 | 42,503.63 | (.37) | 42,503.63 |
| 5121 - PROFESSIONAL FEE | - | - | - | (454.50) | - | 454.50 | - |
| 5125 - INTERNET | 437.32 | 879.13 | 441.81 | 2,785.80 | 10,550.00 | 7,764.20 | 10,550.00 |
| 5129 - LEGAL FEES ASSOCIATED TO DELINQUENCY | 63.00 | 833.37 | 770.37 | 13,977.12 | 10,000.00 | (3,977.12) | 10,000.00 |
| 5130 - OFFICE SUPPLIES | 898.01 | 833.37 | (64.64) | 9,387.40 | 13,999.67 | 4,612.27 | 13,999.67 |
| **Total Admininstrative Expenses** | **4,940.33** | **6,087.50** | **1,147.17** | **68,199.82** | **77,053.30** | **8,853.48** | **77,053.30** |

**Social - Marketing**

| | Actual | Budget | Variance | Actual | Budget | Variance | Annual Budget |
|---|---|---|---|---|---|---|---|
| 5230 - DONATIONS | - | 125.00 | 125.00 | - | 1,500.00 | 1,500.00 | 1,500.00 |
| 5240 - SOCIAL | 2,520.38 | - | (2,520.38) | 16,473.95 | 5,000.00 | (11,473.95) | 5,000.00 |
| 5255 - SIGNAGE | - | 166.63 | 166.63 | - | 2,000.00 | 2,000.00 | 2,000.00 |
| 5260 - HOLIDAY DECORATIONS | 877.18 | 935.00 | 57.82 | 2,019.31 | 11,220.00 | 9,200.69 | 11,220.00 |
| **Total Social - Marketing** | **3,397.56** | **1,226.63** | **(2,170.93)** | **18,493.26** | **19,720.00** | **1,226.74** | **19,720.00** |

**Utility Expense**

| | Actual | Budget | Variance | Actual | Budget | Variance | Annual Budget |
|---|---|---|---|---|---|---|---|
| 5400 - ELECTRICITY | 1,027.38 | 833.37 | (194.01) | 16,748.35 | 10,000.00 | (6,748.35) | 10,000.00 |
| 5410 - WATER/SEWER | 3,274.53 | 1,442.88 | (1,831.65) | 29,319.00 | 17,315.00 | (12,004.00) | 17,315.00 |
| 5430 - TRASH REMOVAL | 14,616.00 | 15,054.50 | 438.50 | 175,392.00 | 180,654.00 | 5,262.00 | 180,654.00 |
| **Total Utility Expense** | **18,917.91** | **17,330.75** | **(1,587.16)** | **221,459.35** | **207,969.00** | **(13,490.35)** | **207,969.00** |

**Grounds/Landscape**

| | Actual | Budget | Variance | Actual | Budget | Variance | Annual Budget |
|---|---|---|---|---|---|---|---|
| 5600 - LAWNCARE CONTRACT SERVICES | - | 18,733.75 | 18,733.75 | 208,154.59 | 224,805.00 | 16,650.41 | 224,805.00 |

Case 3:26-cv-00700 Document 5 Filed 05/28/26 Page 51 of 155 PageID #: 100

# Bent Creek Homeowners Association, Inc.

## Statement of Revenues and Expenses 12/1/2024 - 12/31/2024

| | Current Period | | | Year To Date | | | Annual |
|---|---|---|---|---|---|---|---|
| | Actual | Budget | Variance | Actual | Budget | Variance | Budget |
| 5610 - MISC. LAWNCARE | 5,250.00 | - | (5,250.00) | 5,250.00 | - | (5,250.00) | - |
| 5620 - MISC LANDSCAPING SUPPLIES / SERVICES | 1,375.00 | 208.37 | (1,166.63) | 16,265.00 | 2,500.00 | (13,765.00) | 2,500.00 |
| 5625 - PLAYGROUND MULCH | - | 250.00 | 250.00 | - | 3,000.00 | 3,000.00 | 3,000.00 |
| 5660 - TREE TRIMMING | 24,950.00 | - | (24,950.00) | 26,925.00 | - | (26,925.00) | - |
| 5665 - TREE REMOVAL | - | - | - | 2,065.00 | 7,500.00 | 5,435.00 | 7,500.00 |
| **Total Grounds/Landscape** | **31,575.00** | **19,192.12** | **(12,382.88)** | **258,659.59** | **237,805.00** | **(20,854.59)** | **237,805.00** |
| **Amenity Maintenance/Supplies** | | | | | | | |
| 5717 - POOL MAINTENANCE/SERVICE CONTRACT | - | 5,416.63 | 5,416.63 | 63,600.00 | 65,000.00 | 1,400.00 | 65,000.00 |
| 5718 - SEC. CAMERAS/POOL | 2,220.83 | 1,612.37 | (608.46) | 31,791.83 | 19,348.00 | (12,443.83) | 19,348.00 |
| 5740 - POOL MAINTENANCE SUPPLIES AND REPAIRS | 56.59 | 583.37 | 526.78 | 21,681.81 | 7,000.00 | (14,681.81) | 7,000.00 |
| 5741 - POOL SUPPLIES | - | - | - | 584.48 | - | (584.48) | - |
| 5746 - POOL TELEPHONE | - | 166.63 | 166.63 | 100.25 | 2,000.00 | 1,899.75 | 2,000.00 |
| **Total Amenity Maintenance/Supplies** | **2,277.42** | **7,779.00** | **5,501.58** | **117,758.37** | **93,348.00** | **(24,410.37)** | **93,348.00** |
| **Jaintorial** | | | | | | | |
| 5803 - MISCELLANEOUS EXPENSE | - | 416.63 | 416.63 | 3,808.46 | 5,000.00 | 1,191.54 | 5,000.00 |
| 5806 - CUSTODIAN SERVICE | 442.00 | - | (442.00) | 3,323.10 | 2,121.00 | (1,202.10) | 2,121.00 |
| **Total Jaintorial** | **442.00** | **416.63** | **(25.37)** | **7,131.56** | **7,121.00** | **(10.56)** | **7,121.00** |
| **Maintenance Expense** | | | | | | | |
| 5829 - COMMON AREA REPR/MN | - | 250.00 | 250.00 | 1,568.09 | 3,000.00 | 1,431.91 | 3,000.00 |
| 5833 - GENERAL MAINT. | 600.00 | 1,250.00 | 650.00 | 3,214.63 | 15,000.00 | 11,785.37 | 15,000.00 |
| 5846 - PLUMBING/LABOR | - | 166.63 | 166.63 | 3,697.00 | 2,000.00 | (1,697.00) | 2,000.00 |
| 5849 - ELECTRICAL REPAIR | - | - | - | 24,662.10 | 11,300.00 | (13,362.10) | 11,300.00 |
| 5869 - POOL FURNITURE | - | - | - | 2,129.30 | - | (2,129.30) | - |
| **Total Maintenance Expense** | **600.00** | **1,666.63** | **1,066.63** | **35,271.12** | **31,300.00** | **(3,971.12)** | **31,300.00** |
| **Taxes, Insurance, License, Permits** | | | | | | | |
| 5900 - 2024 TAXES | - | - | - | 8,272.00 | - | (8,272.00) | - |
| 5902 - TAX PREPARATION | - | - | - | 1,060.00 | 2,050.00 | 990.00 | 2,050.00 |
| 5908 - INSURANCE PROPERTY | - | 833.37 | 833.37 | 23,084.44 | 10,000.00 | (13,084.44) | 10,000.00 |
| 5913 - LICENSES, SOS, CTA FILING | 300.00 | - | (300.00) | 300.00 | 1,000.00 | 700.00 | 1,000.00 |
| 5914 - POOL PERMIT | - | - | - | 680.00 | 1,030.00 | 350.00 | 1,030.00 |
| **Total Taxes, Insurance, License, Permits** | **300.00** | **833.37** | **533.37** | **33,396.44** | **14,080.00** | **(19,316.44)** | **14,080.00** |
| **Total Operating Expense** | **62,450.22** | **54,532.63** | **(7,917.59)** | **760,369.51** | **688,396.30** | **(71,973.21)** | **688,396.30** |
| **Net Operating Income** | **32,177.18** | **19,855.10** | **12,322.08** | **168,883.63** | **204,257.34** | **(35,373.71)** | **204,257.34** |
| **Reserve Expenditures** | | | | | | | |
| 6014 - ROOF REPLACEMENT | - | - | - | - | 30,000.00 | 30,000.00 | 30,000.00 |
| 6016 - CONTRACTOR RENOVATIO | - | - | - | 159,521.62 | 200,000.00 | 40,478.38 | 200,000.00 |
| 6017 - PAINT RESERVES | - | - | - | 1,281.00 | 35,000.00 | 33,719.00 | 35,000.00 |
| 6031 - LANDSCAPING RESERVE | - | - | - | 15,500.00 | - | (15,500.00) | - |
| 6039 - UNAPPROP. RESERVE | 46,550.00 | 22,083.37 | (24,466.63) | 123,713.54 | 265,000.00 | 141,286.46 | 265,000.00 |
| **Total Reserve Expenditures** | **46,550.00** | **22,083.37** | **(24,466.63)** | **300,016.16** | **530,000.00** | **229,983.84** | **530,000.00** |

# Bent Creek Homeowners Association, Inc.

Statement of Revenues and Expenses 12/1/2024 - 12/31/2024

| | Current Period | | | Year To Date | | | Annual Budget |
|---|---|---|---|---|---|---|---|
| | Actual | Budget | Variance | Actual | Budget | Variance | |
| **Reserve Transfers** | | | | | | | |
| 7000 - RESERVE TRANSFER | (14,372.82) | (5,061.87) | 9,310.95 | (115,632.53) | (60,742.66) | 54,889.87 | (60,742.66) |
| 7007 - LANDSCAPING RESERVE | - | - | - | (15,500.00) | - | 15,500.00 | - |
| **Total Reserve Transfers** | **(14,372.82)** | **(5,061.87)** | **9,310.95** | **(131,132.53)** | **(60,742.66)** | **70,389.87** | **(60,742.66)** |
| **Net Income** | **-** | **2,833.60** | **(2,833.60)** | **-** | **(265,000.00)** | **265,000.00** | **(265,000.00)** |

# Bent Creek Homeowners Association, Inc.

Balance Sheet For 12/31/2024

| | | |
|---|---|---|
| **Assets** | | |
| 1040 - PINNACLE OPERATING | $172,224.66 | |
| 1205 - UBS BANK USA CORE SAVINGS | $5,459.25 | |
| 1246 - PINNACLE MONEY MARKET | $5,750.57 | |
| 1260 - BANK OF AMERICA 1.6.25 5.25% | $200,024.00 | |
| 1265 - CHARLES SCHWAB 5.10% 3/27/25 MAT | $400,600.00 | |
| 1291 - UBS INVESTMENT | $116,971.71 | |
| **Total Assets** | | **$901,030.19** |
| | **Total Assets** | **$901,030.19** |

| | | |
|---|---|---|
| **Reserve -Equity** | | |
| 3050 - UNALLOCATED RESERVES | $126,530.19 | |
| 3160 - FRONT ENTR. MONUMENT | $120,000.00 | |
| 3225 - Section 12 | $250,000.00 | |
| 3260 - BARN RENOVATION | $20,000.00 | |
| 3270 - COMMON AREA RESERVE | $50,000.00 | |
| 3340 - TREE REMOVAL | $20,000.00 | |
| 3350 - LANDSCAPING RESERVE | $64,500.00 | |
| 3370 - TRAILS/WALKING PATH | $100,000.00 | |
| 3490 - POOL RESERVE | $80,000.00 | |
| 3600 - IRRIGATION RESERVE | $70,000.00 | |
| **Total Reserve -Equity** | | **$901,030.19** |
| | **Total Liabilities / Equity** | **$901,030.19** |

# Bent Creek Homeowners Association, Inc.

Cash Disbursement - 12/31/2024

| Date | CheckNo | Description | | Amount |
|---|---|---|---|---|

## 1040 - Pinnacle Operating

| Date | CheckNo | Description | | Amount |
|---|---|---|---|---|
| 12/1/2024 | ACH | Timmons Properties, Inc. Inv # 854156 | | 3,542.00 |
| | 5120 - MANAGEMENT FEE - Management fee | | 3,542.00 | |
| 12/2/2024 | Avid 100149 | JAN-PRO OF GREATER NASHVILLE INC Inv # 41378 | | 442.00 |
| | 5806 - CUSTODIAN SERVICE | | 442.00 | |
| 12/2/2024 | Avid 100150 | SKYCOP,INC Inv # 28232 | | 927.23 |
| | 5718 - SEC. CAMERAS/POOL | | 927.23 | |
| 12/2/2024 | Avid 300224 | UNITED COMMUNICATIONS Inv # 12149046 | | 140.32 |
| | 5125 - INTERNET | | 140.32 | |
| 12/2/2024 | Avid 300225 | UNITED COMMUNICATIONS Inv # 12167151 | | 99.00 |
| | 5125 - INTERNET | | 99.00 | |
| 12/2/2024 | Avid 300226 | UNITED COMMUNICATIONS Inv # 12169465 | | 198.00 |
| | 5125 - INTERNET | | 198.00 | |
| 12/2/2024 | Misc Check Debit | Amazon - Holiday Decorations | | 19.05 |
| | 5260 - HOLIDAY DECORATIONS | | 19.05 | |
| 12/3/2024 | Misc Check | Debit Card - Mulch stop | | 485.00 |
| | 5620 - MISC LANDSCAPING SUPPLIES / SERVICES - Debit Card - mulch | | 485.00 | |
| 12/3/2024 | Misc Check Debit Card | Amazon - Holiday Decorations | | 76.00 |
| | 5260 - HOLIDAY DECORATIONS | | 76.00 | |
| 12/4/2024 | ACH | Timmons Properties, Inc. Inv # bb5904792410 | | 187.56 |
| | 5130 - OFFICE SUPPLIES - Community Mailings Oct 2024 | | 187.56 | |
| 12/4/2024 | ACH | Timmons Properties, Inc. Inv # bb5904792411 | | 253.00 |
| | 5130 - OFFICE SUPPLIES - Community Mailings Nov 2024 | | 253.00 | |
| 12/5/2024 | Avid 300227 | NOLEN/COL GROVE UTILITY Inv # 110524-39001098 | | 1,045.31 |
| | 5410 - WATER/SEWER | | 1,045.31 | |
| 12/5/2024 | Avid 300228 | NOLEN/COL GROVE UTILITY Inv # 110524-30000098 | | 223.07 |
| | 5410 - WATER/SEWER | | 223.07 | |
| 12/5/2024 | Avid 300229 | NOLEN/COL GROVE UTILITY Inv # 110524-30101098 | | 224.04 |
| | 5410 - WATER/SEWER | | 224.04 | |
| 12/5/2024 | Avid 300230 | NOLEN/COL GROVE UTILITY Inv # 110524-30199098 | | 947.30 |
| | 5410 - WATER/SEWER | | 947.30 | |

