**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

KEVIN M. DONOVAN,
Plaintiff,
v. Case No. 3:26-cv-00700
District Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Barbara D. Holmes
BENT CREEK HOMEOWNERS ASSOCIATION, INC., et al.,
Defendants.

## PLAINTIFF'S NOTICE OF FILING AND INCORPORATION OF EXHIBITS TO FIRST AMENDED COMPLAINT

Plaintiff Kevin M. Donovan, proceeding pro se, respectfully gives notice as follows:

1. On May 29, 2026, Plaintiff filed Collective Exhibits A through T, consecutively Bates-numbered DONOVAN-000001 through DONOVAN-000131, in support of the original Complaint. (Doc. 5.)

2. On June 4, 2026, Plaintiff filed the First Amended Complaint. (Doc. 9.) The First Amended Complaint cites Exhibits A through T throughout, and the exhibit designations in the First Amended Complaint correspond to the exhibits filed at Doc. 5.

3. To ensure a clear record, Plaintiff hereby refiles Exhibits A through T as attachments to this Notice and incorporates them by reference into the First Amended Complaint pursuant to Fed. R. Civ. P. 10(c), as if fully attached thereto.

4. The exhibits attached to this Notice are identical to those filed at Doc. 5 and bear the same Bates numbering (DONOVAN-000001 through DONOVAN-000131). No exhibit has been added, removed, or altered.

Respectfully submitted,

/s/ Kevin M. Donovan

Kevin M. Donovan, Plaintiff pro se
6008 Christmas Drive, Nolensville, TN 37135
(615) 428-9896 | donovak@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2026, a true and correct copy of the foregoing Notice (with attached Exhibits A through T) was served by email upon Lauren Paxton Roberts, Stites & Harbison PLLC, counsel for Defendants Kaman & Cusimano, LLC, Scott D. Weiss, Kiel Kovalcik, and Daniel J. Miske, and by U.S. mail and/or email upon all remaining Defendants or their counsel of record at their addresses of record.

/s/ Kevin M. Donovan
Kevin M. Donovan