UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT B

## HOA Fine Policy (September 2022)

Original Fine Policy adopted by the Board in September 2022, establishing an escalating fine schedule of $50 / $100 / $150 for purported CC&R; violations. Cites TCA § 48-53-102 (general nonprofit corporate powers) as its claimed source of authority — a statute that does not authorize monetary fines.

THIS INSTRUMENT PREPARED BY:
**SCOTT D. WEISS, ESQ., CCAL**
Ortale Kelley Law Firm
CMT Building
330 Commerce Street, Suite 110
Nashville, Tennessee 37201
(**Prepared from information provided by and at the direction of the Bent Creek Homeowners Association**)

# BENT CREEK HOMEONWERS ASSOCIATION

## RULES & REGULATIONS

## AND GENERAL FINE POLICY

**Adopted September 2022**

# <u>Fine Policy</u>

This Fine Policy is adopted by the Board of Directors ("Board" or "Directors") of Bent Creek Homeowners Association ("Bent Creek" or "Association") in accordance with the general powers granted to the Board by Tennessee Code Annotated § 48-53-102 to provide a fair, equitable and consistent policy and application of due process for the enforcement of existing and future Rules and Regulations which may be adopted by the Board from time to time; and, to the extent enforcement provisions do not already exist, for the enforcement of the Declaration of Covenants, Conditions and Restrictions for Bent Creek ("Declaration") and the By-Laws of Bent Creek Homeowners Association ( "By-Laws") and any and all amendments thereto.

It is the intent of the Board that this Fine Policy shall terminate, override and supersede any and all existing fine policies which may have been adopted by any previous Board.

All complaints regarding non-compliance with Rules and Regulations, the Declaration and/or By-Laws, shall be signed and submitted in writing to the Association management company. **In addition to the provisions below, the Board may, at its discretion, suspend voting rights and use of all Association amenities for so long as any non-compliance may continue in accordance with Article III, Section 3 of the Declaration and Article VII, Section 1 of the By-Laws**.

I. **<u>General:</u>** Except as otherwise noted in Rules and Regulations, the Declaration and/or By-Laws, violation of Rules and Regulations, the Declaration and/or By-Laws shall be enforced as follows:

a. <u>First Written Notice:</u> Owner and tenant/occupant (if applicable) will be mailed a written notice detailing the violation, action(s) which must be taken to resolve the infraction and that resolution of the violation shall be achieved within ten (10) calendar days of the date written on the first written notice.

b. <u>Second Written Notice:</u> If the violation continues after the first written notice, the Owner and tenant/occupant (if applicable) will be mailed a second written notice detailing the violation, action(s) which must be taken to resolve the infraction, that a fine of $50.00 has been levied against their account and that resolution of the violation shall be achieved within ten (10) calendar days of the date written on the second written notice.

c. <u>Third Written Notice:</u> If the violation continues after the second written notice, the Owner and tenant/occupant (if applicable) will be mailed a third written notice

detailing the violation, action(s) which must be taken to resolve the infraction; that a fine of $100.00 has been levied against their account; that resolution of the violation shall be achieved within ten (10) calendar days of the date written on the third written notice.

d. Fourth Written Notice: If the violation continues after the third written notice, the Owner and tenant/occupant (if applicable) will be mailed a fourth and final written notice detailing the violation, action(s) which must be taken to resolve the infraction; that a fine of $150.00 has been levied against their account; that resolution of the violation shall be achieved within five (5) calendar days of the date written on the fourth written notice; and, informing the Owner and tenant/occupant (if applicable) that should the violation continue past such five (5) calendar days, the violation will be referred to the Association attorney for enforcement.

e. Referral to Attorney: The Board of Directors will contact the Association attorney after mailing the fourth written notice for counsel as to the most effective means of terminating the violation. All fines authorized by this Fine Policy plus all costs and reasonable attorney's fees shall be a charge on the land and a continuing lien against the Lot and all improvements located thereon, owned by the Lot Owner or occupied by the occupant thereof, and all such fines, costs and reasonable attorney's fees shall be the personal obligation of the Lot Owner and/or tenant or occupant of the Lot against which such fines, costs and reasonable attorney's fees have been secured.

II. **Architectural Requests**. Failure to submit written request to the Board or designated Architectural Control Committee prior to the erection, placement or alteration of any structure upon any Lot by its Owner as required by Article V of the Declaration, shall be a violation and subject to a fine in the amount of two hundred and fifty dollars ($250.00). Such fine, plus all costs and reasonable attorney's fees shall be a charge on the land and a continuing lien against the Lot and all improvements located thereon, owned by the Lot Owner or occupied by the occupant thereof, and all such fines, costs and reasonable attorney's fees shall be the personal obligation of the Lot Owner and/or tenant or occupant of the Lot against which such fines, costs and reasonable attorney's fees have been secured.

III. **Continuing Violations**. Any violation which is resolved but reoccurs at any time within or after thirty (30) calendar days from the date of resolution, shall be considered a continuation of the previous violation and will be enforced in accordance with the relevant next part of this Fine Policy.

Adopted this ____ day of ____________, 2022, by the undersigned, ________________, President of the Bent Creek Homeowners Association, who acknowledges and affirms that a meeting of the Board of Directors was held on __________, 2022 where a quorum of Directors were present and a motion was made, seconded and passed to adopt these Rules and Regulations and Fine Policy.

BENT CREEK
HOMEOWNERS ASSOCIATION

____________________________________
By:
Its: President

STATE OF TENNESSEE)
COUNTY OF WILLIAMSON)

Before me, a Notary Public in and for the State and County aforesaid, personally appeared ______________________ with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who, upon his oath, acknowledged himself to be the President of Bent Creek Homeowners Association, and that he as such President, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing the name of the Association by himself as such President.

Witness my hand and official seal at _____________, Williamson County, Tennessee, this _____ day of September, 2022.

____________________________________
Notary Public

My Commission Expires: