UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT C

## Revised Fine Policy (June 2025)

Revised Fine Policy issued June 2025, adding a $500 architectural fine category. Reissued during the period of escalation against Plaintiff; demonstrates ongoing reliance on the same ultra vires authority as Exhibit B.

THIS INSTRUMENT PREPARED BY:
**SCOTT D. WEISS, ESQ., CCAL**
Ortale Kelley Law Firm
CMT Building
330 Commerce Street, Suite 110
Nashville, Tennessee 37201
(**Prepared from information provided by and at the direction of the Bent Creek Homeowners Association**)
**Revised June 2025**

# BENT CREEK HOMEOWNERS ASSOCIATION

## AMENDMENT TO RULES & REGULATIONS

## AND GENERAL FINE POLICY

**Adopted September 2022**
**Revised June 2025**

# Fine Policy

This Fine Policy is adopted by the Board of Directors ("Board" or "Directors") of Bent Creek Homeowners Association ("Bent Creek" or "Association") in accordance with the general powers granted to the Board by Tennessee Code Annotated § 48-53-102 to provide a fair, equitable and consistent policy and application of due process for the enforcement of existing and future Rules and Regulations which may be adopted by the Board from time to time; and, to the extent enforcement provisions do not already exist, for the enforcement of the Declaration of Covenants, Conditions and Restrictions for Bent Creek ("Declaration") and the By-Laws of Bent Creek Homeowners Association ( "By-Laws") and any and all amendments thereto.

It is the intent of the Board that this Fine Policy shall terminate, override and supersede any and all existing fine policies which may have been adopted by any previous Board, and replace the penalties for infractions of rules and regulations section of the community rules and regulations adopted September 2021.

All complaints regarding non-compliance with Rules and Regulations, the Declaration and/or By-Laws, shall be signed and submitted in writing to the Association management company. **In addition to the provisions below, the Board may, at its discretion, suspend voting rights and use of all Association amenities for so long as any non-compliance may continue in accordance with Article III, Section 3 of the Declaration and Article VII, Section 1 of the By-Laws**.

I. **General:** Except as otherwise noted in Rules and Regulations, the Declaration and/or By-Laws, violation of Rules and Regulations, the Declaration and/or By-Laws shall be enforced as follows:

a. First Written Notice: Owner and tenant/occupant (if applicable) will be mailed a written notice detailing the violation, action(s) which must be taken to resolve the infraction and that resolution of the violation shall be achieved within twenty-one (21) calendar days of the date written on the first written notice.

b. Second Written Notice: If the violation continues after the first written notice, the Owner and tenant/occupant (if applicable) will be mailed a second written notice detailing the violation, action(s) which must be taken to resolve the infraction, that a fine of $50.00 has been levied against their account and that resolution of the violation shall be achieved within fourteen (14) calendar days of the date written on the second written notice.

c. Third Written Notice: If the violation continues after the second written notice, the Owner and tenant/occupant (if applicable) will be mailed a third written notice

detailing the violation, action(s) which must be taken to resolve the infraction; that a fine of $100.00 has been levied against their account; that resolution of the violation shall be achieved within fourteen (14) calendar days of the date written on the third written notice.

d. Fourth Written Notice: If the violation continues after the third written notice, the Owner and tenant/occupant (if applicable) will be mailed a fourth and final written notice detailing the violation, action(s) which must be taken to resolve the infraction; that a fine of $150.00 has been levied against their account; that resolution of the violation shall be achieved within ten (10) calendar days of the date written on the fourth written notice; and, informing the Owner and tenant/occupant (if applicable) that should the violation continue past such ten (10) calendar days, the violation will be referred to the Association attorney for enforcement.

e. Referral to Attorney: The Board of Directors or management company will contact the Association attorney after mailing the fourth written notice for counsel as to the most effective means of terminating the violation. All fines authorized by this Fine Policy plus all costs and reasonable attorney's fees shall be a charge on the land and a continuing lien against the Lot and all improvements located thereon, owned by the Lot Owner or occupied by the occupant thereof, and all such fines, costs and reasonable attorney's fees shall be the personal obligation of the Lot Owner and/or tenant or occupant of the Lot against which such fines, costs and reasonable attorney's fees have been secured.

II. **Architectural Requests**. Failure to submit written request to the Board or designated Architectural Control Committee prior to the erection, placement or alteration of any structure upon any Lot by its Owner as required by Article V of the Declaration, shall be a violation and subject to a fine in the amount of five hundred dollars ($500.00). Such fine, plus all costs and reasonable attorney's fees shall be a charge on the land and a continuing lien against the Lot and all improvements located thereon, owned by the Lot Owner or occupied by the occupant thereof, and all such fines, costs and reasonable attorney's fees shall be the personal obligation of the Lot Owner and/or tenant or occupant of the Lot against which such fines, costs and reasonable attorney's fees have been secured.

III. **Continuing Violations**. Any violation which is resolved but reoccurs at any time within or after one hundred eighty (180) calendar days from the date of resolution, shall be considered a continuation of the previous violation and will be enforced in accordance with the relevant next part of this Fine Policy.

IV. **Appeals Process.** Any owner who seeks to appeal any charges on their account must submit an appeal charges request form which is available through the management company, in order to request an appeal. Appeals must be requested within 10 days of receiving the violation notice.