UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT D

## Sent Emails from Kevin Donovan (Disability Disclosures, Feb–Apr 2025)

Plaintiff's outbound email log to Timmons Properties and the Bent Creek HOA Board between February 28, 2025 and April 30, 2025. Documents four written disability disclosures predating the May 19, 2025 'first instance' misrepresentation.

**Page 38 (D) - Prohibited Use of Motorized Vehicles in the Common Areas**

Under no circumstance shall any person use the Common Areas for motorized recreation. Using trucks, cars, motorcycles, dirt bikes, four-wheelers, golf carts, electric scooters, or any other motorized vehicles in the Common Areas is prohibited. Only Homeowner Association approved maintenance vehicles are allowed in the Common Areas.

Parents – Please talk with your children about the Rules and Regulations as well as the safety concerns regarding motorized vehicles, speeding and crossing roadways/intersections.

Thank you,
Bent Creek Board of Directors

Sincerely,

Timmons Properties, Inc. on behalf of Bent Creek Homeowners Association, Inc.
(615) 383-1777 | timmonsproperties.com

| | |
|---|---|
| **Subject:** | Re: Kevin Donovan Voicemail |
| **Date:** | Sunday, June 1, 2025 at 7:43:56 AM Central Daylight Time |
| **From:** | Kevin Donovan |
| **To:** | Lynn Burka |
| **CC:** | Kaley Vaughn, Customer Care |
| **Attachments:** | image001.jpg |

Dear Ms. Burka,

Thank you for your recent correspondence. I am writing to clarify a few key points and ensure the record reflects the full scope of this matter.

First, I am not currently represented by outside legal counsel in this matter. I am acting pro se. Accordingly, your position that all communication must go through an attorney is both incorrect and obstructive. I expect that communications will resume directly and in writing.

Second, I previously notified your office of a medical condition and requested a pause in enforcement communications as early as January 2025. I also followed up with a request that the ongoing harassment stop while I navigated these health challenges. At the time, I was told the matter was "being monitored." No accommodation form or guidance was provided to me then—or at any time since—until your recent email. Your office's failure to

He needs to leave me alone. This is not ok.

---

**From:** Timmons Properties, Inc. <[redacted]>
**Sent:** Thursday, May 1, 2025 12:51:53 AM
**To:** [redacted] <[redacted]>
**Subject:** First Reminder for 6008 Christmas Drive in Bent Creek Homeowners Association, Inc. - [#XN1108821]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you would like to respond to this notification, please place your response above the dotted line.

**You will receive a copy of this notice in the mail.**

Kevin Donovan

Community Associations, such as yours, are tasked with maintaining harmony and protecting property values within the community. During a recent inspection, it was observed that certain aspects of your property did not meet the standards set forth in the governing documents. Specifically, the following areas were identified as non-compliant: ***Prohibited Vehicle- Boat, Camper, Commercial Vehicle, RV or Trailer - Please remove the camper/recreational vehicle and refrain from parking on the street as this is prohibited in Bent Creek.*.**

***Please view the attached letter for more information.***

If you believe that your property complies and that this notice has been mistakenly issued, please communicate with us. To avoid further notices and potential fines, you can respond to this email.

Please remember that this letter is a courtesy notice, demonstrating our dedication to a harmonious community. We greatly value your immediate action to address the issues noted. Your cooperation is vital in upholding the community's aesthetic and quality of life.

We thank you in advance for your cooperation and for helping to make Bent Creek Homeowners Association, Inc. a remarkable place to live.

Sincerely,

Kaley Vaughn

Bent Creek Homeowners Association, Inc.

This Community is Professionally Managed By:

Timmons Properties, Inc.

Email: [redacted]

portal.timmonsproperties.com

**Subject:** Re: First Reminder for 6008 Christmas Drive in Bent Creek Homeowners Association, Inc. - [#XN1042018]
**Date:** Thursday, March 27, 2025 at 7:51:33 AM Central Daylight Time
**From:** Kevin Donovan
**To:** Timmons Properties, Inc.

I am trying to get this finished. I've been dealing with health issues and am preparing to sell my house. Please give me a bit of grace and time. Then we can all move along shortly.

---

**From:** Timmons Properties, Inc. <[redacted]>
**Sent:** Saturday, March 22, 2025 12:02:58 AM
**To:** [redacted] <[redacted]>
**Subject:** First Reminder for 6008 Christmas Drive in Bent Creek Homeowners Association, Inc. - [#XN1042018]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you would like to respond to this notification, please place your response above the dotted line.

