UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT E

## Email Correspondence — Lynn Burka, May 19, 2025 (#XN1137987)

Email from Lynn Burka (Timmons President/Managing Partner) to Plaintiff dated May 19, 2025, stating 'This is the first instance in which you've mentioned a disability' and imposing a sidewalk-ban / no-contact directive. The 'first instance' statement is the core fraud predicate.

**Subject:** Email Correspondence - [#XN1137987]
**Date:** Monday, May 19, 2025 at 12:01:55 PM Central Daylight Time
**From:** Timmons Properties, Inc.
**To:** [redacted]
**CC:** [redacted], [redacted]
**Attachments:** Timmons Properties - Reasonable Accomodation Request Form.pdf

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you would like to respond to this notification, please place your response above the dotted line.

Mr. Donovan - Due to the seriousness of your request, I am resending Lynn's email with the Reasonable Accommodations Request Form to be sure that you have received it.

Response to Your Recent Communication – Bent Creek HOA

Dear Mr. Donovan,

Thank you for your recent communication. I will address each of your concerns individually below.

**Request for Reasonable Accommodation**

This is the first instance in which you've mentioned a disability that may impact your mobility or indicated a desire to request a reasonable accommodation. We are committed to working with you and assisting with your request; however, we must receive a formal, detailed request regarding the camper violation. Please send this request directly to both Kaley Vaughn and me. Once received, we will forward it to the appropriate parties for review.

**Request to Remove the Fine**

In your prior correspondence, your dispute focused solely on your belief that you are only obligated to comply with the Town of Nolensville's ordinance and not the Bent Creek Governing Documents, which allow camper parking for 24 hours within any 12-month period. Once we receive your reasonable accommodation request, your request for the removal of the fine will also be considered during the review process.

**Allegations of Harassment**

Timmons Properties serves as the managing agent for the Bent Creek HOA and is responsible for consistently and fairly enforcing the community's Governing Documents.

**Concerns Regarding Mr. Cody**

Timmons Properties has no knowledge or record, nor have you provided any proof of Mr. Cody following you or your family or taking photographs. If you believe this behavior

is occurring, we recommend that you contact the proper authorities and take any actions you feel are necessary to address your concerns through the appropriate legal or law enforcement channels.

**Future Communication Protocol**

We take health issues very seriously, and due to the nature of your concerns, as well as your recent threatening and disruptive behavior during in-person interactions and phone conversations we must establish clear boundaries and acceptable forms of communication going forward.

Therefore, you are hereby requested to cease and desist from all direct and indirect contact with the Bent Creek HOA Board members. This includes, but is not limited to, visiting their homes, walking past their homes and standing on the sidewalk staring at their house, phone calls, emails, and text messages. All future communication regarding HOA matters must be submitted in writing and directed only to Kaley Vaughn, myself and the [redacted] email address.

This step is necessary to ensure the safety, well-being, and professionalism of all parties involved.

**Required Action**

Submit your written request for a reasonable accommodation providing the specific accommodations you are requesting pertaining to the camper being parked on the street beside your home. We encourage you to submit the request as soon as possible so we may proceed with appropriate review and consideration.

Should you have any questions, please feel free to contact us in writing.

Sincerely,

Lynn Burka

President, Managing Partner

Timmons Properties

Respectfully,

Kaley Vaughn
Association Manager

Item Details:
Bent Creek Homeowners' Association
Kevin Donovan
6008 Christmas Drive
Appeal Form

Hi Kevin - Attached is the appeal form per our conversation.

Sincerely,

Kaley Vaughn
On behalf of Bent Creek Homeowners Association, Inc.

This Community is Professionally Managed By:
Timmons Properties, Inc.
(615) 383-1777

timmonsproperties.com