UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT G

## Plaintiff's Formal Written Reasonable Accommodation Request (June 1, 2025)

Plaintiff's email of June 1, 2025 to Lynn Burka (cc Kaley Vaughn, Customer Care) formally invoking 42 U.S.C. § 3604(f), recounting the January 2025 verbal disclosure and 'being monitored' response, and submitting a written request for reasonable accommodation.

**EXHIBIT G**

**PLAINTIFF'S FORMAL WRITTEN REASONABLE ACCOMMODATION REQUEST**

**(June 1, 2025)**

Subject: Re: Kevin Donovan Voicemail
Date: Sunday, June 1, 2025 at 7:43:56 AM Central Daylight Time
From: Kevin Donovan
To: Lynn Burka
CC: Kaley Vaughn, Customer Care
Attachments: image001.jpg

Dear Ms. Burka,

Thank you for your recent correspondence. I am writing to clarify a few key points and ensure the record reflects the full scope of this matter.

First, I am not currently represented by outside legal counsel in this matter. I am acting pro se. Accordingly, your position that all communication must go through an attorney is both incorrect and obstructive. I expect that communications will resume directly and in writing.

Second, I previously notified your office of a medical condition and requested a pause in enforcement communications as early as January 2025. I also followed up with a request that the ongoing harassment stop while I navigated these health challenges. At the time, I was told the matter was "being monitored." No accommodation form or guidance was provided to me then—or at any time since—until your recent email. Your office's failure to initiate the interactive process upon that notice may constitute a violation of the Fair Housing Act (42 U.S.C. § 3604(f)).

Notwithstanding these concerns, I am submitting a formal written request for a reasonable accommodation under federal and state fair housing laws. I am requesting:

That all enforcement actions and HOA communications be paused or conducted only in writing; That deadline extensions be granted in light of my current medical condition; That all HOA-related individuals cease physical surveillance or unnecessary presence around my residence, my person, and my family.

I have already warned your office in prior communications about HOA board members repeatedly driving past my home. I now have documentation of two specific individuals engaging in this behavior, including the HOA President and a man known locally as the "bartender." Most recently, one of these individuals was recorded actively filming me as I walked past his property. This conduct—especially when viewed in the context of my prior disability disclosure and requests for relief—raises serious concerns under both the Fair Housing Act and civil harassment statutes.

Please confirm receipt of this formal request. Again, I am representing myself in this matter, and all communications may be directed to me. A failure to acknowledge or address this request will be noted accordingly.

Sincerely, Kevin M. Donovan