UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT H

## 10-Day Collection Letter (May 30, 2025)

Collection letter from Timmons / HOA dated May 30, 2025 demanding $290.00 ($200 fine + $75 administrative fees + $15 certified-mail fee) within 10 days. RICO Predicate 5 / FDCPA core predicate.

**Bent Creek Homeowners Association, Inc.**
Timmons Properties, Inc.
1114 17th Ave South Suite 101
Nashville, TN 37212-2215
Phone: (615) 383-1777 * Email: [redacted]

May 30, 2025

**If you receive this letter and are protected under federal bankruptcy laws, this letter shall not be interpreted as an attempt to collect your debt, but for informational purposes only. If bankruptcy has been filed, please ask your attorney to contact us.**

Kevin Donovan
6008 Christmas Drive
Nolensville, TN 37135

***RE: Final Notice –XN1054197***
***6008 Christmas Drive, Nolensville, TN 37135***

Dear Kevin Donovan:

Timmons Properties has been instructed to contact you on behalf of the Bent Creek Homeowners Association, Inc. about your delinquent association maintenance fees. This is the final notice to be sent on behalf of the HOA by the management company, Timmons Properties, Inc., regarding your delinquent account.

Our records indicate that your account as of 5/30/2025 is now delinquent in the amount of
Default-10 Day Certified Letter: $15.00
Default-Admin fee: $75.00
Default-Fine: $200.00
Total Balance Due: $290.00

The outstanding balance owed on your account must be paid in full on or before ten (10) days from the date of this letter or it will be turned over to a collection attorney. If your payment is returned for any reason, your account will immediately be turned over to a collection attorney for legal action without further notice. A lien will be filed on your property and other legal action may be taken to collect the money owed. Any legal fees, or court costs incurred will be added to the amount owed. A lien on your property may prevent the sale or refinance of your home. Once your account has been turned over to the collection attorney, all correspondence and payments must be made through the attorney, including court costs and the attorney fees.

Payment can be made by logging into the association portal at portal.timmonsproperties.com. If you are accessing the portal for the first time, you will require the following information:
**Account #:**1814619 **Portal Key:** DAA86D7DB3E4

Please be aware that if your outstanding balance is not paid, you will not be allowed to vote on any HOA related matters and privileges to use any HOA amenity will be suspended.

Sincerely,
Bent Creek Homeowners Association, Inc.
Professionally Managed by Timmons Properties, Inc.
Email: [redacted]

If you mail your payment, please remember to include your payment account number 1814619 on your check and use your coupon if you have them. Please make your check payable to Bent Creek Homeowners Association, Inc. and mail to:

Timmons Properties, Inc.
PO Box 24446
Nashville, TN 37202-4446

**Payment Instructions**




Log in to the portal at https://portal.timmonsproperties.com/Home_v2/Login
Your name will be listed on the top of the screen. Your Balance owed will be displayed. Dues are not reflected until the first of the month for which they are due. Any Balance listed with a "- " is a credit. You may pay with CC or use your checking account. There are no fees if you pay by checking account. To make a one-time payment click on the make payment button and enter the required information.

**Setting up Automatic Payments:**

Automatic payments may only be set up when your account has a $0.00 balance. To set up automatic payments click on the billing tab referenced in the photo above. The following screen will appear. To enroll in automatic payments, you will need to click on the Enroll Now link located on the right side of the screen and enter the required information.




**Pay By Check Via Mail**

- Make your check payable to your HOA.
- List your account number on the check. You may find your account number by logging in to the portal and following the instructions above. Your account number is located on the **Payments** screen in the middle of the page.
- Mail your payment to the following address: **Timmons Properties, PO Box 24446, Nashville, TN 37202**

**Submitting Questions Via the Portal:** Log on to the portal.timmonsproperties.com. If you have already registered using the notices that we previously sent you, skip New Registration and go to Existing User.

**NEW REGISTRATION**

If you have not previously registered and you do not have your log in information that we sent to you follow the steps below

- Click on sign up.
- Follow the steps to request access.




**EXISTING USERS**

If you previously registered for access to your portal, simply enter your username and password to log in.

1. Click on Requests
2. To respond to a Notice you received, click on My Items. Click Subject to send a message. Type your response and then Send Message.
3. Or Click on Submit a Request and then General Request to submit a new Request.
4. Go to bottom of page at choose type of request.
5. From drop down menu click on Billing Question
6. Enter Subject
7. Enter Your Question or Comments
8. Attach a file if you like.
9. Hit Submit Form

