UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT I

## FDCPA Verification Demand Letter (June 28, 2025)

Plaintiff's statutory verification demand under 15 U.S.C. § 1692g, sent June 28, 2025, requiring Timmons and Kaman & Cusimano to validate the alleged debt. Establishes FDCPA dispute and triggers verification obligations.

**Subject:** Re: Final Notice of Balance Due- Bent Creek Homeowners Association, Inc.-6008 Christmas Drive - [#XN1054197]
**Date:** Saturday, June 28, 2025 at 10:59:01 PM Central Daylight Time
**From:** Kevin Donovan
**To:** Timmons Properties, Inc., Kaley Vaughn, Lynn Burka

**Re: Account # 1814619 – Disputed Debt & Unlicensed Collection**

Dear Timmons Properties, Inc.:

I received your "Final Notice" dated **30 May 2025** regarding an alleged balance of **$290.00**.

1. **This communication is a formal dispute** under **15 U.S.C. § 1692g(a)**. I request written verification of the debt, including:**
   a. A ledger of all charges;
   b. Copies of any governing documents authorizing monetary fines; and
   c. Evidence that any "administrative" or "certified-letter" fees are contractually permissible.

2. **Licensure proof** – Provide your Tennessee Collection Service Board license number, current status, and bond information **or** a written explanation of any claimed exemption under **Tenn. Code Ann. § 62-20-103**.

Until you supply the above, you must **cease all collection efforts**, including threats of lien, lawsuit, or amenity suspension. Continuing to collect without a license constitutes willful violations of **§ 62-20-105(a)** (TCSA) and **15 U.S.C. §§ 1692e & g** (FDCPA).

Sincerely,
Kevin M. Donovan

---

**From:** Timmons Properties, Inc. <[redacted]>
**Date:** Friday, May 30, 2025 at 2:18 AM
**To:** [redacted] <[redacted]>
**Subject:** Final Notice of Balance Due- Bent Creek Homeowners Association, Inc.-6008 Christmas Drive - [#XN1054197]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you would like to respond to this notification, please place your response above the dotted line.

**If you receive this letter and are protected under federal bankruptcy laws, this letter shall not be interpreted as an attempt to collect your debt, but for informational purposes only. If bankruptcy has been filed, please ask your attorney to contact us.**

You will receive a copy of this notice in the mail.

Kevin Donovan:

Timmons Properties is reaching out on behalf of Bent Creek Homeowners Association, Inc. regarding your overdue association maintenance fees. This communication serves as the final notice from the HOA's management company, Timmons Properties, Inc., concerning your outstanding account.

According to our records, as of 05/30/2025, your account has an outstanding balance of:

Default-10 Day Certified Letter: $15.00
Default-Admin fee: $75.00
Default-Fine: $200.00
Total Balance Due: $290.00

Outstanding Balance: $290.00

***Please view the attached letter for more information.***

Please note that the total amount due must be settled in full within ten (10) days from the date of this letter to prevent your account being turned over to a collection attorney.

If you have questions regarding your account, you can respond to this email.

Payments can be processed by logging into the association portal at portal.timmonsproperties.com. For first-time access, you will need the following details:

Account #: 1814619

Registration Key: DAA86D7DB3E4

Be advised that failure to clear your outstanding balance will result in the loss of voting rights on HOA matters and suspension of privileges to use any HOA amenities.

Sincerely,

Bent Creek Homeowners Association, Inc.

Professionally Managed by Timmons Properties, Inc.

Email: [redacted]

Office Hours: Monday - Thursday 7:30 am – 4:30 pm

Friday 7:30 am – 4:00 pm

If you mail your payment, please remember to include your payment account number 1814619 on your check and use your coupon if you have them. Please make your check payable to «Association Name» and mail to:

Payment Remittance Address:

Timmons Properties, Inc.

PO Box 24446

Nashville, TN 37202-4446

Make your check payable to your Bent Creek Homeowners Association, Inc. and include your account number.