UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT J

## Camper Tow Email (April 25, 2025)

Email from Timmons stating Plaintiff's camper was 'dropped off a few days ago and has not moved' and threatening same-day tow. RICO Predicate 2 — factually false statement made with knowledge.

**Subject:** Do Not Reply Message from Bent Creek Homeowners Association, Inc. - Camper on Sawmill/Fishing Creek - [#XN1098711]
**Date:** Friday, April 25, 2025 at 11:06:01 AM Central Daylight Time
**From:** Timmons Properties, Inc.
**To:** [redacted]

Please do not reply to this message.

Good morning - It has been noted upon recent inspection that a camper is parked on the corner of Sawmill Place and Fishing Creek Road. It is our understanding that this camper was dropped off a few days ago and has not moved. Photo attached.



If the camper is not removed by the end of the day, today, April 25th, it will be towed.

Thank you,

Kaley Vaughn
Association Manager

Sincerely,

Timmons Properties, Inc. on behalf of Bent Creek Homeowners Association, Inc.
(615) 383-1777 | timmonsproperties.com

**Please email [redacted] if assistance is needed.**