UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT K

## Truck Email (May 12, 2025)

Email from Timmons stating Plaintiff's white Tacoma truck was 'parked on Fishing Creek Road since Thursday of last week and has not moved' and threatening same-day tow. The truck had been temporarily relocated by Plaintiff's realtor for property photographs and an open house. RICO Predicate 1.

**Subject:** Do Not Reply Message from Bent Creek Homeowners Association, Inc. - Abandoned Vehicle - Fishing Creek Road - [#XN1130676]
**Date:** Monday, May 12, 2025 at 11:23:42 AM Central Daylight Time
**From:** Timmons Properties, Inc.
**To:** [redacted]

Please do not reply to this message.

Hi everyone - It has been reported that a white Toyota Tacoma (photo below) has been parked on Fishing Creek Road since Thursday of last week and has not moved.



If this vehicle belongs to you or if you are aware of who it belongs to, please have it moved as soon as possible.

If the vehicle is not moved by the end of the day, today, May 12th, it will be towed.

Thank you,
Kaley Vaughn
Association Manager

Sincerely,

Timmons Properties, Inc. on behalf of Bent Creek Homeowners Association, Inc.
(615) 383-1777 | timmonsproperties.com

**Please email** [redacted] **if assistance is needed.**