UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT L

## Supplementary Attending Physician's Statement (July 21, 2025)

Statement from Dr. Justin Dearing, D.C. (License #2528), dated July 21, 2025. Documents Plaintiff's diagnosis, disability onset date (March 18, 2025), and functional limitations. Personally identifying medical details have been redacted.

[redacted]

## SUPPLEMENTARY ATTENDING PHYSICIAN'S STATEMENT

Please return completed form to: Fax: [redacted]

***THIS FORM MUST BE COMPLETED BY A MEDICAL PROVIDER**

The purpose of this form is to help us determine the clinical condition of our employee, your patient, if they are continuing to be totally disabled or are able to return back to work. Please complete all entries listed. Northwestern Mutual is dedicated to assisting employees with a successful return to work. The completed form should be returned by the due date below via fax to [redacted] Health Services.

**NOTE: The employee is responsible for completion of this form without expense to** [redacted].

| PATIENT'S NAME *(Please print)* | | |
|---|---|---|
| **KEVIN DONOVAN** | [redacted] | [redacted] |

1. Reasons for continued disability *(Describe complications, if any)* Post viral fatigue Auto-immune neurological, endocrine + other post viral reactivations

2. (a) Date of most recent treatment: [redacted]
   (c) [redacted]

3. The patient has been continuously disabled (unable to work) from 03/18/2025 (DATE (MM/DD/YYYY)) through [redacted] (DATE (MM/DD/YYYY))

4. Is patient able to return to restricted employment? ☐ Yes ☒ No If yes, when? ____________ (MM/DD/YYYY)

5. [redacted]

6. [redacted]

| PHYSICIAN'S NAME *(Please print)* | | SPECIALTY |
|---|---|---|
| Justin Dearing | | Chiropractor |
| LICENSE NUMBER | PHONE NUMBER *(include area code)* | FAX NUMBER *(include area code)* |
| 2528 | [redacted] | [redacted] |
| STREET ADDRESS | | |
| [redacted] | [redacted] | [redacted] |

[signature] PHYSICIAN'S SIGNATURE

[redacted] DATE (MM/DD/YYYY)

[redacted]