UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT M

## Kaman & Cusimano Delivery Receipt — Signed by Vicki Thomas (July 24, 2025)

Signed delivery receipt confirming K&C;'s office manager Vicki Thomas received Plaintiff's physician statement (Exhibit L) on July 24, 2025. Establishes K&C;'s knowledge of the disability prior to its July 28, 2025 'insufficient' rejection.

rec'd 7/24/25

by Vicki Thomas

Vicki Thomas

office mgr.