UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT N

## Michigan AGC Dismissal Letter (August 28, 2025, File 25-1797)

Letter from the Michigan Attorney Grievance Commission dismissing K&C;'s retaliatory bar grievance against Plaintiff. File No. 25-1797, dismissed in 49 days. Demonstrates the retaliatory nature of the grievance and supports Plaintiff's pattern allegations.

GENERAL COUNSEL

GRAHAM G. LEAC
MARY A. BOWEN
AUSTIN D. BLESSING-NE
CAITLIN O. FLEMIN
KRISTIN E. FERNAND

PNC CENTER
755 W. BIG BEAVER RD., SUITE 2100
TROY, MICHIGAN 48084
TELEPHONE (313) 961-6585
WWW.AGCMI.ORG

August 28, 2025

**PERSONAL AND CONFIDENTIAL**

Daniel J. Miske
111 E. Kilbourn Ave., Suite 1700
Milwaukee, WI 53202

**RE: Daniel J. Miske as to Kevin M. Donovan**
**AGC File No. 25-1797**

Dear Mr. Miske:

The Commission is authorized to investigate, and when necessary, prosecute charges of attorney misconduct. After preliminary investigation and careful review of the materials in this file by the Commission's staff, it has been determined that the matters raised in your Request for Investigation will not be pursued further.

The Attorney Grievance Commission has no authority to function as an appellate court. The appellate system is designed to address your concerns regarding what you perceive as your trial attorney's ineffective representation. We recommend that you speak with a qualified attorney who can advise you of your rights.

Our office feels Kevin Michael Donovan has answered your allegations adequately. I am enclosing a copy of the answer for your review. We will take no further action.

Please be advised that this matter is being closed under the authority granted to the Grievance Administrator pursuant to Michigan Court Rule 9.114(A)(1).

I hope that this letter adequately explains my office's position in this matter.

Very truly yours,

Cynthia C. Bullington/meg

Cynthia C. Bullington
Assistant Deputy Administrator

CCB/meg
Enclosure
cc: Kevin Michael Donovan