UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT O

## Heidi Nathan Facebook Group Screenshots (Republication & Censorship)

Screenshots demonstrating Defendant Heidemarie Nathan's administrator status, her republication of Defendant Edge's defamatory content with added commentary, her deletion of Plaintiff's responsive posts, and her banning of Plaintiff from the community Facebook group. Supports Count IX (Defamation — Republication).

# EXHIBIT O

Heidi Nathan Facebook Group — Republication and Censorship

Donovan v. Bent Creek HOA, et al.
United States District Court for the Middle District of Tennessee
Nashville Division

*This exhibit comprises 20 screenshots presented in file-order sequence.*

Source folder: Nathan_Censorship/

1:40

5G

# Admins and moderators

**Reba Haney Wright**
Admin
Head of Sales & Marketing at LaborLinc

**Jeane' Clark Beatty**
Admin
Works at TSC

**Heidi Nathan**
Admin
3 recent posts

IMG_0765.jpeg

10:17 5G

Bent Creek Community Neighborhood Group

Kevin Donovan · 1h ·

7

Most relevant

**Heidi Nathan** Admin

Top contributor

Kevin Donovan THIS IS MY ONLY POST FOR THIS ACTION. 1. OUR PAGE IS N O T SET UP FOR SUCH TOPICS. THIS IS YOUR ISSUE AND NOT THE NEIGHBORHOODS PROBLEM. 2. OUR PAGE IS N O T INFLUENCED BY HOA. WE FOLLOW THE RULES OF THIS PAGE AND DELETE INAPPRORIATE MESSAGES. 3. THIS POST WILL BE DELETED AND I WILL NOT RESPOND TO ANY PM YOU SEND ME. 4. IF YOU STILL CONTACT ME OR POST ABOUT THIS HERE WE REMOVE YOU FROM THIS PAGE.

1m Like Reply

Write a reply...

**Wesley Holder** Top contributor

I don't know anything about all this.

Comment...

IMG_0789.jpeg

9:49

Bent Creek Community Neighborhood Group

Heidi Nathan · 4h ·

Neighbors, I have deleted another post. After the recent debacle we have amended our rules and I have posted them repeatedly. If you haven't seen it, they can be found under the "ABOUT" tab

Like Comment Send

3

Most relevant

**Ron Cluff**

That would be in the About tab, 2nd to last bullet point.

**POST RULES:**
**We reserve the right to remove postings that are:**
**• Derogative, contemptuous or discourteous comments**
**• Abusive, defamatory, or obscene**
**• Fraudulent, deceptive or misleading**
**• In violation of any intellectual property right of another**
**• In violation of any law or regulation**
**• Excessive campaigning / promotion / advertising**
**• Issues between you and our HOA are private matters and not allowed on this page.**
**- Otherwise offensive**

4h Like Reply 1

**Brad Stephenson**

So this is the HOA's community page?

2h Like Reply 2

**Chuan Sha** Top contributor

Brad Stephenson minus the HOA part

1h Like Reply 1

**Chuan Sha** Top contributor

A private community page

Write a comment...

IMG_0960.jpeg

9:50

**Bent Creek Community Neighborhood Group**
Heidi Nathan · 4h ·

**Chuan Sha** Top contributor
Brad Stephenson minus the HOA part
1h Like Reply 1

**Chuan Sha** Top contributor
A private community page
24m Like Reply

Write a reply...

Write a reply...

**Michael Edwards**
She's the admin of this group and can do whatever she wants. It's not a national news source. 😬 Venting on the bookface is rarely effective anyway and devolves quickly. If you're coming to this page to complain about the HOA, you've already missed the boat and are just trying to drum up sympathy instead of reaching out to the board or Timmons directly.
2h Like Reply 4

**Courtney Adams**
Michael Edwards the last HOA I lived in tried to charge each neighbor over $300 assessment to remove trees... after posting and digging we eventually found out these trees were not even on our neighborhood property. I mention this because the open conversation amongst the neighbors online kept us safe from being taken advantage of.
1h Like Reply 4

Write a comment...

9:50

Bent Creek Community Neighborhood Group
Heidi Nathan · 4h ·

effective anyway and devolves quickly. If you're coming to this page to complain about the HOA, you've already missed the boat and are just trying to drum up sympathy instead of reaching out to the board or Timmons directly.

2h Like Reply 4

**Courtney Adams**
Michael Edwards the last HOA I lived in tried to charge each neighbor over $300 assessment to remove trees... after posting and digging we eventually found out these trees were not even on our neighborhood property. I mention this because the open conversation amongst the neighbors online kept us safe from being taken advantage of.

