UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT P

## Vantaca Transaction History — Account No. 1814619

Transaction ledger for Plaintiff's HOA account showing $150 in fines, $75 in administrative fees, and a $15 certified-mail fee = $240 total in unauthorized charges. RICO Predicate 6 — material misrepresentations transmitted via the Vantaca portal.

# Bent Creek Homeowners Association, Inc.

Homeowner Transaction History 1/1/1980 - 2/16/2026

**1814619 - Kevin Donovan - 6008 Christmas Drive**

| Date | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 6/1/2023 | Homeowner Fees | $70.00 | - | $70.00 |
| 6/6/2023 | In-office Check | - | ($70.00) | $0.00 |
| 7/1/2023 | Homeowner Fees | $70.00 | - | $70.00 |
| 7/14/2023 | ACH ...9617 | - | ($70.00) | $0.00 |
| 8/1/2023 | Homeowner Fees | $70.00 | - | $70.00 |
| 8/3/2023 | ACH ...9617 | - | ($70.00) | $0.00 |
| 9/1/2023 | Homeowner Fees | $70.00 | - | $70.00 |
| 9/3/2023 | ACH ...9617 | - | ($70.00) | $0.00 |
| 10/1/2023 | Homeowner Fees | $70.00 | - | $70.00 |
| 10/3/2023 | ACH ...9617 | - | ($70.00) | $0.00 |
| 11/1/2023 | Homeowner Fees | $70.00 | - | $70.00 |
| 11/3/2023 | ACH ...9617 | - | ($70.00) | $0.00 |
| 12/1/2023 | Homeowner Fees | $70.00 | - | $70.00 |
| 12/3/2023 | ACH ...9617 | - | ($70.00) | $0.00 |
| 1/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 1/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 2/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 2/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 3/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 3/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 4/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 4/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 5/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 5/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 6/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 6/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 7/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 7/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 8/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 8/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 9/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 9/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 10/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 10/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 11/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 11/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |
| 12/1/2024 | Homeowner Fees | $85.00 | - | $85.00 |
| 12/3/2024 | ACH ...9617 | - | ($85.00) | $0.00 |



Case 3:26-cv-00700 Document 16-16 Filed 07/28/26 Page 2 of 3 PageID #: 552
DONOVAN-000084

# Bent Creek Homeowners Association, Inc.

## Homeowner Transaction History 1/1/1980 - 2/16/2026

| | | | | |
|---|---|---|---|---|
| 1/1/2025 | Homeowner Fees | $85.00 | - | $85.00 |
| 1/3/2025 | ACH ...9617 | - | ($85.00) | $0.00 |
| 2/1/2025 | Homeowner Fees | $85.00 | - | $85.00 |
| 2/3/2025 | ACH ...9617 | - | ($85.00) | $0.00 |
| 2/6/2025 | Fine - Exterior Maintenance | $50.00 | - | $50.00 |
| 2/27/2025 | Fine - Exterior Maintenance | $100.00 | - | $150.00 |
| 3/1/2025 | Homeowner Fees | $85.00 | - | $235.00 |
| 3/3/2025 | ACH ...9617 | - | ($85.00) | $150.00 |
| 3/28/2025 | Admin fee - Collection Notice Admin Fee | $15.00 | - | $165.00 |
| 4/1/2025 | Homeowner Fees | $85.00 | - | $250.00 |
| 4/3/2025 | ACH ...9617 | - | ($85.00) | $165.00 |
| 4/14/2025 | Admin fee - Collection Notice Admin Fee | $15.00 | - | $180.00 |
| 4/30/2025 | Admin fee - Collection Notice Admin Fee | $15.00 | - | $195.00 |
| 5/1/2025 | Homeowner Fees | $85.00 | - | $280.00 |
| 5/3/2025 | ACH ...9617 | - | ($85.00) | $195.00 |
| 5/15/2025 | Admin fee - Collection Notice Admin Fee | $15.00 | - | $210.00 |
| 5/30/2025 | 10 Day Certified Letter - 10-Day Letter Certified Fee | $15.00 | - | $225.00 |
| 5/30/2025 | Admin fee - Collection Notice Admin Fee | $15.00 | - | $240.00 |
| 6/1/2025 | Homeowner Fees | $85.00 | - | $325.00 |
| 6/3/2025 | ACH ...9617 | - | ($85.00) | $240.00 |
| 7/1/2025 | Homeowner Fees | $85.00 | - | $325.00 |
| 7/3/2025 | ACH ...9617 | - | ($85.00) | $240.00 |
| 8/1/2025 | Homeowner Fees | $85.00 | - | $325.00 |
| 8/3/2025 | ACH ...9617 | - | ($85.00) | $240.00 |
| 9/1/2025 | Homeowner Fees | $85.00 | - | $325.00 |
| 9/3/2025 | ACH ...9617 | - | ($85.00) | $240.00 |
| 10/1/2025 | Homeowner Fees | $85.00 | - | $325.00 |
| 10/3/2025 | ACH ...9617 | - | ($85.00) | $240.00 |
| 11/1/2025 | Homeowner Fees | $85.00 | - | $325.00 |
| 11/3/2025 | ACH ...9617 | - | ($85.00) | $240.00 |
| 12/1/2025 | Homeowner Fees | $85.00 | - | $325.00 |
| 12/3/2025 | ACH ...9617 | - | ($85.00) | $240.00 |
| 1/1/2026 | Homeowner Fees | $85.00 | - | $325.00 |
| 1/3/2026 | ACH ...9617 | - | ($85.00) | $240.00 |
| 2/1/2026 | Homeowner Fees | $85.00 | - | $325.00 |
| 2/3/2026 | ACH ...9617 | - | ($85.00) | $240.00 |