UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT Q

## Jeremy Edge Facebook Posts (June 17, 23, 24, 2025)

Three Facebook posts and associated comments by Defendant Jeremy Edge containing the words 'stalking,' 'threats,' 'perpetrator,' and 'fine line,' announcing privately-funded pool security in response to alleged 'perpetrators,' and admitting being 'anti HOA after violation letters.' Supports Count VIII (Defamation Per Se).

# EXHIBIT Q

Jeremy Edge Facebook Posts — June 17, 23, and 24, 2025

Donovan v. Bent Creek HOA, et al.
United States District Court for the Middle District of Tennessee
Nashville Division

*This exhibit comprises 23 screenshots presented in file-order sequence.*

Source folder: Edge_Facebook_Posts/

**Bent Creek Neighborhood -Uncensored- Nolensville, TN**

Jeremy Edge · Jun 24 ·

Anyone who knows me or has been on the other Bent Creek group for more than 4 years or so, knows that I used to be VERY anti HOA. Can you guess the reason? It was all of the violation letters I used to get for my small childrens' toys in my front yard. Drove me crazy. I spouted some unkind and rude things on the Bent Creek FB page. This all to people I did not know at all. When someone finally reached out I ended up joining the HOA. Put up or shut up was a phrase I think I recall. We are not perfect. However, we do our best for the neighborhood.

Hilary Bunn Blake + 13

Like Comment Send

IMG_2362.jpeg

7:55

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jeremy Edge · Jun 17 ·

At a significant cost, the Board has elected to hire security for the pool. This comes after a multitude of incidents, resident complaints, and significant amounts of poor behavior from unsupervised children. Issues can now be handled in real time and with urgency and immediacy.

Like Send

Mike Arone + 24

IMG_2363.jpeg

7:56

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jeremy Edge · Jun 1 ·

So to avoid any other posts about the Falling Water Entrance:
The Falling Water entrance was very poorly designed and built by the developer. The project to redesign it started over seven years ago. It was a very difficult project because of the challenges with the Nolensville Planning Commission. Many meetings were attended to gain the approval for the project.
Phase one was to remove the monument that was in the median at the entrance. It was removed and the pavement was replaced. This opens the entrance up so cars can come and go with more room. The cost for this was about $60,000. The next phase was to build the new monument and install the electricals that were needed. This was approximately $40,000.
The final phase is underway now. The area to the left coming into the entrance will have a sitting area, landscaping including trees, plants, flower beds, lighting, and irrigation. There will also be some minor planting and irrigation in the right side of the entrance. That side was difficult to plan for because of the collection pond. That's why most of the focus was to the left. This final part of the project cost $130,000. This fee also included the cost of the engineering and architectural drawings.
We also encountered a delay earlier this year because we had to re-bid the project due to issues with the contract and the engineer.
Because of the challenging layout of this

Comment as Kevin Don...

IMG_2364.jpeg

7:56

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jeremy Edge · Jun 1 ·

We also encountered a delay earlier this year because we had to re-bid the project due to issues with the contract and the engineer. Because of the challenging layout of this entrance, we couldn't install the two monuments on each side like we have at all of the other entrances. The design was put together by the previous and current Board along with ARC input

Like Comment Send

Darrin Revell + 8

Most relevant

**Kristin Schmitter-Webster** · 20w

Thank you for all of this information!!! Can't wait to see the final project. I'm sure it'll look great.

Reply

**Laurie LaPointe Bostelman** · 20w

Thanks Jeremy! After years of hearing the developer *shrug* regarding the entrance and many choices made on the Falling Water entrance portion that was not part of the original development, I am looking forward to those that live on that side get to have lights at the entrance and holiday decorations for paint the town blue and Winter holidays. I actually would love crosswalk paint at the other entrances. It's the only entrance as I feel any protection

Comment as Kevin Don...

7:56

# Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jeremy Edge · Jun 1 ·

**Laurie LaPointe Bostelman** · 20w

Thanks Jeremy! After years of hearing the developer *shrug* regarding the entrance and many choices made on the Falling Water entrance portion that was not part of the original development, I am looking forward to those that live on that side get to have lights at the entrance and holiday decorations for paint the town blue and Winter holidays. I actually would love crosswalk paint at the other entrances. It's the only entrance as I feel any protection with.

