UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT R

## Third-Party Property Valuation Reports (Zillow / Redfin / Realtor.com / Trulia / Movoto)

Third-party valuation reports for 6008 Christmas Drive, Nolensville, TN 37135. Documents the $699,000 listing price (MLS), the 13-day listing period before forced withdrawal (May 9–May 22, 2025), and current market valuations. Supports property-diminution damages.

# EXHIBIT R

Third-Party Property Valuation Reports

6008 Christmas Drive, Nolensville, Tennessee 37135

Donovan v. Bent Creek HOA, et al.

United States District Court for the Middle District of Tennessee

Nashville Division

*This exhibit comprises four independent third-party valuation reports for the subject property, all retrieved on April 28, 2026:*

- Zillow Zestimate — $660,600
- Realtor.com Estimate — $674,437
- Trulia Estimate — $660,600
- Movoto Estimate — $651,000

*Reported square footage varies slightly between sources (2,309–2,397 sqft), reflecting normal differences between MLS records and county tax-assessor records used by automated valuation services.*

*Last sold: August 8, 2016 for $360,000.*

*Listed: May 9, 2025 at $699,900. Withdrawn: May 22, 2025 (13 days after listing).*

Reports retrieved by Plaintiff April 28, 2026 from public-facing real estate websites.

Back to search

Zillow

Save Share More




See all 29 photos

Zestimate®

# $660,600

6008 Christmas Dr, Nolensville, TN 37135

**3** beds | **3** baths | **2,309** sqft

Est. refi payment: **$3,709/mo** Refinance your loan

SingleFamily

Built

Claude is active in this tab group

**Get a cash offer in 3 minutes**

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**

**$660,600**

DONOVAN-000111

Zillow

Save Share

Off market

Zestimate®

**$660,600**

6008 Christmas Dr, Nolensville, TN 37135

**3** **beds**

**2,309** **sqft**

Est. refi payment: **$3,709/mo** **Refinance your loan**

SingleFamily

Built

Lot

Claude is active in this tab group

**Get a cash offer in 3 minutes**

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**

**$660,600**

DONOVAN-000112

Off market

Zestimate®

**$660,600**

6008 Christmas Dr, Nolensville, TN 37135

**3** beds

**2,309** sqft

Est. refi payment: **$3,709/mo** Refinance your loan

SingleFamily

Built

Lot

Claude is active in this tab group

**Get a cash offer in 3 minutes**

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**

**$660,600**

DONOVAN-000113

Zillow

Save Share

Off market

Zestimate®

**$660,600**

6008 Christmas Dr, Nolensville, TN 37135

**3** **beds**

**2,309** **sqft**

Est. refi payment: **$3,709/mo** **Refinance your loan**

SingleFamily

Built

Lot

Claude is active in this tab group

**Get a cash offer in 3 minutes**

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**

**$660,600**

Off market

Zestimate®

**$660,600**

6008 Christmas Dr, Nolensville, TN 37135

**3** beds

**2,309** sqft

Est. refi payment: **$3,709/mo** Refinance your loan

SingleFamily

Built

Lot

Claude is active in this tab group

## Get a cash offer in 3 minutes

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**

**$660,600**

DONOVAN-000115

Off market

Zestimate®

**$660,600**

6008 Christmas Dr, Nolensville, TN 37135

**3** beds

**2,309** sqft

Est. refi payment: **$3,709/mo** **Refinance your loan**

SingleFamily

Built

Lot

Claude is active in this tab group

**Get a cash offer in 3 minutes**

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**

**$660,600**

DONOVAN-000116

Off market

Zestimate®

**$660,600**

6008 Christmas Dr, Nolensville, TN 37135

**3** **beds**

**2,309** **sqft**

Est. refi payment: **$3,709/mo** Refinance your loan

SingleFamily

Built

Lot

Claude is active in this tab group

**Get a cash offer in 3 minutes**

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**

**$660,600**