UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT S

## Benita Chapman — Written Statement of HOA Enforcement Incidents

Written witness statement from neighbor Benita Chapman documenting her own experience of selective HOA enforcement, including the trash-can incident and parking harassment. Pattern-and-practice evidence supporting Counts III, IV, and VIII (RICO predicates).

# EXHIBIT S

*Benita Chapman — Written Statement of HOA Enforcement Incidents*

*Donovan v. Bent Creek HOA, et al. — MDTN Nashville Division*

HOA Incidents – Benita Chapman

My name is Benita Chapman and I moved to Bent Creek (600 Nevins Pl) in August of 2021. I previously lived in Burkitt Village and moved when my 5 great nieces and nephews came to live with me that summer. I subsequently adopted them in December 2021. My kids are biracial and I have thought on more than one occasion that I was being harassed because of the kids race. When I first moved, my neighbor across the street on Dante Ranch introduced himself to me (Eric) as the HOA President. Although I thought the HOA was very persnickety, I never had any personal issued with Eric. He was always nice. The Vice President when I moved in and the one over the ARC at that time was Steve Cody. He was a real jerk when I spoke with him on the phone about an ARC request.

5/23/2025 Received an email response from Timmons stating my appeal to waive the $50 fine had been denied. In the email correspondence they mentioned receiving several complaints for vehicles belonging to my residence and/or my guests and specifically mentioned the Cadillac (which left here on 5/4 and was the one mentioned in the violation letter on 5/5) and my sons Dodge pickup truck. They have never mentioned receiving complaints on me before and we have lived here for 4 years. Also, we have had to park on the street some over the last year because I have two teenagers that drive. They have never said anything about the street parking until February.

5/5/2025 Received a letter from Timmons stating I was in violation of parking on the street. The letter was dated 5/5/25 and said I had 10 days to correct the violation and in addition I was being fined $50 since it was my 2nd offense. I immediately emailed Timmons (Kaley Vaughn) and explained the vehicle was no longer there and had been moved the day before. I requested the fine be removed. I did not receive a response, so I called and left a voicemail the following day. I received a response on 5/8 stating that Timmons follows the CCR’s and Rules and Regulations and basically I needed to read my HOA rules. I responded back on 5/8 and explained that the vehicle was not parked on the street on 5/5, therefore there was no violation and requested the $50 fine be removed. I received a response back stating the violation was for habitual street parking and that it was noted on the street on 3 different occasions, but not necessarily on the date of the letter. She also attached an appeal form if I wanted to appeal, but she stated she could not remove the fine. I sent in the appeal on 5/9/25 requesting the fine be removed, because the vehicle was not on the street on 5/5/25 and therefore I was not in violation.

4/16/2025 Received a letter from Timmons stating I was in violation of landscaping specifically yard maintenance – need to remove weeds and grass from flower beds. The letter was dated 4/10 and said I had 10 days to comply. I replied to Timmons and explained I just got the letter and had just returned from out of town. I requested to be given the full 10 days to get this taken care of. She (Kayley) responded I actually had until May 1st, as that would be the next inspection date.

2/28/2025 Received a letter from Timmons stating I was in violation of parking on the street. The car was parked in the cul de sac, because my son had just purchased a new vehicle and there was not room

for the car in our driveway. We moved the car, and over the next two months continued to shuffle cars both on street and in driveway. Around the beginning of May the car was parked on the street in front of my house and the alternator went out. As soon as we got the part we had a family member come and get the car. It was moved on 5/4/25.

8/1/2024 Received a letter from Timmons concerning weed eating around a bush in the back yard.

These are all the ones that I can see in the HOA system. I have had a couple of more since I moved in Bent Creek back in August 2021. My first incident was within a month of moving in concerning a trash can violation. I had submitted an ARC request for some landscaping (the house had renters before and was in need of outside maintenance) and included in that request was to create a plant camouflage for the trash can. I got the neighbors to sign off on the request, including the HOA president at that time who lived across the street from me. The HOA president said he would have Steve Cody take a look at it before it was approved since he was on the ARC committee. A few days later it was approved. Once the work was complete, I got an HOA letter a short time later stating that my trash can was out of compliance. When I called I was told to reach out to Steve Cody. I did and he was extremely rude. He claimed I tried to slip the trash can cover in the landscape request and that the trash can could not be on that side of the driveway. I explained I did not “slip it in the request” and that I had in fact talked to Eric (HOA President) and he was supposed to ask Steve to take a look at it before it was approved and then it was approved a few days later. I also explained I paid extra to create the spot for the trash can and have plants covering it. He wanted me to keep my trash can in my garage. I explained I had 2 small kids in diapers at the time and that it wasn’t feasible. He said he used to go to the dump everyday when his kids were little. The conversation was not helpful and he was completely rude. I told him I was a single mom of 5 kids (I had just adopted my great nieces and nephews) and I worked full time. I also mentioned I was trying to make the place look better since the yard needed a good bit of work. He said yes, it is looking better but your trash can needs to be in the garage.

After this I had a couple of warnings about kids toys on my patio which I called Timmons about and they removed that violation, my mailbox post being the wrong color, and the numbers on my mailbox being the wrong font. All pretty silly stuff. I also made a request to screen in my back porch in 2023 and the Timmons manager asked me a question about the roof. When I called and explained the back porch already had a roof, I was just screening it in he said oh ok – this will be approved no problem, I will send it to the ARC. A couple of days later my contractor called and said he had a crew that could screen in the porch that day, otherwise I would have to wait a month. I agreed (before I got official approval) to have them come do the work. Unfortunately, that same day the HOA sent me a letter about completing work without authorization and fined me $100. I called Timmons but was told it was up to the HOA and specifically ARC. I mentioned a few times over the years that I felt I was being harassed – but it fell on deaf ears.

Since Steve Cody became President I have gotten more letters.