UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE — NASHVILLE DIVISION

***Donovan v. Bent Creek Homeowners Association, Inc., et al.***

Case No. 3:26-cv-00700

# EXHIBIT T

## HOA Reserve Study (November 1, 2023)

Reserve Study commissioned by the Bent Creek HOA in November 2023, identifying covered reserve components for repair and replacement. Demonstrates that the Falling Water entrance monument is listed as 'Signage, Renovation, Entrance Monuments' but does NOT include construction of new common-area amenities — the basis for the Phase 3 reserve-diversion allegation.

# RESERVE STUDY

# Bent Creek
# Homeowners Association




**Nolensville, Tennessee**
**June 26, 2020**

Long-term thinking. Everyday commitment.

This Report contains intellectual property developed by Reserve Advisors, LLC and cannot be reproduced or distributed to those who conduct reserve studies without their written consent.



© Reserve Advisors, LLC 2020

Corporate Office

Reserve Advisors, LLC
735 N. Water Street, Suite 175
Milwaukee, WI 53202

Long-term thinking. Everyday commitment.

Bent Creek Homeowners Association
Nolensville, Tennessee

Dear Board of Directors of Bent Creek Homeowners Association:

At the direction of the Board that recognizes the need for proper reserve planning, we have conducted a *Reserve Study* of Bent Creek Homeowners Association in Nolensville, Tennessee and submit our findings in this report. The effective date of this study is the date of our visual, noninvasive inspection, June 26, 2020.

This *Reserve Study* exceeds the Association of Professional Reserve Analysts (APRA) standards fulfilling the requirements of a "Level II Reserve Study Update."

An ongoing review by the Board and an Update of this Reserve Study are necessary to ensure an equitable funding plan since a Reserve Study is a snapshot in time. We recommend the Board budget for an Update to this Reserve Study in two- to three-years. We look forward to continuing to help Bent Creek Homeowners Association plan for a successful future.

As part of our long-term thinking and everyday commitment to our clients, we are available to answer any questions you may have regarding this study.

Respectfully submitted on July 31, 2020 by

*Reserve Advisors, LLC*

Visual Inspection and Report by: Jennifer L. Berry
Review by: Alan M. Ebert, RS, PRA[2], Director of Quality Assurance

ASSOCIATION OF PROFESSIONAL RESERVE ANALYSTS
Alan Ebert
Professional Reserve Analyst
2261
APRA

[1] RS (Reserve Specialist) is the reserve provider professional designation of the Community Associations Institute (CAI) representing America's more than 300,000 condominium, cooperative and homeowners associations.
[2] PRA (Professional Reserve Analyst) is the professional designation of the Association of Professional Reserve Analysts. Learn more about APRA at http://www.apra-usa.com.

RESERVE ADVISORS

Long-term thinking. Everyday commitment.

RESERVE ADVISORS

# Table of Contents


**1. RESERVE STUDY EXECUTIVE SUMMARY ........................................ 1.1**

**2. RESERVE STUDY REPORT ........................................ 2.1**

**3. RESERVE EXPENDITURES and FUNDING PLAN ........................................ 3.1**

**4. RESERVE COMPONENT DETAIL ........................................ 4.1**

Property Site Elements ........................................ 4.1

Asphalt Pavement, Repaving ........................................ 4.1

Asphalt Pavement, Repaving, Walking Paths ........................................ 4.4

Bridge, Metal, Replacement, Walking Path ........................................ 4.5

Concrete Parking Pads, Ellis Place ........................................ 4.6

Concrete Sidewalks ........................................ 4.7

Exterior Renovations ........................................ 4.8

Fences, Wood ........................................ 4.10

Gazebo, Dog Park ........................................ 4.12

Irrigation System ........................................ 4.12

Playground Equipment ........................................ 4.13

Signage ........................................ 4.14

Site Furniture ........................................ 4.16

Pool and Pool House Elements ........................................ 4.17

Concrete Deck ........................................ 4.17

Covers, Vinyl ........................................ 4.19

Fences, Aluminum ........................................ 4.19

Light Poles and Fixtures ........................................ 4.20

Pool Finishes, Plaster ........................................ 4.20

Rest Rooms ........................................ 4.22

Roof Assembly, Asphalt Shingles ........................................ 4.22

Walls, Siding, Fiber Cement, Paint Finishes, Pool House ........................................ 4.24

Water Feature ........................................ 4.25

Windows and Doors, Pool House ........................................ 4.26

Reserve Study Update ........................................ 4.27

**5. METHODOLOGY ........................................ 5.1**

**6. CREDENTIALS ........................................ 6.1**

7. **DEFINITIONS .......................................................................................... 7.1**
8. **PROFESSIONAL SERVICE CONDITIONS .................................................... 8.1**

# 1. RESERVE STUDY EXECUTIVE SUMMARY

**Client:** Bent Creek Homeowners Association (Bent Creek)
**Location:** Nolensville, Tennessee
**Reference:** 161964

**Property Basics:** Bent Creek Homeowners Association is a homeowners association which is responsible for the common elements shared by 820 single family homes. The community was built from 2004 to 2018.

