IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **KEVIN M. DONOVAN** | ) | |
| | ) | **Case No. 3:26-cv-00700** |
| **v.** | ) | **Judge Crenshaw** |
| | ) | **Magistrate Judge Hill** |
| **BENT CREEK HOMEOWNERS** | ) | |
| **ASSOCIATION, INC. *et al.*** | ) | |

**O R D E R**

Pending before the Court is Plaintiff Kevin M. Donovan's motion for leave to file amended complaint (Docket No. 27), which is represented to be unopposed and is therefore **GRANTED**. The Clerk is directed to separately file Plaintiff's second amended complaint, which is presently found at Docket No. 27-1. Once filed, the second amended complaint is the legally operative complaint. *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000). Accordingly, the pending motions to dismiss filed by Defendants Bent Creek Homeowners Association, Inc., Timmons Properties, Inc., Lynn Burka, Robert Steve Cody, Jeremy Edge, David Raissi, Jared Burke, Melissa Plank, Susannah Millar, and Tim Barry (Docket Nos. 23, 24) are rendered moot. The Clerk is **DIRECTED** to terminate the motions to dismiss (Docket Nos. 23, 24) without prejudice to refiling as to the second amended complaint as appropriate. Defendants must answer or otherwise respond to the second amended complaint as directed by Fed. R. Civ. P. 15(a)(3).

Also pending before the Court is Defendants Bent Creek Homeowners Association, Inc., Timmons Properties, Inc., Lynn Burka, Robert Steve Cody, Jeremy Edge, David Raissi, Jared Burke, Melissa Plank, Susannah Millar, and Tim Barry's motion to reschedule initial case management conference (Docket No. 26), which is represented to be unopposed and is therefore **GRANTED**. The initial case management conference is **RESCHEDULED** to **October 6, 2026**

**at 10:00 a.m.** As a reminder, the dial-in number is 1-855-244-8681. The access code is 23021141079#.

It is SO ORDERED.

LYNDA M. HILL
United States Magistrate Judge