**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| KEVIN M. DONOVAN,<br><br>Plaintiff,<br><br>v.<br><br>BENT CREEK HOMEOWNERS ASSOCIATION, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:26-cv-00700<br>Judge Crenshaw<br>Magistrate Judge Hill |

**NOTICE OF FILING EXHIBITS TO SECOND AMENDED COMPLAINT**

Plaintiff Kevin M. Donovan hereby gives notice of the filing of Exhibits A through W to the Second Amended Complaint (Docket No. 29), which was filed August 17, 2026 pursuant to this Court's Order of August 17, 2026 (Docket No. 28).

Paragraph 4 of the Second Amended Complaint identifies Exhibits A through W as attached to and incorporated in that pleading pursuant to Federal Rule of Civil Procedure 10(c). The exhibits are filed herewith so that they appear of record with the operative pleading and are linked on the docket to the Second Amended Complaint (Docket No. 29).

The exhibits are Bates-numbered DONOVAN-000001 through DONOVAN-000173 and are submitted in two parts because the complete set exceeds the 40-megabyte limit for a single document:

| | |
|---|---|
| Part 1 of 2 | Exhibits A through T (pages 1–138) |
| Part 2 of 2 | Exhibits U through W (pages 139–178) |

Exhibit O is identified on the Exhibit Schedule of the Second Amended Complaint as intentionally left blank, and the lettering of the remaining exhibits is unchanged.

No substantive change to the Second Amended Complaint is made or intended by this filing.

Respectfully submitted,

______________________________

Kevin M. Donovan (TN BPR No. 43740)
Plaintiff, pro se
6008 Christmas Drive
Nolensville, Tennessee 37135
(615) 428-9896
kevin.donovan@artofplanninglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20 day of August, 2026, the foregoing Notice of Filing Exhibits to Second Amended Complaint, together with the exhibits filed herewith, was submitted to the Clerk of Court. Notice of this filing will be sent by operation of the Court's CM/ECF electronic filing system to all counsel of record. A courtesy copy is being transmitted by electronic mail to counsel listed below.


Marielle Westerman, Esq.
Westerman Law, PLLC
725 Cool Springs Blvd., Ste. 600
Franklin, TN 37067
mwesterman@westerman.law

Lauren Paxton Roberts, Esq.
Anna Kate Ferrell, Esq.
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
lauren.roberts@stites.com
akferrell@stites.com


Kevin M. Donovan