**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KEVIN M. DONOVAN,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 3:26-CV-00700** |
| **BENT CREEK HOMEOWNERS ASSOCIATION, INC.; TIMMONS PROPERTIES, INC.; KAMAN & CUSIMANO, LLC, LYNN BURKA, individually and as agent of Timmons Properties; ROBERT STEVE CODY, individually and as President of the Board; JEREMY EDGE, individually and as Board Member; DAVID RAISSI, individually and as Board Member; JARED BURKE, individually and as Board Member; MELISSA PLANK, individually and as Vice President; SUSANNAH MILLAR, individually and as Secretary; TIM BARRY, individually and as Board Member; SCOTT D. WEISS, individually and as agent of K&C; KIEL KOVALCIK, individually and as agent of K&C; DANIEL J. MISKE, individually and as agent of K&C; HEIDI NATHAN, individually,** | ) | **JURY TRIAL DEMANDED** |
| **Defendants.** | ) | |

**<u>DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT</u>**

COME NOW Defendants, Kaman & Cusimano, LLC ("K&C"), Scott D. Weiss, individually and as agent of K&C, Kiel Kovalcik, individually and as agent of K&C, and Daniel J. Miske, individually and as agent of K&C (collectively the "K&C Defendants"), and move this Court for entry of an Order dismissing Plaintiff Kevin M. Donovan's Second Amended Complaint pursuant to Federal Rules of Civil Procedure 8(a)(2) and 12(b)(6).

Plaintiff's Second Amended Complaint is a shotgun pleading that fails to comply with the pleading requirements set forth in Rule 8(a)(2). Additionally, Plaintiff's Second Amended

Complaint fails to state a claim upon which relief can be granted as to Defendants Kovalcik and Miske. Plaintiff's Second Amended Complaint also fails to state a claim under the Tennessee Consumer Protection Act, the Racketeer Influenced and Corrupt Organizations Act, and/or the Fair Debt Collection Practices Act as to any of the K&C Defendants. In further support of this Motion, the K&C Defendants rely on their contemporaneously filed Memorandum of Law.

Respectfully submitted,

/s/ Lauren Paxton Roberts
Lauren Paxton Roberts (BPR No. 025049)
Anna Kate Ferrell (BPR No. 042397)
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
(615) 782-2200
lauren.roberts@stites.com
akferrell@stites.com

*Counsel for Defendants Kaman & Cusimano, LLC, Scott D. Weiss, Kiel Kovalcik, and Daniel J. Miske*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 31st day of August, 2026, a copy of the foregoing was electronically filed with the Clerk's office and served via the Court's e-filing system and/or via regular mail or email upon Plaintiff listed below.

Kevin M. Donovan (BPR No. 043740)
6008 Christmas Drive
Nolensville, Tennessee 37135
(615) 428-9896
kevin.donovan@artofplanninglaw.com

*Pro Se Plaintiff*

Marielle Westerman (BPR No. 040074)
Westerman Law, PLLC
725 Cool Springs Blvd., Suite 600
Franklin, Tennessee 37067
(629) 256-6179
mwesterman@westerman.law

*Counsel for Defendants Bent Creek HOA,*
*Timmons Properties, Inc., Lynn Burka,*
*Robert Cody, Jeremy Edge, David Raissi,*
*Jared Burke, Melissa Plank, Susannah Millar,*
*and Tim Barry*

/s/ Lauren Paxton Roberts
Lauren Paxton Roberts