# Bent Creek Homeowners Association, Inc.

Timmons Properties, Inc.
1114 17th Ave South Suite 101
Nashville, TN 37212-2215
Email: customercare@timmonsprop.com * Phone: (615) 383-1777


February 27, 2025

Kevin Donovan
6008 Christmas Drive
Nolensville, TN 37135

***Third Reminder Notice: XN867602 - 6008 Christmas Drive, Nolensville, TN 37135***

Dear Kevin Donovan:

Community Associations, like the one in which you live, have the responsibility of maintaining harmony within the community and protecting property values. A recent inspection of the community on 02/27/2025 found that the condition of certain things at your property do not meet the standards set forth in the Declaration of Covenants, Conditions and Restrictions and/or Rules and Regulations for your Association. Specifically, the following have been found to be out of compliance: ***Exterior Maintenance - Please repair the broken trash concealment***

In further detail, *Rules and Regulations, Building Exterior. The exterior of a dwelling must be maintained in an attractive manner. The Lot Owners shall be responsible for maintaining the structural integrity and repair of the improvements on the Lot. Wood rot, blistering or peeling of exterior painted surfaces is prohibited. Any exterior building components e.g. siding, gutters and downspouts, roof shingles, wood rot, shutters and railings, windows and doors, which are missing, stained, broken or otherwise in a state of disrepair, must be repaired. All additions, improvements and structures must be properly maintained and in good repair. This includes, but is not limited to structural integrity, painting, staining and sealing.*

**Please address this maintenance request within 30 days from the date of this letter. Note: The usual 10-day period for correction given below does not include Maintenance items.*

You were previously sent a letter about this violation. A fine of $100.00 has been added to your account. You have ten (10) calendar days to correct the violation. Failure to correct the violation will result in another fine of $150.00 being added to your account.

Please take action to resolve this issue as this is your third notice. If you feel that you are in compliance of the above-cited provisions and this letter has been sent in error, please contact Timmons Properties, Inc. Community Support team by logging into your owner portal at portal.timmonsproperties.com. click on Requests and then "My Items" page, and comment on the violation item.

We appreciate your cooperation in correcting this matter as quickly as possible. Thank you for your cooperation, and for doing your part to keep the community a beautiful place to live.

Sincerely,
Kaley Vaughn
Bent Creek Homeowners Association, Inc.

This Community is Professionally Managed By:
Timmons Properties, Inc.
portal.timmonsproperties.com
Email: customercare@timmonsprop.com

