**Timmons Properties**
**Reasonable Accommodation Request Form**

**Instructions:** Please complete all sections as thoroughly as possible. Once completed, submit the form to customercare@timmonsprop.com.
**Homeowner Information**:

Full Name: ___________________________________ Phone Number: __________________

Property Address: ______________________________________________________________

Email Address: _________________________________________________________________

Name of Homeowners Association (HOA): ________________________________________

**Reasonable Accommodation Request**: Please describe the accommodation you are requesting. Be as specific as possible about what you are requesting and how it relates to the property or HOA policy.)

_______________________________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________

Is this request related to a disability? [ ] Yes [ ] No

If yes, please explain how the requested accommodation is necessary due to your disability **(Do not provide medical records. Only a general explanation is required. You may be asked to provide documentation from a healthcare provider at a later time.)**

_______________________________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________

Signature: By signing below, I certify that the information provided in this request is True and accurate to the best of my knowledge. I understand that this information will be Used solely for the purpose of evaluating my reasonable accommodation request.

Signature: __________________________________ Date: _________________