Northwestern Mutual

# SUPPLEMENTARY ATTENDING PHYSICIAN'S STATEMENT

Please return completed form to: Fax: **(414) 721-9625**.

***THIS FORM MUST BE COMPLETED BY A MEDICAL PROVIDER***

The purpose of this form is to help us determine the clinical condition of our employee, your patient, if they are continuing to be totally disabled or are able to return back to work. Please complete all entries listed. Northwestern Mutual is dedicated to assisting employees with a successful return to work. The completed form should be returned by the due date below via fax to Northwestern Mutual Health Services.

**NOTE: The employee is responsible for completion of this form without expense to Northwestern Mutual.**

| PATIENT'S NAME *(Please print)* | DATE OF BIRTH | FORM DUE BY DATE |
|---|---|---|
| KEVIN DONOVAN | 9/1/1977 | 7/20/2025 |

1. Reasons for continued disability *(Describe complications, if any)* [redacted]

2. (a) Date of most recent treatment: 07/17/2025 (MM/DD/YYYY) (b) Date of next appointment: 07/24/2025 (MM/DD/YYYY)
   (c) Frequency of treatments: weekly

3. The patient has been continuously disabled (unable to work) from 03/18/2025 DATE (MM/DD/YYYY) through 07/17/2025 DATE (MM/DD/YYYY)

4. Is patient able to return to restricted employment? ☐ Yes ☒ No If yes, when? ________ (MM/DD/YYYY)

5. What restrictions are needed for return to work for this patient (e.g., transition schedule, weight restrictions, etc.)?
   Unable to return to work until capable to work a full 4 hours a day. Full restrictions at this time

6. Estimated date of return to work without restrictions: 02/15/2025 (MM/DD/YYYY)

| PHYSICIAN'S NAME *(Please print)* | | SPECIALTY | | |
|---|---|---|---|---|
| Justin Dearing | | Chiropractor | | |
| LICENSE NUMBER | PHONE NUMBER *(include area code)* | FAX NUMBER *(include area code)* | | |
| 2528 | (615) 721-5141 | (615) 235-0074 | | |
| STREET ADDRESS | CITY | | STATE | ZIP CODE |
| 8115 Isabella Ln Suite 8 | Brentwood | | TN | 37027 |

[signature] PHYSICIAN'S SIGNATURE

07/21/2025
DATE (MM/DD/YYYY)

## HEALTHCARE PROVIDER WARNING

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information ' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

QUESTIONS? EMAIL: [illegible] PHONE: (414) 665-1696