1114 17th Avenue South, Suite 101
Nashville, Tennessee 37212
Phone: (615) 383-1777 Ext 124
Timmons Properties Inc.

**Report Outdoor Lighting Issues**:

Middle TN Electric: https://mte.com/OutdoorLights
Nashville Electric: https://www.nespower.com/forms/report-a-streetlight-issue/

---

**From:** Timmons Properties, Inc. <customercare@timmonsprop.com>
**Sent:** Friday, May 16, 2025 9:35 PM
**To:** Kaley Vaughn <kvaughn@timmonsprop.com>
**Subject:** Violation Reminder (4 Ltr) (Photo) - 2nd Reminder (P) - [#XN1108821]

Warning: **This email originated from outside of Timmons Properties email system. DO NOT CLICK LINKS or ATTACHMENTS in this email unless you recognize the sender and know the content is safe.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you would like to respond to this notification, please place your response above the dotted line.

I am writing to formally object to the $50 fine issued today regarding my camper. The vehicle was parked for
less than 24 hours and is already in the process of being moved. This enforcement is not only premature and factually inaccurate�it is also retaliatory, excessive, and part of a pattern of harassment I�ve documented previously.

You have been made aware, on multiple occasions, that I am managing ongoing health issues which impact my mobility and
pace. The Fair Housing Act (42 U.S.C. � 3601 et seq.) requires reasonable accommodations for individuals with disabilities. Your continued refusal to allow even a minimal, temporary accommodation demonstrates a clear violation of federal law.

Furthermore, your actions are occurring in the shadow of a prior Fair Housing violation involving Steve Cody and a resident
who tragically lost her life following sustained HOA harassment over a trash can. That incident resulted in a settlement, mandatory training, and placed your HOA�and its agents�on notice. Repeated violations carry escalated penalties and liability.

Additionally, I have credible reason to believe that the HOA President has been following and photographing my family,
which, if confirmed, constitutes a serious escalation of personal harassment and an invasion of privacy. This is unacceptable, disturbing, and legally actionable.

Let me be absolutely clear:

- Cease all direct or indirect harassment of me and my family immediately.
- Rescind the $50 fine, which is unsupported by the facts or governing documents.
- Rescind any previous fines for a cracked fence that I told you I was having health issues originally about.
- Acknowledge your obligation to accommodate reasonable health-related needs under the Fair Housing Act.
- Confirm in writing that further surveillance, targeting, or retaliation will cease.

If I receive one more unjustified citation or indication of coordinated harassment, I will proceed with the following:

- A formal complaint to the U.S. Department of Housing and Urban Development (HUD)
- A civil rights grievance under 42 U.S.C. � 1983
- Cease-and-desist orders, restraining orders, and personal claims against each party involved, both in your official capacity and individually

You are now formally on notice. Any further action will be considered willful and knowing, triggering significant legal exposure.

---

**From:** Kevin Donovan

**Sent:** Friday, May 16, 2025 8:39 PM

**To:** Timmons Properties, Inc.

**Subject:** Re: Second Reminder for 6008 Christmas Drive, Nolensville, TN 37135 in Bent Creek Homeowners Association, Inc. - [#XN1108821]

I have 24 hours.

You are harassing me and this stops now.

---

**From:** Timmons Properties, Inc.

**Sent:** Friday, May 16, 2025 5:49:35 PM

**To:** donovak@hotmail.com

**Subject:** Second Reminder for 6008 Christmas Drive, Nolensville, TN 37135 in Bent Creek Homeowners Association, Inc. - [#XN1108821]

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you would like to respond to this notification, please place your response above the dotted line.

**You will receive a copy of this notice in the mail.**

Kevin Donovan

Community Associations, such as yours, are tasked with maintaining harmony and protecting property values within the community. During a recent inspection, it was observed
that certain aspects of your property did not meet the standards set forth in the governing documents. Specifically, the following areas were identified as non-compliant:
***Prohibited Vehicle- Boat, Camper, Commercial Vehicle, RV or Trailer - Please remove the camper/recreational vehicle and refrain from parking on the street as this is prohibited in Bent Creek.***.

***Please view the attached letter for more information.***

If you believe that your property complies and that this notice has been mistakenly issued, please communicate with us. To avoid further notices and potential fines, you can

respond to this email.

Please remember that this letter is a courtesy notice, demonstrating our dedication to a harmonious community. We greatly value your immediate action to address the issues noted. Your cooperation is vital in upholding the community's aesthetic and quality of life.

We thank you in advance for your cooperation and for helping to make Bent Creek Homeowners Association, Inc. a remarkable place to live.

Sincerely,

Kaley Vaughn

Bent Creek Homeowners Association, Inc.

This Community is Professionally Managed By:

Timmons Properties, Inc.

Email: customercare@timonsprop.com

portal.timmonsproperties.com

Item Details:
Prohibited Vehicle- Boat, Camper, Commercial Vehicle, RV or Trailer - Please remove the camper/recreational vehicle and refrain from parking on the street as this is prohibited in Bent Creek.
Bent Creek Homeowners' Association
Kevin Donovan
6008 Christmas Drive

Please remove the camper/recreational vehicle and refrain from parking on the street as this is prohibited in Bent Creek.

--
Sincerely,

Kevin Donovan