**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE- NASHVILLE DIVISION**

KEVIN M. DONOVAN,

Plaintiff,

v.

BENT CREEK HOMEOWNERS ASSOCIATION, INC., et al.,

Defendants.

CASE NO. 3:26-cv-00700

___________________________________/

**DEFENDANTS' MOTION TO REDACT PERSONAL IDENTIFIER**

Defendants, Bent Creek Homeowners Association, Inc. ("Association"), Timmons Properties, Inc. ("Timmons"), Lynn Burka, Robert Steve Cody, Jeremy Edge, David Raissi, Jared Burke, Melissa Plank, Susannah Millar, and Tim Barry ("Defendants"), by and through undersigned counsel, respectfully moves this Court to redact a personal identifier inadvertently included in an exhibit filed in support of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, and states as follows:

1. On August 31, 2026, Defendants filed their Motion to Dismiss Plaintiff's Second Amended Complaint and Incorporated Memorandum of Law [Doc. 37].
2. An exhibit filed in connection with Defendants' Motion contains a Supplementary Attending Physician's Statement concerning Plaintiff Kevin M. Donovan.
3. Defendants inadvertently failed to redact Plaintiff's full date of birth appearing on the Supplementary Attending Physician's Statement at [Doc. 36-1, PageID #1402].
4. Federal Rule of Civil Procedure 5.2(a) provides that a filing containing an individual's date of birth may include only the year of the individual's birth.
5. Defendants therefore respectfully request that the Court direct the Clerk to redact the

month and day of Plaintiff's date of birth from [Doc. 37-1, PageID #1402], leaving only the year of birth visible, or, alternatively, remove the subject document from the public docket and permit Defendants to refile the document with the personal identifier properly redacted.

**WHEREFORE**, the Defendants respectfully request that this Court enter an Order directing the Clerk to redact the month and day of Plaintiff's date of birth from [Doc. 37-1, PageID #1402], leaving only the year of birth visible, and grant such other and further relief as the Court deems appropriate.

/s/ Marielle Westerman, Esq.
Marielle Westerman, Esquire
BPR No. 040074
Westerman Law, PLLC
725 Cool Springs Blvd, Ste. 600
Franklin, TN 37067
Telephone No.: (629) 256-6179
Primary Email: mwesterman@westerman.law

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2026, I electronically filed the foregoing Motion to Redact Personal Identifier using the CM/ECF system, which will send notification of such filing to all parties and counsel of record who are registered CM/ECF users. I further certify that a copy of the foregoing was served by U.S. Mail upon the pro se Plaintiff, Kevin M. Donovan.

/s/ Marielle Westerman, Esq.
Marielle Westerman, Esquire
BPR No. 040074
Westerman Law, PLLC
725 Cool Springs Blvd, Ste. 600
Franklin, TN 37067
Telephone No.: (629) 256-6179
Primary Email: mwesterman@westerman.law