# Bent Creek Homeowners Association, Inc.

Cash Disbursement - 12/31/2024

| Date | CheckNo | Description | | Amount |
|---|---|---|---|---|
| 12/5/2024 | Avid 300231 | NOLEN/COL GROVE UTILITY Inv # 110524-30366098 | | 266.15 |
| | 5410 - WATER/SEWER | | 266.15 | |
| 12/5/2024 | Avid 300232 | NOLEN/COL GROVE UTILITY Inv # 110524-31290098 | | 249.49 |
| | 5410 - WATER/SEWER | | 249.49 | |
| 12/5/2024 | Avid 300233 | NOLEN/COL GROVE UTILITY Inv # 110524-30345098 | | 260.27 |
| | 5410 - WATER/SEWER | | 260.27 | |
| 12/6/2024 | Check 500045 | SHAUNA BLESIE | | 50.00 |
| | 4325 - CLUBHOUSE RENTAL FEE - Shauna Blesie refund | | 50.00 | |
| 12/6/2024 | Check 500046 | STEPHEN KIERN Inv # 12.2.24 | | 700.00 |
| | 5240 - SOCIAL - 2 hours of Santa | | 700.00 | |
| 12/6/2024 | Check 500047 | Thomas and Morgan Mitchell Inv # 523 | | 50.00 |
| | 4325 - CLUBHOUSE RENTAL FEE - return deposit check | | 50.00 | |
| 12/6/2024 | Misc Check Debit Card | MAMA'S JAVA, LLC - Coffee | | 609.11 |
| | 5240 - SOCIAL - MAMA'S JAVA, LLC - Mama's Java | | 609.11 | |
| 12/9/2024 | Misc Check Ach | Kroger - Bakery Items | | 136.82 |
| | 5240 - SOCIAL | | 136.82 | |
| 12/9/2024 | Misc Check Debit Card | Timmons Properties, Inc. - Holiday Decorations | | 8.69 |
| | 5260 - HOLIDAY DECORATIONS | | 8.69 | |
| 12/9/2024 | Misc Check Debit Card | Dollar General | | 218.40 |
| | 5240 - SOCIAL - propane cylinders, etc | | 218.40 | |
| 12/9/2024 | Misc Check Debit Card | Amazon - Shelves | | 105.34 |
| | 5240 - SOCIAL | | 105.34 | |
| 12/11/2024 | Avid 100151 | GREATER NASHVILLE POOL MANAGEMENT Inv # 2465784MIS | | 56.59 |
| | 5740 - POOL MAINTENANCE SUPPLIES AND REPAIRS - Antifreeze | | 56.59 | |
| 12/11/2024 | Avid 100152 | SKYCOP,INC Inv # 28489 | | 1,293.60 |
| | 5718 - SEC. CAMERAS/POOL | | 1,293.60 | |
| 12/11/2024 | Avid 100153 | WILSON WOOD ART Inv # 1142 | | 450.00 |
| | 5833 - GENERAL MAINT. - JAMES RAY WILSON - Playground Maintenance | | 450.00 | |
| 12/11/2024 | Avid 100154 | LANDSCAPE SERVICES INC Inv # 179657 | | 890.00 |
| | 5620 - MISC LANDSCAPING SUPPLIES / SERVICES - Dog Waste Bags | | 890.00 | |
| 12/11/2024 | Avid 100155 | WATERWORX PRO WASH LLC Inv # INV-000284 | | 150.00 |
| | 5833 - GENERAL MAINT. - Pressure Wash Park Bench | | 150.00 | |

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT F5

## HOA Financial Statement — 2025 Year-End

Year-end financial statement for fiscal year 2025. Documents $107,385 One-Time Capital, $56,640 Tree Removal, and reserve fund decline to $955,748 (from $1,333,728 in 2021).

# Bent Creek Homeowners Association, Inc.

## Statement of Revenues and Expenses 12/1/2025 - 12/31/2025

| | Current Period | | | Year To Date | | | Annual |
|---|---|---|---|---|---|---|---|
| | Actual | Budget | Variance | Actual | Budget | Variance | Budget |
| **Income** | | | | | | | |
| **Income** | | | | | | | |
| 4050 - INTEREST INCOME EARNED | 6.18 | - | 6.18 | 96.83 | - | 96.83 | - |
| 4051 - CD INTEREST | 80.43 | 833.37 | (752.94) | 28,073.95 | 10,000.00 | 18,073.95 | 10,000.00 |
| 4120 - COTTAGES INCOME | 365.00 | 469.00 | (104.00) | 4,380.00 | 5,628.00 | (1,248.00) | 5,628.00 |
| 4125 - TOWNHOME INCOME | 649.00 | 867.00 | (218.00) | 7,788.00 | 10,404.00 | (2,616.00) | 10,404.00 |
| 4145 - Homeowner Fees | 72,263.00 | 72,785.00 | (522.00) | 855,096.00 | 873,420.00 | (18,324.00) | 873,420.00 |
| 4150 - LATE FEES | 310.00 | - | 310.00 | 2,299.00 | - | 2,299.00 | - |
| 4151 - Return fee | - | - | - | 70.00 | - | 70.00 | - |
| 4160 - FINES | 710.00 | - | 710.00 | 9,980.00 | - | 9,980.00 | - |
| 4175 - WORKING CAPITAL CONTRIBUTION | 1,500.00 | 1,000.00 | 500.00 | 17,500.00 | 13,000.00 | 4,500.00 | 13,000.00 |
| 4300 - Unallocated Income | 27,158.00 | - | 27,158.00 | 798.06 | - | 798.06 | - |
| 4325 - CLUBHOUSE RENTAL FEE | - | - | - | 50.00 | - | 50.00 | - |
| 4347 - AMENITY USAGE | - | - | - | 150.00 | - | 150.00 | - |
| 4355 - POOL KEY | - | - | - | 945.00 | - | 945.00 | - |
| **Total Operating Income** | **103,041.61** | **75,954.37** | **27,087.24** | **927,226.84** | **912,452.00** | **14,774.84** | **912,452.00** |
| **Expense** | | | | | | | |
| **Admininstrative Expenses** | | | | | | | |
| 5120 - MANAGEMENT FEE | 3,800.00 | 3,800.00 | - | 45,600.00 | 45,600.00 | - | 45,600.00 |
| 5121 - PROFESSIONAL FEE | (85.00) | 1,400.00 | 1,485.00 | 19,491.44 | 16,800.00 | (2,691.44) | 16,800.00 |
| 5125 - INTERNET | 338.55 | 360.00 | 21.45 | 3,786.10 | 4,320.00 | 533.90 | 4,320.00 |
| 5130 - OFFICE SUPPLIES | 370.71 | 800.00 | 429.29 | 13,134.18 | 12,000.00 | (1,134.18) | 12,000.00 |
| 5185 - RESERVE STUDY | - | - | - | 3,850.00 | - | (3,850.00) | - |
| **Total Admininstrative Expenses** | **4,424.26** | **6,360.00** | **1,935.74** | **85,861.72** | **78,720.00** | **(7,141.72)** | **78,720.00** |
| **Social - Marketing** | | | | | | | |
| 5240 - SOCIAL | 4,361.62 | 833.37 | (3,528.25) | 15,146.85 | 10,000.00 | (5,146.85) | 10,000.00 |
| 5260 - HOLIDAY DECORATIONS | - | - | - | 325.00 | 11,220.00 | 10,895.00 | 11,220.00 |
| **Total Social - Marketing** | **4,361.62** | **833.37** | **(3,528.25)** | **15,471.85** | **21,220.00** | **5,748.15** | **21,220.00** |
| **Utility Expense** | | | | | | | |
| 5400 - ELECTRICITY | 1,170.52 | 1,491.63 | 321.11 | 19,694.06 | 17,900.00 | (1,794.06) | 17,900.00 |
| 5410 - WATER/SEWER | 4,320.42 | 2,310.38 | (2,010.04) | 33,120.04 | 27,725.00 | (5,395.04) | 27,725.00 |
| 5430 - TRASH REMOVAL | 14,616.00 | 14,616.00 | - | 175,392.00 | 175,392.00 | - | 175,392.00 |
| **Total Utility Expense** | **20,106.94** | **18,418.01** | **(1,688.93)** | **228,206.10** | **221,017.00** | **(7,189.10)** | **221,017.00** |
| **Security/Safety** | | | | | | | |
| 5500 - SECURITY SERVICE | - | - | - | 15,890.00 | - | (15,890.00) | - |
| **Total Security/Safety** | **-** | **-** | **-** | **15,890.00** | **-** | **(15,890.00)** | **-** |
| **Grounds/Landscape** | | | | | | | |
| 5600 - LAWNCARE CONTRACT SERVICES | 20,375.00 | 20,269.81 | (105.19) | 239,103.74 | 238,788.21 | (315.53) | 238,788.21 |
| 5620 - MISC LANDSCAPING SUPPLIES / SERVICES | 890.00 | 900.00 | 10.00 | 13,960.00 | 15,800.00 | 1,840.00 | 15,800.00 |
| 5665 - TREE REMOVAL | 22,930.00 | - | (22,930.00) | 56,640.00 | 7,500.00 | (49,140.00) | 7,500.00 |

# Bent Creek Homeowners Association, Inc.

## Statement of Revenues and Expenses 12/1/2025 - 12/31/2025

| | Current Period | | | Year To Date | | | Annual |
|---|---|---|---|---|---|---|---|
| | Actual | Budget | Variance | Actual | Budget | Variance | Budget |
| 5670 - IRRIGATION | - | - | - | 2,230.00 | 5,000.00 | 2,770.00 | 5,000.00 |
| **Total Grounds/Landscape** | **44,195.00** | **21,169.81** | **(23,025.19)** | **311,933.74** | **267,088.21** | **(44,845.53)** | **267,088.21** |
| **Amenity Maintenance/Supplies** | | | | | | | |
| 5717 - POOL MAINTENANCE/SERVICE CONTRACT | - | - | - | 66,001.00 | 66,780.00 | 779.00 | 66,780.00 |
| 5718 - SEC. CAMERAS/POOL | 1,293.60 | 2,285.00 | 991.40 | 38,632.46 | 32,420.00 | (6,212.46) | 32,420.00 |
| 5740 - POOL MAINTENANCE SUPPLIES AND REPAIRS | 1,006.85 | - | (1,006.85) | 8,443.14 | 25,000.00 | 16,556.86 | 25,000.00 |
| **Total Amenity Maintenance/Supplies** | **2,300.45** | **2,285.00** | **(15.45)** | **113,076.60** | **124,200.00** | **11,123.40** | **124,200.00** |
| **Janitorial** | | | | | | | |
| 5806 - CUSTODIAN SERVICE | - | - | - | (1,326.00) | 2,760.00 | 4,086.00 | 2,760.00 |
| 5807 - PLAYGROUND EQUIPMENT | 100.00 | 250.00 | 150.00 | 224.02 | 3,000.00 | 2,775.98 | 3,000.00 |
| **Total Janitorial** | **100.00** | **250.00** | **150.00** | **(1,101.98)** | **5,760.00** | **6,861.98** | **5,760.00** |
| **Maintenance Expense** | | | | | | | |
| 5833 - GENERAL MAINT. | - | 2,500.00 | 2,500.00 | 13,655.60 | 30,000.00 | 16,344.40 | 30,000.00 |
| 5849 - ELECTRICAL REPAIR | 840.00 | 825.00 | (15.00) | 2,660.00 | 9,900.00 | 7,240.00 | 9,900.00 |
| 5866 - MISC EXPENSES | - | - | - | 99.00 | - | (99.00) | - |
| **Total Maintenance Expense** | **840.00** | **3,325.00** | **2,485.00** | **16,414.60** | **39,900.00** | **23,485.40** | **39,900.00** |
| **Taxes, Insurance, License, Permits** | | | | | | | |
| 5902 - TAX PREPARATION | - | - | - | 1,125.00 | 1,500.00 | 375.00 | 1,500.00 |
| 5906 - BUSINESS TAXES | - | - | - | 3,782.00 | 5,000.00 | 1,218.00 | 5,000.00 |
| 5908 - INSURANCE PROPERTY | - | - | - | 20,288.73 | 26,559.00 | 6,270.27 | 26,559.00 |
| 5913 - LICENSES, SOS, CTA FILING | - | 300.00 | 300.00 | 45.00 | 345.00 | 300.00 | 345.00 |
| 5914 - POOL PERMIT | - | - | - | 680.95 | 680.00 | (.95) | 680.00 |
| **Total Taxes, Insurance, License, Permits** | **-** | **300.00** | **300.00** | **25,921.68** | **34,084.00** | **8,162.32** | **34,084.00** |
| **Total Operating Expense** | **76,328.27** | **52,941.19** | **(23,387.08)** | **811,674.31** | **791,989.21** | **(19,685.10)** | **791,989.21** |
| **Net Operating Income** | **26,713.34** | **23,013.18** | **3,700.16** | **115,552.53** | **120,462.79** | **(4,910.26)** | **120,462.79** |
| **Reserve Expenditures** | | | | | | | |
| 6021 - POOL RESERVE | - | 3,750.00 | 3,750.00 | - | 45,000.00 | 45,000.00 | 45,000.00 |
| 6035 - FENCE RESERVE | - | 1,833.37 | 1,833.37 | - | 22,000.00 | 22,000.00 | 22,000.00 |
| 6037 - GENERAL RESERVE | - | 2,375.00 | 2,375.00 | - | 28,500.00 | 28,500.00 | 28,500.00 |
| 6039 - UNAPPROP. RESERVE | - | - | - | (46,550.00) | - | 46,550.00 | - |
| 6042 - ONE-TIME CAPITAL EXPENSES | - | - | - | 107,385.00 | - | (107,385.00) | - |
| **Total Reserve Expenditures** | **-** | **7,958.37** | **7,958.37** | **60,835.00** | **95,500.00** | **34,665.00** | **95,500.00** |
| **Reserve Transfers** | | | | | | | |
| 7000 - RESERVE TRANSFER | 26,713.34 | 2,080.26 | (24,633.08) | 54,717.53 | 24,962.79 | (29,754.74) | 24,962.79 |
| **Total Reserve Transfers** | **26,713.34** | **2,080.26** | **(24,633.08)** | **54,717.53** | **24,962.79** | **(29,754.74)** | **24,962.79** |
| **Net Income** | **-** | **12,974.55** | **(12,974.55)** | **-** | **-** | **-** | **-** |