**You will receive a copy of this notice in the mail.**

Kevin Donovan

Community Associations, such as yours, are tasked with maintaining harmony and protecting property values within the community. During a recent inspection, it was observed that certain aspects of your property did not meet the standards set forth in the governing documents. Specifically, the following areas were identified as non-compliant: ***Items outside home - Remove items located outside of the home***.

***Please view the attached letter for more information.***

If you believe that your property complies and that this notice has been mistakenly issued, please communicate with us. To avoid further notices and potential fines, you can respond to this email.

Please remember that this letter is a courtesy notice, demonstrating our dedication to a harmonious community. We greatly value your immediate action to address the issues noted. Your cooperation is vital in upholding the community's aesthetic and quality of life.

We thank you in advance for your cooperation and for helping to make Bent Creek Homeowners Association, Inc. a remarkable place to live.

Sincerely,

Kaley Vaughn

Bent Creek Homeowners Association, Inc.

This Community is Professionally Managed By:

Timmons Properties, Inc.

Email: [redacted]

portal.timmonsproperties.com

| | |
|---|---|
| **Subject:** | Re: Balance Due Reminder - 6008 Christmas Drive in Bent Creek Homeowners Association, Inc. - [#XN1054197] |
| **Date:** | Friday, March 28, 2025 at 6:26:08 AM Central Daylight Time |
| **From:** | Kevin Donovan |
| **To:** | Timmons Properties, Inc. |

I sent an email yesterday that explained I am trying to fix the outside of the house and get it ready for sale. I was really sick when this was going on and have had some Lingering issues since. Could you please give me the grace and reverse the few please.

---

**From:** Timmons Properties, Inc. <[redacted]>
**Sent:** Friday, March 28, 2025 2:13:32 AM
**To:** [redacted] <[redacted]>
**Subject:** Balance Due Reminder - 6008 Christmas Drive in Bent Creek Homeowners Association, Inc. - [#XN1054197]

Email: [redacted]

Office Hours: Monday - Thursday 7:30 am – 4:30 pm

Friday 7:30 am – 4:00 pm

Payment Remittance Address:

Timmons Properties, Inc.

PO Box 24446

Nashville, TN 37202-4446

Make your check payable to your Bent Creek Homeowners Association, Inc. and include your account number.

Office Hours: Monday - Thursday 7:30 am – 4:30 pm

Friday 7:30 am – 4:00 pm

**Subject:** Re: Second Notice of Balance Due for 6008 Christmas Drive in Bent Creek Homeowners Association, Inc. - [#XN1054197]
**Date:** Wednesday, April 30, 2025 at 5:54:24 AM Central Daylight Time
**From:** Kevin Donovan
**To:** Timmons Properties, Inc.

I am currently off work with disability. I'll pay this when I have the means.

---

**From:** Timmons Properties, Inc. <[redacted]>
**Sent:** Wednesday, April 30, 2025 2:15:18 AM
**To:** [redacted] <[redacted]>
**Subject:** Second Notice of Balance Due for 6008 Christmas Drive in Bent Creek Homeowners Association, Inc. - [#XN1054197]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you would like to respond to this notification, please place your response above the dotted line.

You will receive a copy of this notice in the mail.

Kevin Donovan

We hope this email finds you well. According to our records, there is an outstanding balance on your account. Here is a summary of the balance:

Default-Admin fee: $45.00

**Subject:** Re: Third Reminder for 6008 Christmas Drive in Bent Creek Homeowners Association, Inc. - [#XN867602]
**Date:** Friday, February 28, 2025 at 3:34:27 PM Central Standard Time
**From:** Kevin Donovan
**To:** Timmons Properties, Inc.

I am trying to get this fixed. We were sick and haven't been able to get the part. Please give me some grace.

---

**From:** Timmons Properties, Inc. <[redacted]>
**Sent:** Friday, February 28, 2025 1:48:59 PM
**To:** [redacted] <[redacted]>
**Subject:** Third Reminder for 6008 Christmas Drive in Bent Creek Homeowners Association, Inc. - [#XN867602]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you would like to respond to this notification, please place your response above the dotted line.

**You will receive a copy of this notice in the mail.**

Kevin Donovan

Community Associations, such as yours, are tasked with maintaining harmony and protecting property values within the community. During a recent inspection, it was observed that certain aspects of your property did not meet the standards set forth in the governing documents. Specifically, the following areas were identified as non-compliant:
***Exterior Maintenance - Please repair the broken trash concealment.***

***Please view the attached letter for more information.***

If you believe that your property complies and that this notice has been mistakenly issued, please communicate with us. To avoid further notices and potential fines, you can respond to this email.

Please remember that this letter is a courtesy notice, demonstrating our dedication to a harmonious community. We greatly value your immediate action to address the issues noted. Your cooperation is vital in upholding the community's aesthetic and quality of life.