1h Like Reply 4

**Hilary Bunn Blake**
Courtney Adams this

47m Like Reply 1

Write a reply...

Write a reply...

**Mike Arone**
Censorship is never justified.

3h Like Reply 6

**Heidi Nathan** Author
and please don't blame the messenger.

4h Like Reply

**Courtney Adams**

Write a comment...

9:50

Bent Creek Community Neighborhood Group

Heidi Nathan · 4h ·

**Mike Arone**
Censorship is never justified.
3h Like Reply 6

**Heidi Nathan** Author
and please don't blame the messenger.
4h Like Reply

**Courtney Adams**
Heidi Nathan if you are the messenger who isn't allowing HOA discussion on Facebook?
4h Like Reply 6

**Courtney Begley McNamee** Top contributor
Courtney Adams I have this same question
4h Like Reply 2

**Michael Henry** Rising contributor
Courtney Adams Boom! 💥
2h Like Reply 1

**Courtney Adams**
Ericka Krogseth agreed. I'm asking who specifically banned HOA discussion amongst us neighbors paying for it... since Heidi Nathan said she is only delivering the message. I'm not being problematic- I'm genuinely curious/ concerned.
1h Like Reply 2

**Ericka Krogseth**
Courtney Adams yes fair question.

Write a comment...

GIF

IMG_0963.jpeg

9:50

**Bent Creek Community Neighborhood Group**
Heidi Nathan · 4h ·

2h Like Reply 1

**Courtney Adams**
Ericka Krogseth agreed. I'm asking who specifically banned HOA discussion amongst us neighbors paying for it... since Heidi Nathan said she is only delivering the message. I'm not being problematic- I'm genuinely curious/ concerned.

1h Like Reply 2

**Ericka Krogseth**
Courtney Adams yes fair question.

1h Like Reply 1

**Krista Greider Comer** Top contributor
Courtney Adams yes she is. She's the only acting Admin of this group.

47m Like Reply

Write a reply...

Write a reply...

**Chris Going**
Heidi Nathan - I understand this is a private group and as the admin you have the right to restrict content as you see fit.

I am genuinely curious though —

What are your reasons for restricting our speech regarding the HOA?

2h Like Reply 3

Write a comment...

IMG_0964.jpeg

9:51

Bent Creek Community Neighborhood Group

Heidi Nathan · 4h ·

**Ericka Krogseth**
Courtney Adams yes fair question.
1h Like Reply 1

**Krista Greider Comer** Top contributor
Courtney Adams yes she is. She's the only acting Admin of this group.
47m Like Reply

Write a reply...

Write a reply...

**Chris Going**
Heidi Nathan - I understand this is a private group and as the admin you have the right to restrict content as you see fit.

I am genuinely curious though —

What are your reasons for restricting our speech regarding the HOA?
2h Like Reply 3

**Heidi Nathan** Author
Chris Going
1h Like Reply

**Chris Going**
Heidi Nathan yes?
1h Like Reply

Write a reply...

Write a comment...

IMG_0965.jpeg

9:51

Bent Creek Community Neighborhood Group
Heidi Nathan · 4h ·

**Chris Going**
Heidi Nathan - I understand this is a private group and as the admin you have the right to restrict content as you see fit.

I am genuinely curious though —

What are your reasons for restricting our speech regarding the HOA?

2h Like Reply 3

**Heidi Nathan** Author
Chris Going

1h Like Reply

**Chris Going**
Heidi Nathan yes?

1h Like Reply

Write a reply...

**Heidi Nathan** Author
this page was created to have our neighbors communicate with each other. Unfortunately, whenever a problem with our HOA RULES is posted, it ends up with endless moaning, complaining and blaiming ""HOA"" They are O U R neighbors managing the nessessary affairs of the community - on their O W N free time !! They have rules and laws to follow. Our community is voting them in - so they can vote them "out" again if it's not acceptable. But that means attend meetings and learn about the duties involved. ----- we hardly have participation for that!

Write a comment...

IMG_0966.jpeg

9:51

Bent Creek Community Neighborhood Group

Heidi Nathan · 4h ·

**Heidi Nathan** Author

this page was created to have our neighbors communicate with each other. Unfortunately, whenever a problem with our HOA RULES is posted, it ends up with endless moaning, complaining and blaming ""HOA"" They are O U R neighbors managing the nessessary affairs of the community - on their O W N free time !! They have rules and laws to follow. Our community is voting them in - so they can vote them "out" again if it's not acceptable. But that means attend meetings and learn about the duties involved. ----- we hardly have participation for that! Complaining here causes upset ---- and who would ever stand to be a member of the HOA if they are bashed about openly here? And it's not making any differences to solve a problem. SO, this is why we "restrict this"

1h Like Reply

**Chris Going**

Heidi Nathan thanks for clarifying and I understand the position you're taking.