Reply 2

**Krista Greider Comer** · 20w · Admin

Thank you Jeremy Edge for that detailed breakdown of the plan for that entrance. I didn't know about any of that other than the community being upset at how unattractive that entrance was compared to the other two entrances. Is there a sketch of the completed vision?

Reply

**Jeremy Edge** · 20w · Author

Krista Greider Comer I know there is one somewhere. I will try and find it. It has been an "interesting" process.

Reply 1

View 1 reply

Comment as Kevin Don...

IMG_2366.jpeg

7:58

Bent Creek Neighborhood -Uncensored- Nolensville, TN
Jeremy Edge · Jun 1 ·

area, landscaping including trees, plants, flower beds, lighting, and irrigation. There will also be some minor planting and irrigation in the right side of the entrance. That side was difficult to plan for because of the collection pond. That's why most of the focus was to the left. This final part of the project cost $130,000. This fee also included the cost of the engineering and architectural drawings.
We also encountered a delay earlier this year because we had to re-bid the project due to issues with the contract and the engineer. Because of the challenging layout of this entrance, we couldn't install the two monuments on each side like we have at all of the other entrances. The design was put together by the previous and current Board along with ARC input

Like Comment Send

Darrin Revell + 8

Most relevant

Kevin Donovan · Just now
Where is this ever listed on any meeting minutes? Who voted for it? What was the vote?
Where are the bids?
How was this approved to come out of reserve funds when it was not an existing project?
Reply

Comment as Kevin Don...

IMG_2367.jpeg

7:59

Bent Creek Neighborhood -Uncensored- Nolensville, TN
Jeremy Edge · Jun 24 ·

Tidbits from the HOA meeting last night:
-Water has been run for the Falling Water entrance irrigation
-Several dead trees in the common areas will be coming down over the next couple of months
-The Board voted to alter the security Guards' hours to save some money. They wil be there from noon-closing until school starts back and then only on weekends.
-The board plans to add a line in the ARC form to make sure homeowners inform their contractors of the parking rules in Bent Creek so we hope to have less problematic spots due to homeowners and their visitors parking on the odd side of the road and contractors and their workers parking across from them on the even sides.
-We started planning the back to school event
-We discussed budgeting to effectively offset the cost of security but we are also waitinbg to see how much is saved if we do not have to drain the pool multiple times this season.

Like Comment Send

Matt Ballard + 33

Most relevant

**Dana Reasons Bailey** · 17w
Jeremy...who do we contact about multiple street lights out? I keep forgetting to ask someone 😬
Reply

Comment as Kevin Don...

IMG_2368.jpeg

10:08

**Bent Creek Neighborhood -Uncensored- Nolensville, TN**
Jamie Manley · Jun 23 ·

**Angie Baker** · 17w
Christopher Craig Hendrickson exactly. And why is it being taken out of our dues? Heightened neighborhood security, sure, that would make sense, but the post made it sound like personal security for the board members, which shouldn't come out of our dues.
Reply 2

**Jeremy Edge** · 17w
Angie Baker HOA problems. HOA money. Maybe if residents dont threaten, stalk, and harass, this won't be an issue. You clearly don't care that board members and their families are suffering, are frightened, and their children are scared. I don't care if you think HOA monies should or should not pay for security. See. Now neither of us care.
Reply

**Angie Baker** > Jeremy Edge · 17w
Jeremy Edge why are you attacking me and accusing me of not caring? As I said previously, I do care and think it's ridiculous your kids aren't safe to play at their own house. Put the dukes down and actually read

Comment as Anonymo...

IMG_2369.jpeg

10:08

Bent Creek Neighborhood -Uncensored- Nolensville, TN
Jamie Manley · Jun 23 ·

**Jeremy Edge** > Angie Baker · 17w

I am not attacking you. If you feel that way then that is your choice. Everyone seems to have lost of advice about how there are things we can do. So what are those things? None of you have any idea what we are dealing with. More worried about your HOA money than the safety of families that live in and serve this neighborhood. Think about what you would do if you were in the position we are in. A bunch of volunteers. Working to keep the pool safe and pleasant for everyone. Working to try (so hard) to keep the landscaping nice. Working to have nice events. What do we get. Questions about bering transparent from people who have never reached out to us or ever attended a quarterly open meeting. You want us to comunicate everything on socail media. We send out newsletters. But you want more. We should send out spoonfed bulletted lists every month? Maybe we shoud read it out loud for everyone? Seriously. Get a grip. You started this by asking why I could not just be transparent. This is why we don't communicate on

Comment as Anonymo...