**Reserve Components Identified:** 27 Reserve Components.

**Inspection Date:** June 26, 2020. We conducted the original inspection on December 13, 2016.

**Funding Goal:** The Funding Goal of this Reserve Study is to maintain reserves above an adequate, not excessive threshold during one or more years of significant expenditures. Our recommended Funding Plan does not recognize a critical year. Rather, the Reserve Funding Plan recommends 2050 year end accumulated reserves of approximately $207,200. We judge this amount of accumulated reserves in 2050 necessary to fund the likely replacement of the playground equipment after 2050. Future replacement costs beyond the next 30 years for the replacement of the playground equipment are likely to more than double the current cost of replacement. These future needs, although beyond the limit of the Cash Flow Analysis of this Reserve Study, are reflected in the amount of accumulated 2050 year end reserves.

**Cash Flow Method:** We use the Cash Flow Method to compute the Reserve Funding Plan. This method offsets future variable Reserve Expenditures with existing and future stable levels of reserve funding. Our application of this method also considers:

- Current and future local costs of replacement
- 0.9% anticipated annual rate of return on invested reserves
- 2.0% future Inflation Rate for estimating Future Replacement Costs

**Sources for *Local* Costs of Replacement**: Our proprietary database, historical costs and published sources, i.e., R.S. Means, Incorporated.

**Cash Status of Reserve Fund:**

- $1,334,902 as of January 1, 2020 excluding the “3266 – Trees” reserve account balance
- 2020 budgeted Reserve Contributions of $31,854

**Project Prioritization:** We note anticipated Reserve Expenditures for the next 30 years in the ***Reserve Expenditures*** tables and include a ***Five-Year Outlook*** table following the ***Reserve Funding Plan*** in Section 3. We recommend the Association prioritize the following projects in the next five years based on the conditions identified:

- Replacement of the plaster pool finish

**Recommended Reserve Funding:** We recommend the following in order to achieve a stable and equitable Funding Plan:

- Increase to $32,000 in 2021
- Inflationary increases through 2050, the limit of this study's Cash Flow Analysis
- 2021 Reserve Contribution of $32,000 is equivalent to an average monthly contribution of $3.25 per homeowner.


Case 3:26-cv-00700 Document 16-20 Filed 07/28/26 Page 7 of 13 PageID #: 597
DONOVAN-000125

## Bent Creek

Recommended Reserve Funding Table and Graph

| Year | Reserve Contributions ($) | Reserve Balances ($) | Year | Reserve Contributions ($) | Reserve Balances ($) | Year | Reserve Contributions ($) | Reserve Balances ($) |
|---|---|---|---|---|---|---|---|---|
| 2021 | 32,000 | 1,359,316 | 2031 | 39,100 | 1,014,090 | 2041 | 47,600 | 1,116,298 |
| 2022 | 32,600 | 1,404,297 | 2032 | 39,900 | 1,017,434 | 2042 | 48,600 | 1,175,163 |
| 2023 | 33,300 | 1,438,127 | 2033 | 40,700 | 970,797 | 2043 | 49,600 | 1,208,635 |
| 2024 | 34,000 | 1,422,703 | 2034 | 41,500 | 1,005,979 | 2044 | 50,600 | 1,002,785 |
| 2025 | 34,700 | 1,238,268 | 2035 | 42,300 | 1,027,679 | 2045 | 51,600 | 703,103 |
| 2026 | 35,400 | 963,878 | 2036 | 43,100 | 1,050,546 | 2046 | 52,600 | 237,232 |
| 2027 | 36,100 | 980,084 | 2037 | 44,000 | 1,104,199 | 2047 | 53,700 | 293,309 |
| 2028 | 36,800 | 941,719 | 2038 | 44,900 | 1,056,659 | 2048 | 54,800 | 160,370 |
| 2029 | 37,500 | 987,863 | 2039 | 45,800 | 1,029,934 | 2049 | 55,900 | 148,574 |
| 2030 | 38,300 | 1,035,226 | 2040 | 46,700 | 1,086,114 | 2050 | 57,000 | 207,168 |



# 2. RESERVE STUDY REPORT

At the direction of the Board that recognizes the need for proper reserve planning, we have conducted a *Reserve Study* of

**Bent Creek Homeowners Association**

**Nolensville, Tennessee**

and submit our findings in this report. The effective date of this study is the date of our visual, noninvasive inspection, June 26, 2020. We conducted the original inspection on December 13, 2016.