# Bent Creek Homeowners Association, Inc.

Balance Sheet For 12/31/2025

| | | |
|---|---|---|
| **Assets** | | |
| 1040 - PINNACLE OPERATING | $198,771.41 | |
| 1205 - UBS BANK USA CORE SAVINGS | $5,685.26 | |
| 1246 - PINNACLE MONEY MARKET | $5,822.87 | |
| 1291 - UBS INVESTMENT | $745,468.18 | |
| **Total Assets** | | **$955,747.72** |
| **Total Assets** | | **$955,747.72** |

| | | |
|---|---|---|
| **Reserve -Equity** | | |
| 3050 - UNALLOCATED RESERVES | $181,247.72 | |
| 3160 - FRONT ENTR. MONUMENT | $120,000.00 | |
| 3225 - Section 12 | $250,000.00 | |
| 3260 - BARN RENOVATION | $20,000.00 | |
| 3270 - COMMON AREA RESERVE | $50,000.00 | |
| 3340 - TREE REMOVAL | $20,000.00 | |
| 3350 - LANDSCAPING RESERVE | $64,500.00 | |
| 3370 - TRAILS/WALKING PATH | $100,000.00 | |
| 3490 - POOL RESERVE | $80,000.00 | |
| 3600 - IRRIGATION RESERVE | $70,000.00 | |
| **Total Reserve -Equity** | | **$955,747.72** |
| **Total Liabilities / Equity** | | **$955,747.72** |

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT G

## Plaintiff's Formal Written Reasonable Accommodation Request (June 1, 2025)

Plaintiff's email of June 1, 2025 to Lynn Burka (cc Kaley Vaughn, Customer Care) formally invoking 42 U.S.C. § 3604(f), recounting the January 2025 verbal disclosure and 'being monitored' response, and submitting a written request for reasonable accommodation.

**EXHIBIT G**

**PLAINTIFF'S FORMAL WRITTEN REASONABLE ACCOMMODATION REQUEST**

**(June 1, 2025)**

Subject: Re: Kevin Donovan Voicemail
Date: Sunday, June 1, 2025 at 7:43:56 AM Central Daylight Time
From: Kevin Donovan
To: Lynn Burka
CC: Kaley Vaughn, Customer Care
Attachments: image001.jpg

Dear Ms. Burka,

Thank you for your recent correspondence. I am writing to clarify a few key points and ensure the record reflects the full scope of this matter.

First, I am not currently represented by outside legal counsel in this matter. I am acting pro se. Accordingly, your position that all communication must go through an attorney is both incorrect and obstructive. I expect that communications will resume directly and in writing.

Second, I previously notified your office of a medical condition and requested a pause in enforcement communications as early as January 2025. I also followed up with a request that the ongoing harassment stop while I navigated these health challenges. At the time, I was told the matter was "being monitored." No accommodation form or guidance was provided to me then—or at any time since—until your recent email. Your office's failure to initiate the interactive process upon that notice may constitute a violation of the Fair Housing Act (42 U.S.C. § 3604(f)).

Notwithstanding these concerns, I am submitting a formal written request for a reasonable accommodation under federal and state fair housing laws. I am requesting:

That all enforcement actions and HOA communications be paused or conducted only in writing; That deadline extensions be granted in light of my current medical condition; That all HOA-related individuals cease physical surveillance or unnecessary presence around my residence, my person, and my family.

I have already warned your office in prior communications about HOA board members repeatedly driving past my home. I now have documentation of two specific individuals engaging in this behavior, including the HOA President and a man known locally as the "bartender." Most recently, one of these individuals was recorded actively filming me as I walked past his property. This conduct—especially when viewed in the context of my prior disability disclosure and requests for relief—raises serious concerns under both the Fair Housing Act and civil harassment statutes.

Please confirm receipt of this formal request. Again, I am representing myself in this matter, and all communications may be directed to me. A failure to acknowledge or address this request will be noted accordingly.

Sincerely, Kevin M. Donovan

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT H

## 10-Day Collection Letter (May 30, 2025)

Collection letter from Timmons / HOA dated May 30, 2025 demanding $290.00 ($200 fine + $75 administrative fees + $15 certified-mail fee) within 10 days. RICO Predicate 5 / FDCPA core predicate.

**Bent Creek Homeowners Association, Inc.**
Timmons Properties, Inc.
1114 17th Ave South Suite 101
Nashville, TN 37212-2215
Phone: (615) 383-1777 * Email: [redacted]

May 30, 2025

**If you receive this letter and are protected under federal bankruptcy laws, this letter shall not be interpreted as an attempt to collect your debt, but for informational purposes only. If bankruptcy has been filed, please ask your attorney to contact us.**

Kevin Donovan
6008 Christmas Drive
Nolensville, TN 37135

***RE:*** ***Final Notice –XN1054197***
***6008 Christmas Drive, Nolensville, TN 37135***

Dear Kevin Donovan:

Timmons Properties has been instructed to contact you on behalf of the Bent Creek Homeowners Association, Inc. about your delinquent association maintenance fees. This is the final notice to be sent on behalf of the HOA by the management company, Timmons Properties, Inc., regarding your delinquent account.

Our records indicate that your account as of 5/30/2025 is now delinquent in the amount of
Default-10 Day Certified Letter: $15.00
Default-Admin fee: $75.00
Default-Fine: $200.00
Total Balance Due: $290.00

The outstanding balance owed on your account must be paid in full on or before ten (10) days from the date of this letter or it will be turned over to a collection attorney. If your payment is returned for any reason, your account will immediately be turned over to a collection attorney for legal action without further notice. A lien will be filed on your property and other legal action may be taken to collect the money owed. Any legal fees, or court costs incurred will be added to the amount owed. A lien on your property may prevent the sale or refinance of your home. Once your account has been turned over to the collection attorney, all correspondence and payments must be made through the attorney, including court costs and the attorney fees.

Payment can be made by logging into the association portal at portal.timmonsproperties.com. If you are accessing the portal for the first time, you will require the following information:

**Account #:**1814619 **Portal Key:** DAA86D7DB3E4

Please be aware that if your outstanding balance is not paid, you will not be allowed to vote on any HOA related matters and privileges to use any HOA amenity will be suspended.

Sincerely,
Bent Creek Homeowners Association, Inc.
Professionally Managed by Timmons Properties, Inc.
Email: [redacted]

If you mail your payment, please remember to include your payment account number 1814619 on your check and use your coupon if you have them. Please make your check payable to Bent Creek Homeowners Association, Inc. and mail to:

Timmons Properties, Inc.
PO Box 24446
Nashville, TN 37202-4446

## Payment Instructions

Log in to the portal at https://portal.timmonsproperties.com/Home_v2/Login Your name will be listed on the top of the screen. Your Balance owed will be displayed. Dues are not reflected until the first of the month for which they are due. Any Balance listed with a "- " is a credit. You may pay with CC or use your checking account. There are no fees if you pay by checking account. To make a one-time payment click on the make payment button and enter the required information.




## Setting up Automatic Payments:

Automatic payments may only be set up when your account has a $0.00 balance. To set up automatic payments click on the billing tab referenced in the photo above. The following screen will appear. To enroll in automatic payments, you will need to click on the Enroll Now link located on the right side of the screen and enter the required information.




## Pay By Check Via Mail

- Make your check payable to your HOA.
- List your account number on the check. You may find your account number by logging in to the portal and following the instructions above. Your account number is located on the **Payments** screen in the middle of the page.
- Mail your payment to the following address: **Timmons Properties, PO Box 24446, Nashville, TN 37202**

**Submitting Questions Via the Portal:** Log on to the portal.timmonsproperties.com. If you have already registered using the notices that we previously sent you, skip New Registration and go to Existing User.

### NEW REGISTRATION

If you have not previously registered and you do not have your log in information that we sent to you follow the steps below

- Click on sign up.
- Follow the steps to request access.




### EXISTING USERS

If you previously registered for access to your portal, simply enter your username and password to log in.

1. Click on Requests
2. To respond to a Notice you received, click on My Items. Click Subject to send a message. Type your response and then Send Message.
3. Or Click on Submit a Request and then General Request to submit a new Request.
4. Go to bottom of page at choose type of request.
5. From drop down menu click on Billing Question
6. Enter Subject
7. Enter Your Question or Comments
8. Attach a file if you like.
9. Hit Submit Form



UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT I

## FDCPA Verification Demand Letter (June 28, 2025)

Plaintiff's statutory verification demand under 15 U.S.C. § 1692g, sent June 28, 2025, requiring Timmons and Kaman & Cusimano to validate the alleged debt. Establishes FDCPA dispute and triggers verification obligations.

**Subject:** Re: Final Notice of Balance Due- Bent Creek Homeowners Association, Inc.-6008 Christmas Drive - [#XN1054197]
**Date:** Saturday, June 28, 2025 at 10:59:01 PM Central Daylight Time
**From:** Kevin Donovan
**To:** Timmons Properties, Inc., Kaley Vaughn, Lynn Burka

**Re: Account # 1814619 – Disputed Debt & Unlicensed Collection**

Dear Timmons Properties, Inc.:

I received your "Final Notice" dated **30 May 2025** regarding an alleged balance of **$290.00**.

1. **This communication is a formal dispute** under **15 U.S.C. § 1692g(a)**. I request written verification of the debt, including:**
   a. A ledger of all charges;
   b. Copies of any governing documents authorizing monetary fines; and
   c. Evidence that any "administrative" or "certified-letter" fees are contractually permissible.

2. **Licensure proof** – Provide your Tennessee Collection Service Board license number, current status, and bond information **or** a written explanation of any claimed exemption under **Tenn. Code Ann. § 62-20-103**.

Until you supply the above, you must **cease all collection efforts**, including threats of lien, lawsuit, or amenity suspension. Continuing to collect without a license constitutes willful violations of **§ 62-20-105(a)** (TCSA) and **15 U.S.C. §§ 1692e & g** (FDCPA).

Sincerely,
Kevin M. Donovan

---

**From:** Timmons Properties, Inc. <[redacted]>
**Date:** Friday, May 30, 2025 at 2:18 AM
**To:** [redacted] <[redacted]>
**Subject:** Final Notice of Balance Due- Bent Creek Homeowners Association, Inc.-6008 Christmas Drive - [#XN1054197]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you would like to respond to this notification, please place your response above the dotted line.

**If you receive this letter and are protected under federal bankruptcy laws, this letter shall not be interpreted as an attempt to collect your debt, but for informational purposes only. If bankruptcy has been filed, please ask your attorney to contact us.**

You will receive a copy of this notice in the mail.

Kevin Donovan:

Timmons Properties is reaching out on behalf of Bent Creek Homeowners Association, Inc. regarding your overdue association maintenance fees. This communication serves as the final notice from the HOA's management company, Timmons Properties, Inc., concerning your outstanding account.

According to our records, as of 05/30/2025, your account has an outstanding balance of:

Default-10 Day Certified Letter: $15.00
Default-Admin fee: $75.00
Default-Fine: $200.00
Total Balance Due: $290.00

Outstanding Balance: $290.00

***Please view the attached letter for more information.***

Please note that the total amount due must be settled in full within ten (10) days from the date of this letter to prevent your account being turned over to a collection attorney.

If you have questions regarding your account, you can respond to this email.

Payments can be processed by logging into the association portal at portal.timmonsproperties.com. For first-time access, you will need the following details:

Account #: 1814619

Registration Key: DAA86D7DB3E4

Be advised that failure to clear your outstanding balance will result in the loss of voting rights on HOA matters and suspension of privileges to use any HOA amenities.

Sincerely,

Bent Creek Homeowners Association, Inc.

Professionally Managed by Timmons Properties, Inc.

Email: [redacted]

Office Hours: Monday - Thursday 7:30 am – 4:30 pm

Friday 7:30 am – 4:00 pm

If you mail your payment, please remember to include your payment account number 1814619 on your check and use your coupon if you have them. Please make your check payable to «Association Name» and mail to:

Payment Remittance Address:

Timmons Properties, Inc.

PO Box 24446

Nashville, TN 37202-4446

Make your check payable to your Bent Creek Homeowners Association, Inc. and include your account number.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT J

## Camper Tow Email (April 25, 2025)

Email from Timmons stating Plaintiff's camper was 'dropped off a few days ago and has not moved' and threatening same-day tow. RICO Predicate 2 — factually false statement made with knowledge.