What I'm confused by though is that seems to be your personal opinion. I've never seen someone publicly take offense to anyone speaking up with a complaint about the HOA... actually quite the opposite. Most posts I see tons of agreement about the state of affairs.

That being said, I understand how being an admin of the page could potentially bring a lot of extra effort and time having

Write a comment...

IMG_0967.jpeg

9:52

**Bent Creek Community Neighborhood Group**

Heidi Nathan · 4h ·

hardly have participation for that! Complaining here causes upset ---- and who would ever stand to be a member of the HOA if they are bashed about openly here? And it's not making any differences to solve a problem. SO, this is why we "restrict this"

1h Like Reply

**Chris Going**

Heidi Nathan thanks for clarifying and I understand the position you're taking.

What I'm confused by though is that seems to be your personal opinion. I've never seen someone publicly take offense to anyone speaking up with a complaint about the HOA... actually quite the opposite. Most posts I see tons of agreement about the state of affairs.

That being said, I understand how being an admin of the page could potentially bring a lot of extra effort and time having to monitor comments etc.

Would you be open to turning over control of the page?

1h Like Reply 1

Write a reply...

Write a reply...

**Carolyn Meeks Shaffmaster**

Anyone ever find out what the concrete ribbon is for at the Clovercroft entrance?

Write a comment...

9:52

Bent Creek Community Neighborhood Group

Heidi Nathan · 4h ·

would ever stand to be a member of the HOA if they are bashed about openly here? And it's not making any differences to solve a problem. SO, this is why we "restrict this"

1h Like Reply

**Chris Going**

Heidi Nathan thanks for clarifying and I understand the position you're taking.

What I'm confused by though is that seems to be your personal opinion. I've never seen someone publicly take offense to anyone speaking up with a complaint about the HOA... actually quite the opposite. Most posts I see tons of agreement about the state of affairs.

That being said, I understand how being an admin of the page could potentially bring a lot of extra effort and time having to monitor comments etc.

Would you be open to turning over control of the page?

1h Like Reply 1

Write a reply...

Write a reply...

**Carolyn Meeks Shaffmaster**

Anyone ever find out what the concrete ribbon is for at the Clovercroft entrance?

3h Like Reply

Write a comment...

IMG_0969.jpeg



5:56

Heidi Nathan
Active now

obstruction of protected rights to public discourse and redress.

———

Govern yourselves accordingly. This letter serves as formal notice of your personal accountability for any further violations, and I am prepared to escalate this matter appropriately.

MON 10:43 PM

Checking in on the status of my request above

Please let me back in the bent creek page.

Aa

IMG_0970.jpeg




IMG_0979.jpeg

9:22

Heidi Nathan

I don't follow all your legal stuff and am not interested in that. And I have no clue why all this should hurt your son's business.
You kept on posting, commenting negative about HOA on various posts and others chipped in going as far as threatening them. I asked you to stop and that we have to remove you as per rules but you didnt.

Other neighbors have opened a new Bent Creek page - I guess you know it already, so that should be you place to work out griviances with the HOA. It has no place on our page.

Aa

IMG_1001.jpeg

12:13

Heidi Nathan
Active 3h ago

MAY 17 AT 8:51 AM

Cease and Desist – Censorship, Viewpoint Discrimination, and Coordination with HOA in a Quasi-Public Forum

Dear Ms. Nathan, Ms. Wright, and Ms. Beatty:

This letter serves as formal notice and demand that you immediately cease and desist from further censorship, deletion, or suppression of resident speech within the Bent Creek Community Neighborhood Group on Facebook, particularly conter[illegible]dressing the action[illegible]vernance, or

Aa

IMG_1004.jpeg




IMG_1005.jpeg




IMG_1006.jpeg




IMG_1007.jpeg

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Kyle Donovan · 4h ·

Krista Greider Comer and Courtney Adams
I just noticed that my husband, Kevin, was quietly removed from this page. We joined because the group's mission (and name!) promised open, honest conversation after posts started disappearing elsewhere.

Kevin hasn't received any warning or explanation. Could you let us know why his access was revoked, and whether anyone asked you to take that step? 🤔

If transparency is what this group claims to be about, I hope you can be transparent in your explanation.

Like Send