IMG_2370.jpeg

10:08

Bent Creek Neighborhood -Uncensored- Nolensville, TN
Jamie Manley · Jun 23 ·

from people who have never reached out to us or ever attended a quarterly open meeting. You want us to comunicate everything on socail media. We send out newsletters. But you want more. We should send out spoonfed bulletted lists every month? Maybe we shoud read it out loud for everyone? Seriously. Get a grip. You started this by asking why I could not just be transparent. This is why we don't communicate on social media. Every keyboard warrior will say lots of things that they would never say to our face. They never say it to our face. Most quarterly meetings have less than 5 people attend and the annual meeting has less than 30. We ask people to call us or email us or even meet up with us because everyone tends to be pleasant and in the frame of mind to solve problems. Who is attacking who on this thread?

Reply

**Angie Baker** > Jeremy Edge · 17w

Jeremy Edge carry on

Reply

Comment as Anonymo...

IMG_2371.jpeg

10:09

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

**Jeremy Edge** · 17w

Christopher Craig Hendrickson I absolutely love and respect the NPD to the extreme. Liek we used to make Thanksgiving dinner for them level of love. However, this situation isn't really high on their priority list. Also, you would be surprised how little can and will be done until there is actual violence instead of threats and attempts at intimidation. If it were just me, I would not care about any threats and I am certainly not intimidated. However, my 5 year old and my 8 year old have no say in this situation. Nor do my elderly parents who live with us.

Reply

**Bekah Henderson Bartlett** · 17w

Christopher Craig Hendrickson yes!! If board members are being threatened, there are legal avenues for addressing those threats and the individuals that sent them without penalizing the other homeowners by spending additional HOA revenue.

I also absolutely agree with Angie Baker. If this is occurring, it's unacceptable but just evidence of a bigger problem.

Reply 1

Comment as Anonymo...

IMG_2372.jpeg

10:09

Bent Creek Neighborhood -Uncensored- Nolensville, TN
Jamie Manley · Jun 23 ·

**Erin Bowles Perry** · 17w

Don't shoot the messenger. No idea if these things are related or not, but there were 2 cop cars outside our HOA board president's home tonight when I came home from work.

So maybe they are trying to handle things, and maybe that means NPD does care and is doing their job.

If a real threat is present, it should be addressed and I believe in everything that I know about NPD they are pretty good at their jobs, but also - what do I know. 🤪

Reply

**Jeremy Edge** · 17w

Erin Bowles Perry it was definitely an eventful meeting tonight. I hope no one took my comments to mean the NPD wasn't doing their jobs. They are amazing. There is just so little that can be done until actual violence is perpetrated and then it is too late.

Reply

**Erin Bowles Perry** · 17w

Jeremy Edge -can you also clarify, if you all used funds for security systems those are owned by the HOA, correct? Not by the individual

Comment as Anonymo...

IMG_2373.jpeg

10:10

**Bent Creek Neighborhood -Uncensored- Nolensville, TN**
Jamie Manley · Jun 23 ·

**Jeremy Edge** · 17w
Erin Bowles Perry it was definitely an eventful meeting tonight. I hope no one took my comments to mean the NPD wasn't doing their jobs. They are amazing. There is just so little that can be done until actual violence is perpetrated and then it is too late.

Reply

**Erin Bowles Perry** · 17w
Jeremy Edge -can you also clarify, if you all used funds for security systems those are owned by the HOA, correct? Not by the individual homeowner. So how does the HOA (the owner of the system) get those back when a term is up?

I would think you wouldn't be allowed to use group funds on individual homes without setting a legal precedent that any homeowner experiencing threats or perceived threats or fear of safety would be able to then request a camera paid for by the board.

Reply 2

**Jeremy Edge** > Erin Bowles Perry · 17w
Erin Bowles Perry It would be monitoring, not a system. It seems

Comment as Anonymo...