We present our findings and recommendations in the following report sections and spreadsheets:

- **Identification of Property -** Segregates all property into several areas of responsibility for repair or replacement
- **Reserve Expenditures -** Identifies reserve components and related quantities, useful lives, remaining useful lives and future reserve expenditures during the next 30 years
- **Reserve Funding Plan -** Presents the recommended Reserve Contributions and year-end Reserve Balances for the next 30 years
- **Five-Year Outlook -** Identifies reserve components and anticipated reserve expenditures during the first five years
- **Reserve Component Detail -** Describes the reserve components, includes photographic documentation of the condition of various property elements, describes our recommendations for repairs or replacement, and includes detailed solutions and procedures for replacements for the benefit of current and future board members
- **Methodology -** Lists the national standards, methods and procedures used to develop the Reserve Study
- **Definitions -** Contains definitions of terms used in the Reserve Study, consistent with national standards
- **Professional Service Conditions -** Describes Assumptions and Professional Service Conditions
- **Credentials and Resources**

# IDENTIFICATION OF PROPERTY




Our investigation includes Reserve Components or property elements as set forth in your Declaration. The Expenditure tables in Section 3 list the elements contained in this study. Our analysis begins by segregating the property elements into several areas of responsibility for repair and replacement.

Our process of identification helps assure that future boards and the management team understand whether reserves, the operating budget or Homeowners fund certain replacements and assists in preparation of the annual budget. We derive these segregated classes of property from our review of the information provided by the Association and through conversations with Management and the Board. These classes of property include:

- Reserve Components
- Long-Lived Property Elements
- Operating Budget Funded Repairs and Replacements
- Property Maintained by Homeowners
- Property Maintained by Others

We advise the Board conduct an annual review of these classes of property to confirm its policy concerning the manner of funding, i.e., from reserves or the operating budget. The Reserve Study identifies Reserve Components as set forth in your Declaration or which were identified as part of your request for proposed services. Reserve Components are defined by CAI as property elements with:

- Bent Creek responsibility
- Limited useful life expectancies

- Predictable remaining useful life expectancies
- Replacement cost above a minimum threshold

Long-Lived Property Elements may not have predictable Remaining Useful Lives or their replacement may occur beyond the 30-year scope of the study. The operating budget should fund infrequent repairs. Funding untimely or unexpected replacements from reserves will necessitate increases to Reserve Contributions. Periodic updates of this Reserve Study will help determine the merits of adjusting the Reserve Funding Plan. We identify the following Long-Lived Property Elements as excluded from the 30-year Reserve Expenditures at this time:

- Basketball Court, Replacement, Barn Park
- Bridges, Steel Truss, Replacement, Walking Paths
- Electrical Systems, Common
- Foundations, Common
- Inlet/Outlet Structures, Concrete, Storm Water Management System
- Irrigation Well, Casing
- Pipes, Interior Building, Domestic Water, Sanitary Waste, Vent, Pool House
- Pipes, Subsurface Utilities, Laterals, Pool House
- Pipes, Subsurface Utilities, Storm Drainage
- Pool Deck and Structure
- Siding, Fiber Cement, Replacement, Pool House (2006)
- Signage, Entrance Monuments
- Structural Frame, Pool House

The operating budget provides money for the repair and replacement of certain Reserve Components. The Association may develop independent criteria for use of operating and reserve funds. For purposes of calculating appropriate Reserve Contributions, we identify the following list of Operating Budget Funded Repairs and Replacements:




**Signage**



**Pool furniture**

- General Maintenance to the Common Elements

- Expenditures less than $5,000 (These relatively minor expenditures have a limited effect on the recommended Reserve Contributions.)
- Asphalt Pavement, Patch and Striping, Pool Area
- Bridges, Steel Truss, Maintenance, Walking Paths
- Bridge, Wood, Walking Paths, Paint Finishes and Repairs, Interim
- Bulletin Boards
- Interior Renovations, Barn
- Irrigation System, Controllers
- Irrigation System, Well Pump
- Landscape
- Landscape Lighting
- Light Fixtures, Pool House
- Mulch, Playgrounds, Interim
- Mulch, Walking Trail and Parks
- Paint Finishes, Exterior Trim, Interim, Pool House
- Paint Finishes, Rest Rooms, Interim, Pool House
- Paint Finishes, Touch Up
- Pool Furniture
- Pool Mechanical Equipment
- Security Camera System and Card Reader Entry System, Pool House
- Signage, Entrance Monuments, Paint Finishes and Repairs, Interim
- Signs, Informational, Street and Traffic
- Storage Shed, Pavilion
- Water Feature, Pool, Inspections and Finishes
- Window and Doors, Pool House, Interim Repairs and Replacement
- Other Repairs normally funded through the Operating Budget

Certain items have been designated as the responsibility of the homeowners to repair or replace at their cost. Property Maintained by Homeowners, including items billed back to Homeowners, relates to unit:

- Driveways
- Fences, Lots
- Homes and Lots
- Mailboxes
- Pipes, Subsurface Utilities, Water and Sewer, Laterals
- Retaining Walls, Lots

Certain items have been designated as the responsibility of others to repair or replace. Property Maintained by Others relates to:

- Asphalt Pavement System, Streets (Municipality)
- Future Parks and Playgrounds (Developer)
- Lift Station, Fence and Access Driveway (Municipality)
- Light Poles and Fixtures, Streets (Leased)
- Pipes, Subsurface Utilities, Water and Sewer (Municipality)

- Sidewalks, Adjacent to Streets (Municipality)
- Signage, Entrance Monuments, Townhomes (Townhome Association)