**Subject:** Do Not Reply Message from Bent Creek Homeowners Association, Inc. - Camper on Sawmill/Fishing Creek - [#XN1098711]
**Date:** Friday, April 25, 2025 at 11:06:01 AM Central Daylight Time
**From:** Timmons Properties, Inc.
**To:** [redacted]

Please do not reply to this message.

Good morning - It has been noted upon recent inspection that a camper is parked on the corner of Sawmill Place and Fishing Creek Road. It is our understanding that this camper was dropped off a few days ago and has not moved. Photo attached.



If the camper is not removed by the end of the day, today, April 25th, it will be towed.

Thank you,

Kaley Vaughn
Association Manager

Sincerely,

Timmons Properties, Inc. on behalf of Bent Creek Homeowners Association, Inc.
(615) 383-1777 | timmonsproperties.com

**Please email [redacted] if assistance is needed.**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT K

## Truck Email (May 12, 2025)

Email from Timmons stating Plaintiff's white Tacoma truck was 'parked on Fishing Creek Road since Thursday of last week and has not moved' and threatening same-day tow. The truck had been temporarily relocated by Plaintiff's realtor for property photographs and an open house. RICO Predicate 1.

**Subject:** Do Not Reply Message from Bent Creek Homeowners Association, Inc. - Abandoned Vehicle - Fishing Creek Road - [#XN1130676]
**Date:** Monday, May 12, 2025 at 11:23:42 AM Central Daylight Time
**From:** Timmons Properties, Inc.
**To:** [redacted]

Please do not reply to this message.

Hi everyone - It has been reported that a white Toyota Tacoma (photo below) has been parked on Fishing Creek Road since Thursday of last week and has not moved.



If this vehicle belongs to you or if you are aware of who it belongs to, please have it moved as soon as possible.

If the vehicle is not moved by the end of the day, today, May 12th, it will be towed.

Thank you,
Kaley Vaughn
Association Manager

Sincerely,

Timmons Properties, Inc. on behalf of Bent Creek Homeowners Association, Inc.
(615) 383-1777 | timmonsproperties.com

**Please email [redacted] if assistance is needed.**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT L

## Supplementary Attending Physician's Statement (July 21, 2025)

Statement from Dr. Justin Dearing, D.C. (License #2528), dated July 21, 2025. Documents Plaintiff's diagnosis, disability onset date (March 18, 2025), and functional limitations. Personally identifying medical details have been redacted.

[redacted]

## SUPPLEMENTARY ATTENDING PHYSICIAN'S STATEMENT

Please return completed form to: Fax: [redacted]

***THIS FORM MUST BE COMPLETED BY A MEDICAL PROVIDER***

The purpose of this form is to help us determine the clinical condition of our employee, your patient, if they are continuing to be totally disabled or are able to return back to work. Please complete all entries listed. Northwestern Mutual is dedicated to assisting employees with a successful return to work. The completed form should be returned by the due date below via fax to [redacted] Health Services.

**NOTE: The employee is responsible for completion of this form without expense to [redacted].**

| PATIENT'S NAME *(Please print)* | | |
|---|---|---|
| KEVIN DONOVAN | [redacted] | [redacted] |

1. Reasons for continued disability *(Describe complications, if any)* Post viral fatigue Auto-immune neurological, endocrine + other post viral reactivations

2. (a) Date of most recent treatment: [redacted]
   (c) [redacted] [redacted]

3. The patient has been continuously disabled (unable to work) from 03/18/2025 through [redacted]
   DATE (MM/DD/YYYY) DATE (MM/DD/YYYY)

4. Is patient able to return to restricted employment? ☐ Yes ☒ No If yes, when? ____________ (MM/DD/YYYY)

5. [redacted]

6.

| PHYSICIAN'S NAME *(Please print)* | | SPECIALTY |
|---|---|---|
| Justin Dearing | | Chiropractor |
| LICENSE NUMBER: 8528 | PHONE NUMBER *(include area code)* [redacted] | FAX NUMBER *(include area code)* [redacted] |
| STREET ADDRESS [redacted] | [redacted] | |

(signature) PHYSICIAN'S SIGNATURE

[redacted] DATE (MM/DD/YYYY)

[redacted]

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT M

## Kaman & Cusimano Delivery Receipt — Signed by Vicki Thomas (July 24, 2025)

Signed delivery receipt confirming K&C;'s office manager Vicki Thomas received Plaintiff's physician statement (Exhibit L) on July 24, 2025. Establishes K&C;'s knowledge of the disability prior to its July 28, 2025 'insufficient' rejection.

rec'd 7/24/25
by Vicki Thomas
Vicki Thomas
Office Mgr.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT N

## Michigan AGC Dismissal Letter (August 28, 2025, File 25-1797)

Letter from the Michigan Attorney Grievance Commission dismissing K&C;'s retaliatory bar grievance against Plaintiff. File No. 25-1797, dismissed in 49 days. Demonstrates the retaliatory nature of the grievance and supports Plaintiff's pattern allegations.

GENERAL COUNSEL

GRAHAM G. LEAC
MARY A. BOWEN
AUSTIN D. BLESSING-NE
CAITLIN O. FLEMIN
KRISTIN E. FERNAND

PNC CENTER
755 W. BIG BEAVER RD., SUITE 2100
TROY, MICHIGAN 48084
TELEPHONE (313) 961-6585
WWW.AGCMI.ORG

August 28, 2025

**PERSONAL AND CONFIDENTIAL**

Daniel J. Miske
111 E. Kilbourn Ave., Suite 1700
Milwaukee, WI 53202

**RE: Daniel J. Miske as to Kevin M. Donovan**
**AGC File No. 25-1797**

Dear Mr. Miske:

The Commission is authorized to investigate, and when necessary, prosecute charges of attorney misconduct. After preliminary investigation and careful review of the materials in this file by the Commission's staff, it has been determined that the matters raised in your Request for Investigation will not be pursued further.

The Attorney Grievance Commission has no authority to function as an appellate court. The appellate system is designed to address your concerns regarding what you perceive as your trial attorney's ineffective representation. We recommend that you speak with a qualified attorney who can advise you of your rights.

Our office feels Kevin Michael Donovan has answered your allegations adequately. I am enclosing a copy of the answer for your review. We will take no further action.

Please be advised that this matter is being closed under the authority granted to the Grievance Administrator pursuant to Michigan Court Rule 9.114(A)(1).

I hope that this letter adequately explains my office's position in this matter.

Very truly yours,

Cynthia C. Bullington/meg

Cynthia C. Bullington
Assistant Deputy Administrator

CCB/meg
Enclosure
cc: Kevin Michael Donovan

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT O

## Heidi Nathan Facebook Group Screenshots (Republication & Censorship)

Screenshots demonstrating Defendant Heidemarie Nathan's administrator status, her republication of Defendant Edge's defamatory content with added commentary, her deletion of Plaintiff's responsive posts, and her banning of Plaintiff from the community Facebook group. Supports Count IX (Defamation — Republication).

# EXHIBIT O

Heidi Nathan Facebook Group — Republication and Censorship

Donovan v. Bent Creek HOA, et al.
United States District Court for the Middle District of Tennessee
Nashville Division

*This exhibit comprises 20 screenshots presented in file-order sequence.*

Source folder: Nathan_Censorship/




IMG_0765.jpeg

10:17 5G

Bent Creek Community Neighborhood Group

Kevin Donovan · 1h ·

7

Most relevant

**Heidi Nathan** Admin

Top contributor

Kevin Donovan THIS IS MY ONLY POST FOR THIS ACTION. 1. OUR PAGE IS N O T SET UP FOR SUCH TOPICS. THIS IS YOUR ISSUE AND NOT THE NEIGHBORHOODS PROBLEM. 2. OUR PAGE IS N O T INFLUENCED BY HOA. WE FOLLOW THE RULES OF THIS PAGE AND DELETE INAPPRORIATE MESSAGES. 3. THIS POST WILL BE DELETED AND I WILL NOT RESPOND TO ANY PM YOU SEND ME. 4. IF YOU STILL CONTACT ME OR POST ABOUT THIS HERE WE REMOVE YOU FROM THIS PAGE.

1m Like Reply

Write a reply...

**Wesley Holder** Top contributor

I don't know anything about all this.

Comment...

IMG_0789.jpeg

9:49

Bent Creek Community Neighborhood Group

Heidi Nathan · 4h ·

Neighbors, I have deleted another post. After the recent debacle we have amended our rules and I have posted them repeatedly. If you haven't seen it, they can be found under the "ABOUT" tab

Like Comment Send

3

Most relevant

**Ron Cluff**
That would be in the About tab, 2nd to last bullet point.

**POST RULES:**
**We reserve the right to remove postings that are:**
- **Derogative, contemptuous or discourteous comments**
- **Abusive, defamatory, or obscene**
- **Fraudulent, deceptive or misleading**
- **In violation of any intellectual property right of another**
- **In violation of any law or regulation**
- **Excessive campaigning / promotion / advertising**
- **Issues between you and our HOA are private matters and not allowed on this page.**
- **Otherwise offensive**

4h Like Reply 1

**Brad Stephenson**
So this is the HOA's community page?

2h Like Reply 2

**Chuan Sha** Top contributor
Brad Stephenson minus the HOA part

1h Like Reply 1

**Chuan Sha** Top contributor
A private community page

Write a comment...

IMG_0960.jpeg




IMG_0961.jpeg

9:50

Bent Creek Community Neighborhood Group

Heidi Nathan · 4h ·

effective anyway and devolves quickly. If you're coming to this page to complain about the HOA, you've already missed the boat and are just trying to drum up sympathy instead of reaching out to the board or Timmons directly.

2h Like Reply 4

**Courtney Adams**
Michael Edwards the last HOA I lived in tried to charge each neighbor over $300 assessment to remove trees... after posting and digging we eventually found out these trees were not even on our neighborhood property. I mention this because the open conversation amongst the neighbors online kept us safe from being taken advantage of.

1h Like Reply 4

**Hilary Bunn Blake**
Courtney Adams this

47m Like Reply 1

Write a reply...

Write a reply...

**Mike Arone**
Censorship is never justified.

3h Like Reply 6

**Heidi Nathan** Author
and please don't blame the messenger.

4h Like Reply

Courtney Adams

Write a comment...


9:50

Bent Creek Community Neighborhood Group
Heidi Nathan · 4h ·

Mike Arone
Censorship is never justified.
3h Like Reply 6

Heidi Nathan Author
and please don't blame the messenger.
4h Like Reply

Courtney Adams
Heidi Nathan if you are the messenger who isn't allowing HOA discussion on Facebook?
4h Like Reply 6

Courtney Begley McNamee Top contributor
Courtney Adams I have this same question
4h Like Reply 2

Michael Henry Rising contributor
Courtney Adams Boom! 💥
2h Like Reply 1

Courtney Adams
Ericka Krogseth agreed. I'm asking who specifically banned HOA discussion amongst us neighbors paying for it... since Heidi Nathan said she is only delivering the message. I'm not being problematic- I'm genuinely curious/ concerned.
1h Like Reply 2

Ericka Krogseth
Courtney Adams yes fair question.

Write a comment...

IMG_0963.jpeg

9:50

Bent Creek Community Neighborhood Group

Heidi Nathan · 4h ·

2h Like Reply 1

**Courtney Adams**

Ericka Krogseth agreed. I'm asking who specifically banned HOA discussion amongst us neighbors paying for it... since Heidi Nathan said she is only delivering the message. I'm not being problematic- I'm genuinely curious/ concerned.

1h Like Reply 2

**Ericka Krogseth**

Courtney Adams yes fair question.

1h Like Reply 1

**Krista Greider Comer** Top contributor

Courtney Adams yes she is. She's the only acting Admin of this group.

47m Like Reply

Write a reply...

Write a reply...

**Chris Going**

Heidi Nathan - I understand this is a private group and as the admin you have the right to restrict content as you see fit.

I am genuinely curious though —

What are your reasons for restricting our speech regarding the HOA?

2h Like Reply 3

Write a comment...

9:51

Bent Creek Community Neighborhood Group

Heidi Nathan · 4h ·

**Ericka Krogseth**
Courtney Adams yes fair question.

1h Like Reply 1

**Krista Greider Comer** Top contributor
Courtney Adams yes she is. She's the only acting Admin of this group.

47m Like Reply

Write a reply...

Write a reply...

**Chris Going**
Heidi Nathan - I understand this is a private group and as the admin you have the right to restrict content as you see fit.

I am genuinely curious though —

What are your reasons for restricting our speech regarding the HOA?

2h Like Reply 3

**Heidi Nathan** Author
Chris Going

1h Like Reply

**Chris Going**
Heidi Nathan yes?

1h Like Reply

Write a reply...

Write a comment...

IMG_0965.jpeg

9:51

Bent Creek Community Neighborhood Group
Heidi Nathan · 4h ·

**Chris Going**
Heidi Nathan - I understand this is a private group and as the admin you have the right to restrict content as you see fit.

I am genuinely curious though —

What are your reasons for restricting our speech regarding the HOA?

2h Like Reply 3

**Heidi Nathan** Author
Chris Going

1h Like Reply

**Chris Going**
Heidi Nathan yes?

1h Like Reply

Write a reply...

**Heidi Nathan** Author
this page was created to have our neighbors communicate with each other. Unfortunately, whenever a problem with our HOA RULES is posted, it ends up with endless moaning, complaining and blaming ""HOA"" They are O U R neighbors managing the nessessary affairs of the community - on their O W N free time !! They have rules and laws to follow. Our community is voting them in - so they can vote them "out" again if it's not acceptable. But that means attend meetings and learn about the duties involved. ----- we hardly have participation for that!

Write a comment...