IMG_2374.jpeg

10:10

**Bent Creek Neighborhood -Uncensored- Nolensville, TN**
Jamie Manley · Jun 23 ·

**Jeremy Edge** > Erin Bowles Perry · 17w
Erin Bowles Perry It would be monitoring, not a system. It seems to be very important to many people that board members are not protecteed by the HOA so I am sure that no security will be provided. I hope nothing happens to anyone because that would cost so much more.
Reply

**Erin Bowles Perry** · 17w
Jeremy Edge what does monitoring mean? Like a courtesy officer patrolling or a camera system that monitors? Or some other kind of monitoring?
Reply

**Jeremy Edge** > Erin Bowles Perry · 17w
Erin Bowles Perry it doesn't matter any more. Security measures was voted down so no one need be concerned. All security measures will be taken care of by individual board members on their own.
Reply

**Erin Bowles Perry** · 17w
I'm guessing by all the cars and your comment that several board members

Comment as Anonymo...

IMG_2375.jpeg

10:11

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

**Erin Bowles Perry** · 17w

I'm guessing by all the cars and your comment that several board members were there?

Has there been a threat of violence in any way, or is it just nervous about behaviors? I have a ton of empathy because no one should feel unsafe here, and at the same time - I'm having a hard time justifying the use of HOA funds for private security for board member homes, especially if there hasn't been a direct threat of violence made.

To play translator here for some of the people who get upset, I think there has been such a lack of transparency for so long with the board that peo... See more

Reply 3

**Jeremy Edge** · 17w

Erin Bowles Perry You are always so gracious and I appreciate that so much! Adult pool monitors were not available to us with our current pool company. Believe me, we will be exploring other options there in the offseason and after the contract is fulfilled. We have received a large amount of positive feedback from

Comment as Anonymo...

IMG_2376.jpeg

10:12

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

**Jeremy Edge** · 17w

Erin Bowles Perry You are always so gracious and I appreciate that so much! Adult pool monitors were not available to us with our current pool company. Believe me, we will be exploring other options there in the offseason and after the contract is fulfilled. We have received a large amount of positive feedback from people about the security and the change in the pool experience. Most positive stuff is done vial email, phone, and text. Most negative happens here on socials. The Falling Water entrance has been in the works for a long time (6 years), is a holdover from the town releasing a bond early, and is the fulfillment of many complaints from residents on that street regarding the hideous appearance of that entrance. As far as security for members, we are looking at serious threats, stalking, attempts to engage with my children from the sidewalk while my kids were playing, and the ability of the perpetrator to walk a fine line keeping any real legal action unavailable. Unfortunately, we are past the point of return as our safety is in question. I have no plans to take money from

Comment as Anonymo...

IMG_2377.jpeg

10:12

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

**Jeremy Edge** · 17w

Erin Bowles Perry You are always so gracious and I appreciate that so much! Adult pool monitors were not available to us with our current pool company. Believe me, we will be exploring other options there in the offseason and after the contract is fulfilled. We have received a large amount of positive feedback from people about the security and the change in the pool experience. Most positive stuff is done vial email, phone, and text. Most negative happens here on socials. The Falling Water entrance has been in the works for a long time (6 years), is a holdover from the town releasing a bond early, and is the fulfillment of many complaints from residents on that street regarding the hideous appearance of that entrance. As far as security for members, we are looking at serious threats, stalking, attempts to engage with my children from the sidewalk while my kids were playing, and the ability of the perpetrator to walk a fine line keeping any real legal action unavailable. Unfortunately, we are past the point of return as our safety is in question. I have no plans to take money from

Comment as Anonymo...

IMG_2378.jpeg

10:13

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

email, phone, and text. Most negative happens here on socials. The Falling Water entrance has been in the works for a long time (6 years), is a holdover from the town releasing a bond early, and is the fulfillment of many complaints from residents on that street regarding the hideous appearance of that entrance. As far as security for members, we are looking at serious threats, stalking, attempts to engage with my children from the sidewalk while my kids were playing, and the ability of the perpetrator to walk a fine line keeping any real legal action unavailable. Unfortunately, we are past the point of return as our safety is in question. I have no plans to take money from my family because of issues that are outside of my control and a re no fault of my own. No wrongdoing has taken place from our board. We have a lawyer present at meetings for goodness sakes. I understand that it is disheartening that HOA monies may need to be used for Board Member protection. However, can you imagine the cost if something bad does befall a member or their families?

Reply

Comment as Anonymo...

IMG_2379.jpeg

10:14

# Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

**Kelly Barnes Weaver** · 17w

It didn't say they have personal security guards at their homes. It said the neighborhood had hired security for the board members. Didn't specify they had them at their individual homes. But I also wonder why it was taken down. The point of the uncensored group is to say what we want.