9:51

**Bent Creek Community Neighborhood Group**

Heidi Nathan · 4h ·

**Heidi Nathan** Author

this page was created to have our neighbors communicate with each other. Unfortunately, whenever a problem with our HOA RULES is posted, it ends up with endless moaning, complaining and blaming ""HOA"" They are O U R neighbors managing the nessessary affairs of the community - on their O W N free time !! They have rules and laws to follow. Our community is voting them in - so they can vote them "out" again if it's not acceptable. But that means attend meetings and learn about the duties involved. ----- we hardly have participation for that! Complaining here causes upset ---- and who would ever stand to be a member of the HOA if they are bashed about openly here? And it's not making any differences to solve a problem. SO, this is why we "restrict this"

1h Like Reply

**Chris Going**

Heidi Nathan thanks for clarifying and I understand the position you're taking.

What I'm confused by though is that seems to be your personal opinion. I've never seen someone publicly take offense to anyone speaking up with a complaint about the HOA... actually quite the opposite. Most posts I see tons of agreement about the state of affairs.

That being said, I understand how being an admin of the page could potentially bring a lot of extra effort and time having

Write a comment...

IMG_0967.jpeg

9:52

Bent Creek Community Neighborhood Group

Heidi Nathan · 4h ·

hardly have participation for that! Complaining here causes upset ---- and who would ever stand to be a member of the HOA if they are bashed about openly here? And it's not making any differences to solve a problem. SO, this is why we "restrict this"

1h Like Reply

**Chris Going**

Heidi Nathan thanks for clarifying and I understand the position you're taking.

What I'm confused by though is that seems to be your personal opinion. I've never seen someone publicly take offense to anyone speaking up with a complaint about the HOA... actually quite the opposite. Most posts I see tons of agreement about the state of affairs.

That being said, I understand how being an admin of the page could potentially bring a lot of extra effort and time having to monitor comments etc.

Would you be open to turning over control of the page?

1h Like Reply 1

Write a reply...

Write a reply...

**Carolyn Meeks Shaffmaster**

Anyone ever find out what the concrete ribbon is for at the Clovercroft entrance?

Write a comment...

9:52

Bent Creek Community Neighborhood Group

Heidi Nathan · 4h ·

would ever stand to be a member of the HOA if they are bashed about openly here? And it's not making any differences to solve a problem. SO, this is why we "restrict this"

1h Like Reply

**Chris Going**

Heidi Nathan thanks for clarifying and I understand the position you're taking.

What I'm confused by though is that seems to be your personal opinion. I've never seen someone publicly take offense to anyone speaking up with a complaint about the HOA... actually quite the opposite. Most posts I see tons of agreement about the state of affairs.

That being said, I understand how being an admin of the page could potentially bring a lot of extra effort and time having to monitor comments etc.

Would you be open to turning over control of the page?

1h Like Reply 1

Write a reply...

Write a reply...

**Carolyn Meeks Shaffmaster**

Anyone ever find out what the concrete ribbon is for at the Clovercroft entrance?

3h Like Reply

Write a comment...

IMG_0969.jpeg



DONOVAN-000075




IMG_0970.jpeg




IMG_0979.jpeg



9:22

Heidi Nathan

I don't follow all your legal stuff and am not interested in that. And I have no clue why all this should hurt your son's business.
You kept on posting, commenting negative about HOA on various posts and others chipped in going as far as threatening them. I asked you to stop and that we have to remove you as per rules but you didnt.

Other neighbors have opened a new Bent Creek page - I guess you know it already, so that should be you place to work out griviances with the HOA. It has no place on our page.

Aa

IMG_1001.jpeg




IMG_1004.jpeg




IMG_1005.jpeg

12:16

Heidi Nathan

JUN 14, 2017 AT 10:39 AM

I am an administrator for the Bent Creek Neighborhood Community page in Nolensville, Tennessee. We have made this page accessible for our neighbors only. To make sure you are living in our community, can you please message me your street address? Thank you.

JUN 14, 2017 AT 11:08 AM

6008 Christmas Dr

JUN 14, 2017 AT 2:25 PM

thank you! Please look at our information, and then enjoy!

SEP 18, 2 T 6:52 PM

Aa

IMG_1006.jpeg




IMG_1007.jpeg




**Bent Creek Neighborhood -Uncensored- Nolensville, TN**

Kyle Donovan · 4h ·

Krista Greider Comer and Courtney Adams
I just noticed that my husband, Kevin, was quietly removed from this page. We joined because the group's mission (and name!) promised open, honest conversation after posts started disappearing elsewhere.

Kevin hasn't received any warning or explanation. Could you let us know why his access was revoked, and whether anyone asked you to take that step? 🤔

If transparency is what this group claims to be about, I hope you can be transparent in your explanation.

Like Send

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT P

## Vantaca Transaction History — Account No. 1814619

Transaction ledger for Plaintiff's HOA account showing $150 in fines, $75 in administrative fees, and a $15 certified-mail fee = $240 total in unauthorized charges. RICO Predicate 6 — material misrepresentations transmitted via the Vantaca portal.

# Bent Creek Homeowners Association, Inc.

## Homeowner Transaction History 1/1/1980 - 2/16/2026

**1814619 - Kevin Donovan - 6008 Christmas Drive**

| Date | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 6/1/2023 | Homeowner Fees | $70.00 | - | $70.00 |
| 6/6/2023 | In-office Check | - | ($70.00) | $0.00 |
| 7/1/2023 | Homeowner Fees | $70.00 | - | $70.00 |
| 7/14/2023 | ACH ...9617 | - | ($70.00) | $0.00 |
| 8/1/2023 | Homeowner Fees | $70.00 | - | $70.00 |
| 8/3/2023 | ACH ...9617 | - | ($70.00) | $0.00 |
| 9/1/2023 | Homeowner Fees | $70.00 | - | $70.00 |
| 9/3/2023 | ACH ...9617 | - | ($70.00) | $0.00 |
| 10/1/2023 | Homeowner Fees | $70.00 | - | $70.00 |
| 10/3/2023 | ACH ...9617 | - | ($70.00) | $0.00 |
| 11/1/2023 | Homeowner Fees | $70.00 | - | $70.00 |
| 11/3/2023 | ACH ...9617 | - | ($70.00) | $0.00 |
| 12/1/2023 | Homeowner Fees | $70.00 | - | $70.00 |
| 12/3/2023 | ACH ...9617 | - | ($70.00) | $0.00 |
| 1/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 1/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 2/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 2/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 3/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 3/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 4/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 4/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 5/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 5/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 6/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 6/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 7/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 7/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 8/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 8/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 9/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 9/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 10/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 10/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 11/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 11/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 12/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 12/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |

# Bent Creek Homeowners Association, Inc.

## Homeowner Transaction History 1/1/1980 - 2/16/2026

| | | | | |
|---|---|---|---|---|
| 1/1/2025 | Homeowner Fees | $85.00 | - | $85.00 |
| 1/3/2025 | ACH ...9617 | - | ($85.00) | $0.00 |
| 2/1/2025 | Homeowner Fees | $85.00 | - | $85.00 |
| 2/3/2025 | ACH ...9617 | - | ($85.00) | $0.00 |
| 2/6/2025 | Fine - Exterior Maintenance | $50.00 | - | $50.00 |
| 2/27/2025 | Fine - Exterior Maintenance | $100.00 | - | $150.00 |
| 3/1/2025 | Homeowner Fees | $85.00 | - | $235.00 |
| 3/3/2025 | ACH ...9617 | - | ($85.00) | $150.00 |
| 3/28/2025 | Admin fee - Collection Notice Admin Fee | $15.00 | - | $165.00 |
| 4/1/2025 | Homeowner Fees | $85.00 | - | $250.00 |
| 4/3/2025 | ACH ...9617 | - | ($85.00) | $165.00 |
| 4/14/2025 | Admin fee - Collection Notice Admin Fee | $15.00 | - | $180.00 |
| 4/30/2025 | Admin fee - Collection Notice Admin Fee | $15.00 | - | $195.00 |
| 5/1/2025 | Homeowner Fees | $85.00 | - | $280.00 |
| 5/3/2025 | ACH ...9617 | - | ($85.00) | $195.00 |
| 5/15/2025 | Admin fee - Collection Notice Admin Fee | $15.00 | - | $210.00 |
| 5/30/2025 | 10 Day Certified Letter - 10-Day Letter Certified Fee | $15.00 | - | $225.00 |
| 5/30/2025 | Admin fee - Collection Notice Admin Fee | $15.00 | - | $240.00 |
| 6/1/2025 | Homeowner Fees | $85.00 | - | $325.00 |
| 6/3/2025 | ACH ...9617 | - | ($85.00) | $240.00 |
| 7/1/2025 | Homeowner Fees | $85.00 | - | $325.00 |
| 7/3/2025 | ACH ...9617 | - | ($85.00) | $240.00 |
| 8/1/2025 | Homeowner Fees | $85.00 | - | $325.00 |
| 8/3/2025 | ACH ...9617 | - | ($85.00) | $240.00 |
| 9/1/2025 | Homeowner Fees | $85.00 | - | $325.00 |
| 9/3/2025 | ACH ...9617 | - | ($85.00) | $240.00 |
| 10/1/2025 | Homeowner Fees | $85.00 | - | $325.00 |
| 10/3/2025 | ACH ...9617 | - | ($85.00) | $240.00 |
| 11/1/2025 | Homeowner Fees | $85.00 | - | $325.00 |
| 11/3/2025 | ACH ...9617 | - | ($85.00) | $240.00 |
| 12/1/2025 | Homeowner Fees | $85.00 | - | $325.00 |
| 12/3/2025 | ACH ...9617 | - | ($85.00) | $240.00 |
| 1/1/2026 | Homeowner Fees | $85.00 | - | $325.00 |
| 1/3/2026 | ACH ...9617 | - | ($85.00) | $240.00 |
| 2/1/2026 | Homeowner Fees | $85.00 | - | $325.00 |
| 2/3/2026 | ACH ...9617 | - | ($85.00) | $240.00 |

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT Q

## Jeremy Edge Facebook Posts (June 17, 23, 24, 2025)

Three Facebook posts and associated comments by Defendant Jeremy Edge containing the words 'stalking,' 'threats,' 'perpetrator,' and 'fine line,' announcing privately-funded pool security in response to alleged 'perpetrators,' and admitting being 'anti HOA after violation letters.' Supports Count VIII (Defamation Per Se).

# EXHIBIT Q

Jeremy Edge Facebook Posts — June 17, 23, and 24, 2025

Donovan v. Bent Creek HOA, et al.
United States District Court for the Middle District of Tennessee
Nashville Division

*This exhibit comprises 23 screenshots presented in file-order sequence.*

Source folder: Edge_Facebook_Posts/

**Bent Creek Neighborhood -Uncensored- Nolensville, TN**

Jeremy Edge · Jun 24 ·

Anyone who knows me or has been on the other Bent Creek group for more than 4 years or so, knows that I used to be VERY anti HOA. Can you guess the reason? It was all of the violation letters I used to get for my small childrens' toys in my front yard. Drove me crazy. I spouted some unkind and rude things on the Bent Creek FB page. This all to people I did not know at all. When someone finally reached out I ended up joining the HOA. Put up or shut up was a phrase I think I recall. We are not perfect. However, we do our best for the neighborhood.

Hilary Bunn Blake + 13

Like Comment Send

7:55

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jeremy Edge · Jun 17 ·

At a significant cost, the Board has elected to hire security for the pool. This comes after a multitude of incidents, resident complaints, and significant amounts of poor behavior from unsupervised children. Issues can now be handled in real time and with urgency and immediacy.

Like Send

Mike Arone + 24

IMG_2363.jpeg

7:56

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jeremy Edge · Jun 1 ·

So to avoid any other posts about the Falling Water Entrance:
The Falling Water entrance was very poorly designed and built by the developer. The project to redesign it started over seven years ago. It was a very difficult project because of the challenges with the Nolensville Planning Commission. Many meetings were attended to gain the approval for the project.
Phase one was to remove the monument that was in the median at the entrance. It was removed and the pavement was replaced. This opens the entrance up so cars can come and go with more room. The cost for this was about $60,000. The next phase was to build the new monument and install the electricals that were needed. This was approximately $40,000.
The final phase is underway now. The area to the left coming into the entrance will have a sitting area, landscaping including trees, plants, flower beds, lighting, and irrigation. There will also be some minor planting and irrigation in the right side of the entrance. That side was difficult to plan for because of the collection pond. That's why most of the focus was to the left. This final part of the project cost $130,000. This fee also included the cost of the engineering and architectural drawings.
We also encountered a delay earlier this year because we had to re-bid the project due to issues with the contract and the engineer.
Because of the challenging layout of this entrance, we couldn't install the two monuments

Comment as Kevin Don...

IMG_2364.jpeg

7:56

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jeremy Edge · Jun 1 ·

We also encountered a delay earlier this year because we had to re-bid the project due to issues with the contract and the engineer. Because of the challenging layout of this entrance, we couldn't install the two monuments on each side like we have at all of the other entrances. The design was put together by the previous and current Board along with ARC input

Like Comment Send

Darrin Revell + 8

Most relevant

**Kristin Schmitter-Webster** · 20w

Thank you for all of this information!!! Can't wait to see the final project. I'm sure it'll look great.

Reply

**Laurie LaPointe Bostelman** · 20w

Thanks Jeremy! After years of hearing the developer *shrug* regarding the entrance and many choices made on the Falling Water entrance portion that was not part of the original development, I am looking forward to those that live on that side get to have lights at the entrance and holiday decorations for paint the town blue and Winter holidays. I actually would love crosswalk paint at the other entrances. It's the only entrance as I feel any protection

Comment as Kevin Don...