Reply

**Jeremy Edge** · 17w

Kelly Weaver YOU can say what you want. I am held to a different standard due to my membership on the board. I am not complaining about that fact, it comes with the territory. No one on this page or any other holds me to a higher standard. The HOA legal team does, though.

Reply

**Bekah Henderson Bartlett** · 17w

Kelly Weaver I don't think admin is censoring but the individuals posting can delete whatever they want.

Reply 1

**Krista Greider Comer** · 17w · Admin

Kelly Weaver the post was removed by the poster. Anyone can retract a post they make in any Facebook group.

Comment as Anonymo...

IMG_2380.jpeg

10:14

**Bent Creek Neighborhood -Uncensored- Nolensville, TN**
Jamie Manley · Jun 23

**Jeremy Edge** · 17w · Rising contributor
Feel free to message me if you have any questions
Reply

**Angie Baker** · 17w
Jeremy Edge why can't you be transparent and answer the questions asked, rather than having your inbox filled up? Is it because as a member of the board you are being targeted for being transparent? If that's the case, it's proof of the problem.
Reply 1

**Jeremy Edge** · 17w
Angie Baker I have no idea what you're trying to say here. I made the post last night because I was frustrated that my children cannot play in our yard without constant adult supervision due to things that cannot be discussed. Legal matters cannot be discussed. I tend to do what our lawyers advise me to do. Call me whatever you want. Tell me I'm not transparent. I don't really care. I don't have to talk to anybody on Facebook. I do tend to go out of my way to help people that are polite.
Reply

Comment as Anonymo...

IMG_2381.jpeg

10:15

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

**Angie Baker** > Jeremy Edge · 17w

Jeremy Edge I'm not being impolite, but if that's the way you choose to take it, then that's your decision. I don't have your phone number to call you, but don't feel the need to...it's not that big of a deal. What I do care about is if my HOA dues are going toward personal security for the board members at their homes. If personal security is required, that's a huge problem that shouldn't be happening in a neighborhood such as BC. No kid or family should feel unsafe in their own home. One of the best things about this neighborhood is my kids can play outside and ride their bikes around without fear of danger, and that's how it should be for ever... See more

Reply 1

**Jeremy Edge** > Angie Baker · 17w

Angie Baker Cool. Not sure how me removing a post that I made while upset that I probably should not have made is not answering questions and not being transparent. Arguments like this are why the HOA does not communicate via social media. You will notice there are no other board members

Comment as Anonymo...

IMG_2382.jpeg

10:15

Bent Creek Neighborhood -Uncensored- Nolensville, TN
Jamie Manley · Jun 23 ·

**Jeremy Edge** > Angie Baker · 17w

Angie Baker Cool. Not sure how me removing a post that I made while upset that I probably should not have made is not answering questions and not being transparent. Arguments like this are why the HOA does not communicate via social media. You will notice there are no other board members on this page. You can say you are not being impolite and then use the excuse that I am taking it that way and it is my choice to do so to cover up for being antagonistic. I have every right to be angry that my kids cannot play in their yard because of threats made to the board. Saying something should not happen is great. Feeling that your children are unsafe in their yard is not so great. I agree, this should not be happening. However, it is. So sorry if I am not feeling wonderful about the neighborhood currently. If some of your dues go to security systems and cameras for board members because of threats then that is just what has to happen. I am sure it will cost less than the legal fees if something adverse happens to one of my family members. This should

Comment as Anonymo...

IMG_2383.jpeg

10:15

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

transparent. Arguments like this are why the HOA does not communicate via social media. You will notice there are no other board members on this page. You can say you are not being impolite and then use the excuse that I am taking it that way and it is my choice to do so to cover up for being antagonistic. I have every right to be angry that my kids cannot play in their yard because of threats made to the board. Saying something should not happen is great. Feeling that your children are unsafe in their yard is not so great. I agree, this should not be happening. However, it is. So sorry if I am not feeling wonderful about the neighborhood currently. If some of your dues go to security systems and cameras for board members because of threats then that is just what has to happen. I am sure it will cost less than the legal fees if something adverse happens to one of my family members. This should get a lot of people to run next April/ May! I look forward to all of the names on the ballot for those of you who think you know so much more than the Board members. These are exciting times we live in!

Reply

Comment as Anonymo...

IMG_2384.jpeg