IMG_2365.jpeg

7:56

Bent Creek Neighborhood -Uncensored- Nolensville, TN
Jeremy Edge · Jun 1 ·

**Laurie LaPointe Bostelman** · 20w
Thanks Jeremy! After years of hearing the developer *shrug* regarding the entrance and many choices made on the Falling Water entrance portion that was not part of the original development, I am looking forward to those that live on that side get to have lights at the entrance and holiday decorations for paint the town blue and Winter holidays. I actually would love crosswalk paint at the other entrances. It's the only entrance as I feel any protection with.
Reply 2

**Krista Greider Comer** · 20w · Admin
Thank you Jeremy Edge for that detailed breakdown of the plan for that entrance. I didn't know about any of that other than the community being upset at how unattractive that entrance was compared to the other two entrances. Is there a sketch of the completed vision?
Reply

**Jeremy Edge** · 20w · Author
Krista Greider Comer I know there is one somewhere. I will try and find it. It has been an "interesting" process.
Reply 1

View 1 reply

Comment as Kevin Don...

IMG_2366.jpeg

7:58

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jeremy Edge · Jun 1 ·

area, landscaping including trees, plants, flower beds, lighting, and irrigation. There will also be some minor planting and irrigation in the right side of the entrance. That side was difficult to plan for because of the collection pond. That's why most of the focus was to the left. This final part of the project cost $130,000. This fee also included the cost of the engineering and architectural drawings.
We also encountered a delay earlier this year because we had to re-bid the project due to issues with the contract and the engineer.
Because of the challenging layout of this entrance, we couldn't install the two monuments on each side like we have at all of the other entrances. The design was put together by the previous and current Board along with ARC input

Like Comment Send

Darrin Revell + 8

Most relevant

**Kevin Donovan** · Just now

Where is this ever listed on any meeting minutes? Who voted for it? What was the vote?
Where are the bids?
How was this approved to come out of reserve funds when it was not an existing project?

Reply

Comment as Kevin Don...

IMG_2367.jpeg

7:59

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jeremy Edge · Jun 24 ·

Tidbits from the HOA meeting last night:
-Water has been run for the Falling Water entrance irrigation
-Several dead trees in the common areas will be coming down over the next couple of months
-The Board voted to alter the security Guards' hours to save some money. They wil be there from noon-closing until school starts back and then only on weekends.
-The board plans to add a line in the ARC form to make sure homeowners inform their contractors of the parking rules in Bent Creek so we hope to have less problematic spots due to homeowners and their visitors parking on the odd side of the road and contractors and their workers parking across from them on the even sides.
-We started planning the back to school event
-We discussed budgeting to effectively offset the cost of security but we are also waitinbg to see how much is saved if we do not have to drain the pool multiple times this season.

Like Comment Send

Matt Ballard + 33

Most relevant

**Dana Reasons Bailey** · 17w
Jeremy...who do we contact about multiple street lights out? I keep forgetting to ask someone 😬
Reply

Comment as Kevin Don...

IMG_2368.jpeg

10:08

Bent Creek Neighborhood -Uncensored- Nolensville, TN
Jamie Manley · Jun 23 ·

**Angie Baker** · 17w
Christopher Craig Hendrickson exactly. And why is it being taken out of our dues? Heightened neighborhood security, sure, that would make sense, but the post made it sound like personal security for the board members, which shouldn't come out of our dues.

Reply 2

**Jeremy Edge** · 17w
Angie Baker HOA problems. HOA money. Maybe if residents dont threaten, stalk, and harass, this won't be an issue. You clearly don't care that board members and their families are suffering, are frightened, and their children are scared. I don't care if you think HOA monies should or should not pay for security. See. Now neither of us care.

Reply

**Angie Baker** > Jeremy Edge · 17w
Jeremy Edge why are you attacking me and accusing me of not caring? As I said previously, I do care and think it's ridiculous your kids aren't safe to play at their own house. Put the dukes down and actually read what people are saying. Not every

Comment as Anonymo...

IMG_2369.jpeg

10:08

**Bent Creek Neighborhood -Uncensored- Nolensville, TN**
Jamie Manley · Jun 23 ·

**Jeremy Edge** > Angie Baker · 17w

I am not attacking you. If you feel that way then that is your choice. Everyone seems to have lost of advice about how there are things we can do. So what are those things? None of you have any idea what we are dealing with. More worried about your HOA money than the safety of families that live in and serve this neighborhood. Think about what you would do if you were in the position we are in. A bunch of volunteers. Working to keep the pool safe and pleasant for everyone. Working to try (so hard) to keep the landscaping nice. Working to have nice events. What do we get. Questions about bering transparent from people who have never reached out to us or ever attended a quarterly open meeting. You want us to comunicate everything on socail media. We send out newsletters. But you want more. We should send out spoonfed bulletted lists every month? Maybe we shoud read it out loud for everyone? Seriously. Get a grip. You started this by asking why I could not just be transparent. This is why we don't communicate on

Comment as Anonymo...

IMG_2370.jpeg

10:08

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

from people who have never reached out to us or ever attended a quarterly open meeting.  You want us to comunicate  everything on socail media.  We send out newsletters.  But you want more. We should send out spoonfed bulletted lists every month? Maybe we shoud read it out loud for everyone? Seriously.  Get a grip. You started this by asking why I could not just be transparent. This is why we don't communicate on social media.  Every keyboard warrior will say lots of things that they would never say to our face. They never say it to our face.  Most quarterly meetings have less than 5 people attend and the annual meeting has less than 30.  We ask people to call us or email us or even meet up with us because everyone tends to be pleasant and in the frame of mind to solve problems. Who is attacking who on this thread?

Reply

**Angie Baker** > Jeremy Edge · 17w

Jeremy Edge carry on

Reply

Comment as Anonymo...

IMG_2371.jpeg

10:09

Bent Creek Neighborhood -Uncensored- Nolensville, TN
Jamie Manley · Jun 23 ·

**Jeremy Edge** · 17w

Christopher Craig Hendrickson I absolutely love and respect the NPD to the extreme. Liek we used to make Thanksgiving dinner for them level of love. However, this situation isn't really high on their priority list. Also, you would be surprised how little can and will be done until there is actual violence instead of threats and attempts at intimidation. If it were just me, I would not care about any threats and I am certainly not intimidated. However, my 5 year old and my 8 year old have no say in this situation. Nor do my elderly parents who live with us.

Reply

**Bekah Henderson Bartlett** · 17w

Christopher Craig Hendrickson yes!! If board members are being threatened, there are legal avenues for addressing those threats and the individuals that sent them without penalizing the other homeowners by spending additional HOA revenue.

I also absolutely agree with Angie Baker. If this is occurring, it's unacceptable but just evidence of a bigger problem.

Reply 1

Comment as Anonymo...

IMG_2372.jpeg

10:09

Bent Creek Neighborhood -Uncensored- Nolensville, TN
Jamie Manley · Jun 23 ·

**Erin Bowles Perry** · 17w
Don't shoot the messenger. No idea if these things are related or not, but there were 2 cop cars outside our HOA board president's home tonight when I came home from work.

So maybe they are trying to handle things, and maybe that means NPD does care and is doing their job.

If a real threat is present, it should be addressed and I believe in everything that I know about NPD they are pretty good at their jobs, but also - what do I know. 🤪

Reply

**Jeremy Edge** · 17w
Erin Bowles Perry it was definitely an eventful meeting tonight. I hope no one took my comments to mean the NPD wasn't doing their jobs. They are amazing. There is just so little that can be done until actual violence is perpetrated and then it is too late.

Reply

**Erin Bowles Perry** · 17w
Jeremy Edge -can you also clarify, if you all used funds for security systems those are owned by the HOA, correct? Not by the individual

Comment as Anonymo...

IMG_2373.jpeg

10:10

Bent Creek Neighborhood -Uncensored- Nolensville, TN
Jamie Manley · Jun 23 ·

**Jeremy Edge** · 17w
Erin Bowles Perry it was definitely an eventful meeting tonight. I hope no one took my comments to mean the NPD wasn't doing their jobs. They are amazing. There is just so little that can be done until actual violence is perpetrated and then it is too late.

Reply

**Erin Bowles Perry** · 17w
Jeremy Edge -can you also clarify, if you all used funds for security systems those are owned by the HOA, correct? Not by the individual homeowner. So how does the HOA (the owner of the system) get those back when a term is up?

I would think you wouldn't be allowed to use group funds on individual homes without setting a legal precedent that any homeowner experiencing threats or perceived threats or fear of safety would be able to then request a camera paid for by the board.

Reply 2

**Jeremy Edge** > Erin Bowles Perry · 17w
Erin Bowles Perry It would be monitoring, not a system. It seems

Comment as Anonymo...

IMG_2374.jpeg

10:10

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

**Jeremy Edge** > Erin Bowles Perry · 17w

Erin Bowles Perry It would be monitoring, not a system. It seems to be very important to many people that board members are not protecteed by the HOA so I am sure that no security will be provided. I hope nothing happens to anyone because that would cost so much more.

Reply

**Erin Bowles Perry** · 17w

Jeremy Edge what does monitoring mean? Like a courtesy officer patrolling or a camera system that monitors? Or some other kind of monitoring?

Reply

**Jeremy Edge** > Erin Bowles Perry · 17w

Erin Bowles Perry it doesn't matter any more. Security measures was voted down so no one need be concerned. All security measures will be taken care of by individual board members on their own.

Reply

**Erin Bowles Perry** · 17w

I'm guessing by all the cars and your comment that several board members

Comment as Anonymo...

IMG_2375.jpeg

10:11

**Bent Creek Neighborhood -Uncensored- Nolensville, TN**
Jamie Manley · Jun 23 ·

**Erin Bowles Perry** · 17w
I'm guessing by all the cars and your comment that several board members were there?

Has there been a threat of violence in any way, or is it just nervous about behaviors? I have a ton of empathy because no one should feel unsafe here, and at the same time - I'm having a hard time justifying the use of HOA funds for private security for board member homes, especially if there hasn't been a direct threat of violence made.

To play translator here for some of the people who get upset, I think there has been such a lack of transparency for so long with the board that peo... See more

Reply 3

**Jeremy Edge** · 17w
Erin Bowles Perry You are always so gracious and I appreciate that so much! Adult pool monitors were not available to us with our current pool company. Believe me, we will be exploring other options there in the offseason and after the contract is fulfilled. We have received a large amount of positive feedback from

Comment as Anonymo...

IMG_2376.jpeg

10:12

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

**Jeremy Edge** · 17w

Erin Bowles Perry You are always so gracious and I appreciate that so much! Adult pool monitors were not available to us with our current pool company. Believe me, we will be exploring other options there in the offseason and after the contract is fulfilled. We have received a large amount of positive feedback from people about the security and the change in the pool experience. Most positive stuff is done vial email, phone, and text. Most negative happens here on socials. The Falling Water entrance has been in the works for a long time (6 years), is a holdover from the town releasing a bond early, and is the fulfillment of many complaints from residents on that street regarding the hideous appearance of that entrance. As far as security for members, we are looking at serious threats, stalking, attempts to engage with my children from the sidewalk while my kids were playing, and the ability of the perpetrator to walk a fine line keeping any real legal action unavailable. Unfortunately, we are past the point of return as our safety is in question. I have no plans to take money from

Comment as Anonymo...

10:12

Bent Creek Neighborhood -Uncensored- Nolensville, TN
Jamie Manley · Jun 23 ·

**Jeremy Edge** · 17w

Erin Bowles Perry You are always so gracious and I appreciate that so much! Adult pool monitors were not available to us with our current pool company.  Believe me, we will be exploring other options there in the offseason and after the contract is fulfilled.  We have received a large amount of positive feedback from people about the security and the change in the pool experience. Most positive stuff is done vial email, phone, and text.  Most negative happens here on socials. The Falling Water entrance has been in the works for a long time (6 years), is a holdover from the town releasing a bond early, and is the fulfillment of many complaints from residents on that street regarding the hideous appearance of that entrance. As far as security for members, we are looking at serious threats, stalking, attempts to engage with my children from the sidewalk while my kids were playing, and the ability of the perpetrator to walk a fine line keeping any real legal action unavailable. Unfortunately, we are past the point of return as our safety is in question.

Comment as Anonymo...

IMG_2378.jpeg

10:13

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

email, phone, and text. Most negative happens here on socials. The Falling Water entrance has been in the works for a long time (6 years), is a holdover from the town releasing a bond early, and is the fulfillment of many complaints from residents on that street regarding the hideous appearance of that entrance. As far as security for members, we are looking at serious threats, stalking, attempts to engage with my children from the sidewalk while my kids were playing, and the ability of the perpetrator to walk a fine line keeping any real legal action unavailable. Unfortunately, we are past the point of return as our safety is in question. I have no plans to take money from my family because of issues that are outside of my control and a re no fault of my own. No wrongdoing has taken place from our board. We have a lawyer present at meetings for goodness sakes. I understand that it is disheartening that HOA monies may need to be used for Board Member protection. However, can you imagine the cost if something bad does befall a member or their families?

Reply

Comment as Anonymo...

IMG_2379.jpeg

10:14

Bent Creek Neighborhood -Uncensored- Nolensville, TN
Jamie Manley · Jun 23 ·

**Kelly Barnes Weaver** · 17w
It didn't say they have personal security guards at their homes. It said the neighborhood had hired security for the board members. Didn't specify they had them at their individual homes. But I also wonder why it was taken down. The point of the uncensored group is to say what we want.
Reply

**Jeremy Edge** · 17w
Kelly Weaver YOU can say what you want. I am held to a different standard due to my membership on the board. I am not complaining about that fact, it comes with the territory. No one on this page or any other holds me to a higher standard. The HOA legal team does, though.
Reply

**Bekah Henderson Bartlett** · 17w
Kelly Weaver I don't think admin is censoring but the individuals posting can delete whatever they want.
Reply 1

**Krista Greider Comer** · 17w · Admin
Kelly Weaver the post was removed by the poster. Anyone can retract a post they make in any Facebook group.

Comment as Anonymo...

IMG_2380.jpeg

10:14

**Bent Creek Neighborhood -Uncensored- Nolensville, TN**
Jamie Manley · Jun 23 ·

**Jeremy Edge** · 17w · ★ Rising contributor
Feel free to message me if you have any questions
Reply

**Angie Baker** · 17w
Jeremy Edge why can't you be transparent and answer the questions asked, rather than having your inbox filled up? Is it because as a member of the board you are being targeted for being transparent? If that's the case, it's proof of the problem.
Reply 1

**Jeremy Edge** · 17w
Angie Baker I have no idea what you're trying to say here. I made the post last night because I was frustrated that my children cannot play in our yard without constant adult supervision due to things that cannot be discussed. Legal matters cannot be discussed. I tend to do what our lawyers advise me to do. Call me whatever you want. Tell me I'm not transparent. I don't really care. I don't have to talk to anybody on Facebook. I do tend to go out of my way to help people that are polite.
Reply

Comment as Anonymo...

IMG_2381.jpeg

10:15

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

**Angie Baker** > Jeremy Edge · 17w

Jeremy Edge I'm not being impolite, but if that's the way you choose to take it, then that's your decision. I don't have your phone number to call you, but don't feel the need to...it's not that big of a deal. What I do care about is if my HOA dues are going toward personal security for the board members at their homes. If personal security is required, that's a huge problem that shouldn't be happening in a neighborhood such as BC. No kid or family should feel unsafe in their own home. One of the best things about this neighborhood is my kids can play outside and ride their bikes around without fear of danger, and that's how it should be for ever... See more

Reply 1

**Jeremy Edge** > Angie Baker · 17w

Angie Baker Cool. Not sure how me removing a post that I made while upset that I probably should not have made is not answering questions and not being transparent. Arguments like this are why the HOA does not communicate via social media. You will notice there are no other board members

Comment as Anonymo...

10:15

Bent Creek Neighborhood -Uncensored- Nolensville, TN
Jamie Manley · Jun 23 ·

**Jeremy Edge** > Angie Baker · 17w

Angie Baker Cool. Not sure how me removing a post that I made while upset that I probably should not have made is not answering questions and not being transparent. Arguments like this are why the HOA does not communicate via social media. You will notice there are no other board members on this page. You can say you are not being impolite and then use the excuse that I am taking it that way and it is my choice to do so to cover up for being antagonistic. I have every right to be angry that my kids cannot play in their yard because of threats made to the board. Saying something should not happen is great. Feeling that your children are unsafe in their yard is not so great. I agree, this should not be happening. However, it is. So sorry if I am not feeling wonderful about the neighborhood currently. If some of your dues go to security systems and cameras for board members because of threats then that is just what has to happen. I am sure it will cost less than the legal fees if something adverse happens to one of my family members. This should

Comment as Anonymo...

IMG_2383.jpeg

10:15

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

transparent. Arguments like this are why the HOA does not communicate via social media. You will notice there are no other board members on this page. You can say you are not being impolite and then use the excuse that I am taking it that way and it is my choice to do so to cover up for being antagonistic. I have every right to be angry that my kids cannot play in their yard because of threats made to the board. Saying something should not happen is great. Feeling that your children are unsafe in their yard is not so great. I agree, this should not be happening. However, it is. So sorry if I am not feeling wonderful about the neighborhood currently. If some of your dues go to security systems and cameras for board members because of threats then that is just what has to happen. I am sure it will cost less than the legal fees if something adverse happens to one of my family members. This should get a lot of people to run next April/ May! I look forward to all of the names on the ballot for those of you who think you know so much more than the Board members. These are exciting times we live in!

Reply

Comment as Anonymo...

IMG_2384.jpeg

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT R

## Third-Party Property Valuation Reports (Zillow / Redfin / Realtor.com / Trulia / Movoto)

Third-party valuation reports for 6008 Christmas Drive, Nolensville, TN 37135. Documents the $699,000 listing price (MLS), the 13-day listing period before forced withdrawal (May 9–May 22, 2025), and current market valuations. Supports property-diminution damages.

# EXHIBIT R

Third-Party Property Valuation Reports

6008 Christmas Drive, Nolensville, Tennessee 37135

Donovan v. Bent Creek HOA, et al.

United States District Court for the Middle District of Tennessee

Nashville Division

*This exhibit comprises four independent third-party valuation reports for the subject property, all retrieved on April 28, 2026:*

- Zillow Zestimate — $660,600
- Realtor.com Estimate — $674,437
- Trulia Estimate — $660,600
- Movoto Estimate — $651,000

*Reported square footage varies slightly between sources (2,309–2,397 sqft), reflecting normal differences between MLS records and county tax-assessor records used by automated valuation services.*

*Last sold: August 8, 2016 for $360,000.*

*Listed: May 9, 2025 at $699,900.   Withdrawn: May 22, 2025 (13 days after listing).*

Reports retrieved by Plaintiff April 28, 2026 from public-facing real estate websites.

Back to search

Save Share More

Search Updates Favorites Home Loans Inbox












See all 29 photos

Zestimate®

**$660,600**

6008 Christmas Dr, Nolensville, TN 37135

**3** beds **3** baths **2,309** sqft

Est. refi payment: **$3,709/mo** Refinance your loan

SingleFamily Built Lot

Claude is active in this tab group

**Get a cash offer in 3 minutes**

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**

**$660,600**

DONOVAN-000111

Zillow

Save Share

Off market

Zestimate®

**$660,600**

6008 Christmas Dr, Nolensville, TN 37135

**3** **beds**

**2,309** **sqft**

Est. refi payment: **$3,709/mo** Refinance your loan

SingleFamily

Built

Lot

Claude is active in this tab group

**Get a cash offer in 3 minutes**

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**

**$660,600**

DONOVAN-000112

Zillow

Save Share

Off market

Zestimate®

# $660,600

6008 Christmas Dr, Nolensville, TN 37135

**3** beds

**2,309** sqft

Est. refi payment: **$3,709/mo** Refinance your loan

SingleFamily

Built

Lot

Claude is active in this tab group

**Get a cash offer in 3 minutes**

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**

**$660,600**

DONOVAN-000113

Zillow Save Share

Off market

Zestimate®

**$660,600**

6008 Christmas Dr, Nolensville, TN 37135

**3** **beds**

**2,309** **sqft**

Est. refi payment: **$3,709/mo** **Refinance your loan**

SingleFamily

Built

Claude is active in this tab group

Lot

**Get a cash offer in 3 minutes**

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**

**$660,600**

Zillow

Save Share

Off market

Zestimate®

**$660,600**

6008 Christmas Dr, Nolensville, TN 37135

**3** **beds**

**2,309** **sqft**

Est. refi payment: **$3,709/mo** Refinance your loan

SingleFamily

Built

Lot

Claude is active in this tab group

**Get a cash offer in 3 minutes**

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**

**$660,600**

Zillow

Save Share

Off market

Zestimate®

**$660,600**

6008 Christmas Dr, Nolensville, TN 37135

**3** **beds**

**2,309** **sqft**

Est. refi payment: **$3,709/mo** **Refinance your loan**

SingleFamily

Built

Lot

Claude is active in this tab group

**Get a cash offer in 3 minutes**

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**

**$660,600**

DONOVAN-000116

Zillow

Save Share

Off market

Zestimate®

# $660,600

6008 Christmas Dr, Nolensville, TN 37135

**3** beds

**2,309** sqft

Est. refi payment: **$3,709/mo** Refinance your loan

SingleFamily

Built

Lot

Claude is active in this tab group

**Get a cash offer in 3 minutes**

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**

**$660,600**

DONOVAN-000117

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT S

## Benita Chapman — Written Statement of HOA Enforcement Incidents

Written witness statement from neighbor Benita Chapman documenting her own experience of selective HOA enforcement, including the trash-can incident and parking harassment. Pattern-and-practice evidence supporting Counts III, IV, and VIII (RICO predicates).

# EXHIBIT S

*Benita Chapman — Written Statement of HOA Enforcement Incidents*

*Donovan v. Bent Creek HOA, et al. — MDTN Nashville Division*

HOA Incidents – Benita Chapman

My name is Benita Chapman and I moved to Bent Creek (600 Nevins Pl) in August of 2021. I previously lived in Burkitt Village and moved when my 5 great nieces and nephews came to live with me that summer. I subsequently adopted them in December 2021. My kids are biracial and I have thought on more than one occasion that I was being harassed because of the kids race. When I first moved, my neighbor across the street on Dante Ranch introduced himself to me (Eric) as the HOA President. Although I thought the HOA was very persnickety, I never had any personal issued with Eric. He was always nice. The Vice President when I moved in and the one over the ARC at that time was Steve Cody. He was a real jerk when I spoke with him on the phone about an ARC request.

5/23/2025 Received an email response from Timmons stating my appeal to waive the $50 fine had been denied. In the email correspondence they mentioned receiving several complaints for vehicles belonging to my residence and/or my guests and specifically mentioned the Cadillac (which left here on 5/4 and was the one mentioned in the violation letter on 5/5) and my sons Dodge pickup truck. They have never mentioned receiving complaints on me before and we have lived here for 4 years. Also, we have had to park on the street some over the last year because I have two teenagers that drive. They have never said anything about the street parking until February.

5/5/2025 Received a letter from Timmons stating I was in violation of parking on the street. The letter was dated 5/5/25 and said I had 10 days to correct the violation and in addition I was being fined $50 since it was my 2nd offense. I immediately emailed Timmons (Kaley Vaughn) and explained the vehicle was no longer there and had been moved the day before. I requested the fine be removed. I did not receive a response, so I called and left a voicemail the following day. I received a response on 5/8 stating that Timmons follows the CCR's and Rules and Regulations and basically I needed to read my HOA rules. I responded back on 5/8 and explained that the vehicle was not parked on the street on 5/5, therefore there was no violation and requested the $50 fine be removed. I received a response back stating the violation was for habitual street parking and that it was noted on the street on 3 different occasions, but not necessarily on the date of the letter. She also attached an appeal form if I wanted to appeal, but she stated she could not remove the fine. I sent in the appeal on 5/9/25 requesting the fine be removed, because the vehicle was not on the street on 5/5/25 and therefore I was not in violation.

4/16/2025 Received a letter from Timmons stating I was in violation of landscaping specifically yard maintenance – need to remove weeds and grass from flower beds. The letter was dated 4/10 and said I had 10 days to comply. I replied to Timmons and explained I just got the letter and had just returned from out of town. I requested to be given the full 10 days to get this taken care of. She (Kayley) responded I actually had until May 1st, as that would be the next inspection date.

2/28/2025 Received a letter from Timmons stating I was in violation of parking on the street. The car was parked in the cul de sac, because my son had just purchased a new vehicle and there was not room

for the car in our driveway. We moved the car, and over the next two months continued to shuffle cars both on street and in driveway. Around the beginning of May the car was parked on the street in front of my house and the alternator went out. As soon as we got the part we had a family member come and get the car. It was moved on 5/4/25.

8/1/2024 Received a letter from Timmons concerning weed eating around a bush in the back yard.

These are all the ones that I can see in the HOA system. I have had a couple of more since I moved in Bent Creek back in August 2021. My first incident was within a month of moving in concerning a trash can violation. I had submitted an ARC request for some landscaping (the house had renters before and was in need of outside maintenance) and included in that request was to create a plant camouflage for the trash can. I got the neighbors to sign off on the request, including the HOA president at that time who lived across the street from me. The HOA president said he would have Steve Cody take a look at it before it was approved since he was on the ARC committee. A few days later it was approved. Once the work was complete, I got an HOA letter a short time later stating that my trash can was out of compliance. When I called I was told to reach out to Steve Cody. I did and he was extremely rude. He claimed I tried to slip the trash can cover in the landscape request and that the trash can could not be on that side of the driveway. I explained I did not "slip it in the request" and that I had in fact talked to Eric (HOA President) and he was supposed to ask Steve to take a look at it before it was approved and then it was approved a few days later. I also explained I paid extra to create the spot for the trash can and have plants covering it. He wanted me to keep my trash can in my garage. I explained I had 2 small kids in diapers at the time and that it wasn't feasible. He said he used to go to the dump everyday when his kids were little. The conversation was not helpful and he was completely rude. I told him I was a single mom of 5 kids (I had just adopted my great nieces and nephews) and I worked full time. I also mentioned I was trying to make the place look better since the yard needed a good bit of work. He said yes, it is looking better but your trash can needs to be in the garage.

After this I had a couple of warnings about kids toys on my patio which I called Timmons about and they removed that violation, my mailbox post being the wrong color, and the numbers on my mailbox being the wrong font. All pretty silly stuff. I also made a request to screen in my back porch in 2023 and the Timmons manager asked me a question about the roof. When I called and explained the back porch already had a roof, I was just screening it in he said oh ok – this will be approved no problem, I will send it to the ARC. A couple of days later my contractor called and said he had a crew that could screen in the porch that day, otherwise I would have to wait a month. I agreed (before I got official approval) to have them come do the work. Unfortunately, that same day the HOA sent me a letter about completing work without authorization and fined me $100. I called Timmons but was told it was up to the HOA and specifically ARC. I mentioned a few times over the years that I felt I was being harassed – but it fell on deaf ears.

Since Steve Cody became President I have gotten more letters.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT T

## HOA Reserve Study (November 1, 2023)

Reserve Study commissioned by the Bent Creek HOA in November 2023, identifying covered reserve components for repair and replacement. Demonstrates that the Falling Water entrance monument is listed as 'Signage, Renovation, Entrance Monuments' but does NOT include construction of new common-area amenities — the basis for the Phase 3 reserve-diversion allegation.

# RESERVE STUDY

# Bent Creek
# Homeowners Association




**Nolensville, Tennessee**

**June 26, 2020**

RESERVE™
ADVISORS
Long-term thinking. Everyday commitment.

This Report contains intellectual property developed by Reserve Advisors, LLC
and cannot be reproduced or distributed to those who conduct reserve studies
without their written consent.

© Reserve Advisors, LLC 2020

RESERVE ADVISORS

Long-term thinking. Everyday commitment.

Corporate Office

Reserve Advisors, LLC
735 N. Water Street, Suite 175
Milwaukee, WI 53202

Bent Creek Homeowners Association
Nolensville, Tennessee

Dear Board of Directors of Bent Creek Homeowners Association:

At the direction of the Board that recognizes the need for proper reserve planning, we have conducted a *Reserve Study* of Bent Creek Homeowners Association in Nolensville, Tennessee and submit our findings in this report. The effective date of this study is the date of our visual, noninvasive inspection, June 26, 2020.

This *Reserve Study* exceeds the Association of Professional Reserve Analysts (APRA) standards fulfilling the requirements of a “Level II Reserve Study Update.”

An ongoing review by the Board and an Update of this Reserve Study are necessary to ensure an equitable funding plan since a Reserve Study is a snapshot in time. We recommend the Board budget for an Update to this Reserve Study in two- to three-years. We look forward to continuing to help Bent Creek Homeowners Association plan for a successful future.

As part of our long-term thinking and everyday commitment to our clients, we are available to answer any questions you may have regarding this study.

Respectfully submitted on July 31, 2020 by

*Reserve Advisors, LLC*

Visual Inspection and Report by: Jennifer L. Berry
Review by: Alan M. Ebert, RS, PRA[2], Director of Quality Assurance

ASSOCIATION OF PROFESSIONAL RESERVE ANALYSTS
Alan Ebert
*Professional Reserve Analyst*
*2261*
APRA

[1] RS (Reserve Specialist) is the reserve provider professional designation of the Community Associations Institute (CAI) representing America's more than 300,000 condominium, cooperative and homeowners associations.

[2] PRA (Professional Reserve Analyst) is the professional designation of the Association of Professional Reserve Analysts. Learn more about APRA at http://www.apra-usa.com.

RESERVE ADVISORS

Long-term thinking. Everyday commitment.

RESERVE ADVISORS

## Table of Contents


1. **RESERVE STUDY EXECUTIVE SUMMARY ........ 1.1**
2. **RESERVE STUDY REPORT ........ 2.1**
3. **RESERVE EXPENDITURES and FUNDING PLAN ........ 3.1**
4. **RESERVE COMPONENT DETAIL ........ 4.1**

Property Site Elements ........ 4.1

Asphalt Pavement, Repaving ........ 4.1

Asphalt Pavement, Repaving, Walking Paths ........ 4.4

Bridge, Metal, Replacement, Walking Path ........ 4.5

Concrete Parking Pads, Ellis Place ........ 4.6

Concrete Sidewalks ........ 4.7

Exterior Renovations ........ 4.8

Fences, Wood ........ 4.10

Gazebo, Dog Park ........ 4.12

Irrigation System ........ 4.12

Playground Equipment ........ 4.13

Signage ........ 4.14

Site Furniture ........ 4.16

Pool and Pool House Elements ........ 4.17

Concrete Deck ........ 4.17

Covers, Vinyl ........ 4.19

Fences, Aluminum ........ 4.19

Light Poles and Fixtures ........ 4.20

Pool Finishes, Plaster ........ 4.20

Rest Rooms ........ 4.22

Roof Assembly, Asphalt Shingles ........ 4.22

Walls, Siding, Fiber Cement, Paint Finishes, Pool House ........ 4.24

Water Feature ........ 4.25

Windows and Doors, Pool House ........ 4.26

Reserve Study Update ........ 4.27

5. **METHODOLOGY ........ 5.1**
6. **CREDENTIALS ........ 6.1**

**7. DEFINITIONS ....................................................................................................7.1**
**8. PROFESSIONAL SERVICE CONDITIONS ....................................................8.1**

# 1. RESERVE STUDY EXECUTIVE SUMMARY

**Client:** Bent Creek Homeowners Association (Bent Creek)
**Location:** Nolensville, Tennessee
**Reference:** 161964

**Property Basics:** Bent Creek Homeowners Association is a homeowners association which is responsible for the common elements shared by 820 single family homes. The community was built from 2004 to 2018.

**Reserve Components Identified:** 27 Reserve Components.

**Inspection Date:** June 26, 2020. We conducted the original inspection on December 13, 2016.

**Funding Goal:** The Funding Goal of this Reserve Study is to maintain reserves above an adequate, not excessive threshold during one or more years of significant expenditures. Our recommended Funding Plan does not recognize a critical year. Rather, the Reserve Funding Plan recommends 2050 year end accumulated reserves of approximately $207,200. We judge this amount of accumulated reserves in 2050 necessary to fund the likely replacement of the playground equipment after 2050. Future replacement costs beyond the next 30 years for the replacement of the playground equipment are likely to more than double the current cost of replacement. These future needs, although beyond the limit of the Cash Flow Analysis of this Reserve Study, are reflected in the amount of accumulated 2050 year end reserves.

**Cash Flow Method:** We use the Cash Flow Method to compute the Reserve Funding Plan. This method offsets future variable Reserve Expenditures with existing and future stable levels of reserve funding. Our application of this method also considers:

- Current and future local costs of replacement
- 0.9% anticipated annual rate of return on invested reserves
- 2.0% future Inflation Rate for estimating Future Replacement Costs

**Sources for *Local* Costs of Replacement**: Our proprietary database, historical costs and published sources, i.e., R.S. Means, Incorporated.

**Cash Status of Reserve Fund:**

- $1,334,902 as of January 1, 2020 excluding the "3266 – Trees" reserve account balance
- 2020 budgeted Reserve Contributions of $31,854

**Project Prioritization:** We note anticipated Reserve Expenditures for the next 30 years in the ***Reserve Expenditures*** tables and include a ***Five-Year Outlook*** table following the ***Reserve Funding Plan*** in Section 3. We recommend the Association prioritize the following projects in the next five years based on the conditions identified:

- Replacement of the plaster pool finish

**Recommended Reserve Funding:** We recommend the following in order to achieve a stable and equitable Funding Plan:

- Increase to $32,000 in 2021
- Inflationary increases through 2050, the limit of this study's Cash Flow Analysis
- 2021 Reserve Contribution of $32,000 is equivalent to an average monthly contribution of $3.25 per homeowner.


Case 3:26-cv-00700 Document 5 Filed 05/28/26 Page 149 of 155 PageID #: 198
DONOVAN-000125

**Bent Creek**

Recommended Reserve Funding Table and Graph

| Year | Reserve Contributions ($) | Reserve Balances ($) | Year | Reserve Contributions ($) | Reserve Balances ($) | Year | Reserve Contributions ($) | Reserve Balances ($) |
|---|---|---|---|---|---|---|---|---|
| 2021 | 32,000 | 1,359,316 | 2031 | 39,100 | 1,014,090 | 2041 | 47,600 | 1,116,298 |
| 2022 | 32,600 | 1,404,297 | 2032 | 39,900 | 1,017,434 | 2042 | 48,600 | 1,175,163 |
| 2023 | 33,300 | 1,438,127 | 2033 | 40,700 | 970,797 | 2043 | 49,600 | 1,208,635 |
| 2024 | 34,000 | 1,422,703 | 2034 | 41,500 | 1,005,979 | 2044 | 50,600 | 1,002,785 |
| 2025 | 34,700 | 1,238,268 | 2035 | 42,300 | 1,027,679 | 2045 | 51,600 | 703,103 |
| 2026 | 35,400 | 963,878 | 2036 | 43,100 | 1,050,546 | 2046 | 52,600 | 237,232 |
| 2027 | 36,100 | 980,084 | 2037 | 44,000 | 1,104,199 | 2047 | 53,700 | 293,309 |
| 2028 | 36,800 | 941,719 | 2038 | 44,900 | 1,056,659 | 2048 | 54,800 | 160,370 |
| 2029 | 37,500 | 987,863 | 2039 | 45,800 | 1,029,934 | 2049 | 55,900 | 148,574 |
| 2030 | 38,300 | 1,035,226 | 2040 | 46,700 | 1,086,114 | 2050 | 57,000 | 207,168 |



RESERVE ADVISORS

# 2. RESERVE STUDY REPORT

At the direction of the Board that recognizes the need for proper reserve planning, we have conducted a *Reserve Study* of

**Bent Creek Homeowners Association**

**Nolensville, Tennessee**

and submit our findings in this report. The effective date of this study is the date of our visual, noninvasive inspection, June 26, 2020. We conducted the original inspection on December 13, 2016.

We present our findings and recommendations in the following report sections and spreadsheets:

- **Identification of Property -** Segregates all property into several areas of responsibility for repair or replacement
- **Reserve Expenditures -** Identifies reserve components and related quantities, useful lives, remaining useful lives and future reserve expenditures during the next 30 years
- **Reserve Funding Plan -** Presents the recommended Reserve Contributions and year-end Reserve Balances for the next 30 years
- **Five-Year Outlook -** Identifies reserve components and anticipated reserve expenditures during the first five years
- **Reserve Component Detail -** Describes the reserve components, includes photographic documentation of the condition of various property elements, describes our recommendations for repairs or replacement, and includes detailed solutions and procedures for replacements for the benefit of current and future board members
- **Methodology -** Lists the national standards, methods and procedures used to develop the Reserve Study
- **Definitions -** Contains definitions of terms used in the Reserve Study, consistent with national standards
- **Professional Service Conditions -** Describes Assumptions and Professional Service Conditions
- **Credentials and Resources**

# IDENTIFICATION OF PROPERTY




Our investigation includes Reserve Components or property elements as set forth in your Declaration. The Expenditure tables in Section 3 list the elements contained in this study. Our analysis begins by segregating the property elements into several areas of responsibility for repair and replacement.

Our process of identification helps assure that future boards and the management team understand whether reserves, the operating budget or Homeowners fund certain replacements and assists in preparation of the annual budget. We derive these segregated classes of property from our review of the information provided by the Association and through conversations with Management and the Board. These classes of property include:

- Reserve Components
- Long-Lived Property Elements
- Operating Budget Funded Repairs and Replacements
- Property Maintained by Homeowners
- Property Maintained by Others

We advise the Board conduct an annual review of these classes of property to confirm its policy concerning the manner of funding, i.e., from reserves or the operating budget. The Reserve Study identifies Reserve Components as set forth in your Declaration or which were identified as part of your request for proposed services. Reserve Components are defined by CAI as property elements with:

- Bent Creek responsibility
- Limited useful life expectancies

- Predictable remaining useful life expectancies
- Replacement cost above a minimum threshold

Long-Lived Property Elements may not have predictable Remaining Useful Lives or their replacement may occur beyond the 30-year scope of the study. The operating budget should fund infrequent repairs. Funding untimely or unexpected replacements from reserves will necessitate increases to Reserve Contributions. Periodic updates of this Reserve Study will help determine the merits of adjusting the Reserve Funding Plan. We identify the following Long-Lived Property Elements as excluded from the 30-year Reserve Expenditures at this time:

- Basketball Court, Replacement, Barn Park
- Bridges, Steel Truss, Replacement, Walking Paths
- Electrical Systems, Common
- Foundations, Common
- Inlet/Outlet Structures, Concrete, Storm Water Management System
- Irrigation Well, Casing
- Pipes, Interior Building, Domestic Water, Sanitary Waste, Vent, Pool House
- Pipes, Subsurface Utilities, Laterals, Pool House
- Pipes, Subsurface Utilities, Storm Drainage
- Pool Deck and Structure
- Siding, Fiber Cement, Replacement, Pool House (2006)
- Signage, Entrance Monuments
- Structural Frame, Pool House

The operating budget provides money for the repair and replacement of certain Reserve Components. The Association may develop independent criteria for use of operating and reserve funds. For purposes of calculating appropriate Reserve Contributions, we identify the following list of Operating Budget Funded Repairs and Replacements:




**Signage**



**Pool furniture**

- General Maintenance to the Common Elements

- Expenditures less than $5,000 (These relatively minor expenditures have a limited effect on the recommended Reserve Contributions.)
- Asphalt Pavement, Patch and Striping, Pool Area
- Bridges, Steel Truss, Maintenance, Walking Paths
- Bridge, Wood, Walking Paths, Paint Finishes and Repairs, Interim
- Bulletin Boards
- Interior Renovations, Barn
- Irrigation System, Controllers
- Irrigation System, Well Pump
- Landscape
- Landscape Lighting
- Light Fixtures, Pool House
- Mulch, Playgrounds, Interim
- Mulch, Walking Trail and Parks
- Paint Finishes, Exterior Trim, Interim, Pool House
- Paint Finishes, Rest Rooms, Interim, Pool House
- Paint Finishes, Touch Up
- Pool Furniture
- Pool Mechanical Equipment
- Security Camera System and Card Reader Entry System, Pool House
- Signage, Entrance Monuments, Paint Finishes and Repairs, Interim
- Signs, Informational, Street and Traffic
- Storage Shed, Pavilion
- Water Feature, Pool, Inspections and Finishes
- Window and Doors, Pool House, Interim Repairs and Replacement
- Other Repairs normally funded through the Operating Budget

Certain items have been designated as the responsibility of the homeowners to repair or replace at their cost. Property Maintained by Homeowners, including items billed back to Homeowners, relates to unit:

- Driveways
- Fences, Lots
- Homes and Lots
- Mailboxes
- Pipes, Subsurface Utilities, Water and Sewer, Laterals
- Retaining Walls, Lots

Certain items have been designated as the responsibility of others to repair or replace. Property Maintained by Others relates to:

- Asphalt Pavement System, Streets (Municipality)
- Future Parks and Playgrounds (Developer)
- Lift Station, Fence and Access Driveway (Municipality)
- Light Poles and Fixtures, Streets (Leased)
- Pipes, Subsurface Utilities, Water and Sewer (Municipality)

- Sidewalks, Adjacent to Streets (Municipality)
- Signage, Entrance Monuments, Townhomes (Townhome Association)