# EXHIBIT 1

## TO THE DECLARATION OF KEVIN M. DONOVAN

## STATEMENTS PUBLISHED BY JEREMY EDGE

Bent Creek Neighborhood -Uncensored- — June 23, 2025

*2 native capture(s): IMG_2377, IMG_2379*

10:12

Bent Creek Neighborhood -Uncensored- Nolensville, TN
Jamie Manley · Jun 23 ·

**Jeremy Edge** · 17w

Erin Bowles Perry You are always so gracious and I appreciate that so much! Adult pool monitors were not available to us with our current pool company.  Believe me, we will be exploring other options there in the offseason and after the contract is fulfilled.  We have received a large amount of positive feedback from people about the security and the change in the pool experience. Most positive stuff is done vial email, phone, and text.  Most negative happens here on socials. The Falling Water entrance has been in the works for a long time (6 years), is a holdover from the town releasing a bond early, and is the fulfillment of many complaints from residents on that street regarding the hideous appearance of that entrance. As far as security for members, we are looking at serious threats, stalking, attempts to engage with my children from the sidewalk while my kids were playing, and the ability of the perpetrator to walk a fine line keeping any real legal action unavailable. Unfortunately, we are past the point of return as our safety is in question. I have no plans to take money from

Comment as Anonymo...

Native capture IMG_2377.jpeg — captured October 25, 2025 — unaltered

10:13

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

email, phone, and text. Most negative happens here on socials. The Falling Water entrance has been in the works for a long time (6 years), is a holdover from the town releasing a bond early, and is the fulfillment of many complaints from residents on that street regarding the hideous appearance of that entrance. As far as security for members, we are looking at serious threats, stalking, attempts to engage with my children from the sidewalk while my kids were playing, and the ability of the perpetrator to walk a fine line keeping any real legal action unavailable. Unfortunately, we are past the point of return as our safety is in question. I have no plans to take money from my family because of issues that are outside of my control and a re no fault of my own. No wrongdoing has taken place from our board. We have a lawyer present at meetings for goodness sakes. I understand that it is disheartening that HOA monies may need to be used for Board Member protection. However, can you imagine the cost if something bad does befall a member or their families?

Reply

Comment as Anonymo...

Native capture IMG_2379.jpeg — captured October 25, 2025 — unaltered

# EXHIBIT 2

## TO THE DECLARATION OF KEVIN M. DONOVAN

### THE SURROUNDING THREAD

Bent Creek Neighborhood -Uncensored- — June 23, 2025

*10 native capture(s): IMG_2371, IMG_2372, IMG_2373, IMG_2374, IMG_2376, IMG_2380, IMG_2381, IMG_2382, IMG_2383, IMG_2384*

from people who have never reached out to us or ever attended a quarterly open meeting.  You want us to comunicate  everything on socail media.  We send out newsletters.  But you want more.  We should send out spoonfed bulletted lists every month? Maybe we shoud read it out loud for everyone? Seriously.  Get a grip.  You started this by asking why I could not just be transparent. This is why we don't communicate on social media.  Every keyboard warrior will say lots of things that they would never say to our face.  They never say it to our face.  Most quarterly meetings have less than 5 people attend and the annual meeting has less than 30.  We ask people to call us or email us or even meet up with us because everyone tends to be pleasant and in the frame of mind to solve problems.  Who is attacking who on this thread?

Reply

**Angie Baker** > Jeremy Edge · 17w

Jeremy Edge carry on

Reply

Comment as Anonymo...

10:09

# Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

**Jeremy Edge** · 17w

Christopher Craig Hendrickson I absolutely love and respect the NPD to the extreme. Liek we used to make Thanksgiving dinner for them level of love. However, this situation isn't really high on their priority list. Also, you would be surprised how little can and will be done until there is actual violence instead of threats and attempts at intimidation. If it were just me, I would not care about any threats and I am certainly not intimidated. However, my 5 year old and my 8 year old have no say in this situation. Nor do my elderly parents who live with us.

Reply

**Bekah Henderson Bartlett** · 17w

Christopher Craig Hendrickson yes!! If board members are being threatened, there are legal avenues for addressing those threats and the individuals that sent them without penalizing the other homeowners by spending additional HOA revenue.

I also absolutely agree with Angie Baker. If this is occurring, it's unacceptable but just evidence of a bigger problem.

Reply 1

Comment as Anonymo...

Native capture IMG_2372.jpeg — captured October 25, 2025 — unaltered

10:09

Bent Creek Neighborhood -Uncensored- Nolensville, TN
Jamie Manley · Jun 23 ·

**Erin Bowles Perry** · 17w
Don't shoot the messenger. No idea if these things are related or not, but there were 2 cop cars outside our HOA board president's home tonight when I came home from work.

So maybe they are trying to handle things, and maybe that means NPD does care and is doing their job.

If a real threat is present, it should be addressed and I believe in everything that I know about NPD they are pretty good at their jobs, but also - what do I know. 🤪

Reply

**Jeremy Edge** · 17w
Erin Bowles Perry it was definitely an eventful meeting tonight. I hope no one took my comments to mean the NPD wasn't doing their jobs. They are amazing. There is just so little that can be done until actual violence is perpetrated and then it is too late.

Reply

**Erin Bowles Perry** · 17w
Jeremy Edge -can you also clarify, if you all used funds for security systems those are owned by the HOA, correct? Not by the individual

Comment as Anonymo...

Native capture IMG_2373.jpeg — captured October 25, 2025 — unaltered

10:10

**Bent Creek Neighborhood -Uncensored- Nolensville, TN**
Jamie Manley · Jun 23 ·

**Jeremy Edge** · 17w
Erin Bowles Perry it was definitely an eventful meeting tonight.  I hope no one took my comments to mean the NPD wasn't doing their jobs.  They are amazing.  There is just so little that can be done until actual violence is perpetrated and then it is too late.

Reply

**Erin Bowles Perry** · 17w
Jeremy Edge -can you also clarify, if you all used funds for security systems those are owned by the HOA, correct? Not by the individual homeowner. So how does the HOA (the owner of the system) get those back when a term is up?

I would think you wouldn't be allowed to use group funds on individual homes without setting a legal precedent that any homeowner experiencing threats or perceived threats or fear of safety would be able to then request a camera paid for by the board.

Reply 2

**Jeremy Edge** > Erin Bowles Perry · 17w
Erin Bowles Perry It would be monitoring, not a system. It seems

Comment as Anonymo...

Native capture IMG_2374.jpeg — captured October 25, 2025 — unaltered

10:11

# Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

**Erin Bowles Perry** · 17w

I'm guessing by all the cars and your comment that several board members were there?

Has there been a threat of violence in any way, or is it just nervous about behaviors? I have a ton of empathy because no one should feel unsafe here, and at the same time - I'm having a hard time justifying the use of HOA funds for private security for board member homes, especially if there hasn't been a direct threat of violence made.

To play translator here for some of the people who get upset, I think there has been such a lack of transparency for so long with the board that peo... See more

Reply 3

**Jeremy Edge** · 17w

Erin Bowles Perry You are always so gracious and I appreciate that so much! Adult pool monitors were not available to us with our current pool company. Believe me, we will be exploring other options there in the offseason and after the contract is fulfilled. We have received a large amount of positive feedback from

Comment as Anonymo...

Native capture IMG_2376.jpeg — captured October 25, 2025 — unaltered

10:14

# Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

**Kelly Barnes Weaver** · 17w

It didn't say they have personal security guards at their homes. It said the neighborhood had hired security for the board members. Didn't specify they had them at their individual homes. But I also wonder why it was taken down. The point of the uncensored group is to say what we want.

Reply

**Jeremy Edge** · 17w

Kelly Weaver YOU can say what you want. I am held to a different standard due to my membership on the board. I am not complaining about that fact, it comes with the territory. No one on this page or any other holds me to a higher standard. The HOA legal team does, though.

Reply

**Bekah Henderson Bartlett** · 17w

Kelly Weaver I don't think admin is censoring but the individuals posting can delete whatever they want.

Reply 1

**Krista Greider Comer** · 17w · Admin

Kelly Weaver the post was removed by the poster. Anyone can retract a post they make in any Facebook group.

Comment as Anonymo...

Native capture IMG_2380.jpeg — captured October 25, 2025 — unaltered

10:14

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

**Jeremy Edge** · 17w · ★ Rising contributor

Feel free to message me if you have any questions

Reply

**Angie Baker** · 17w

Jeremy Edge why can't you be transparent and answer the questions asked, rather than having your inbox filled up? Is it because as a member of the board you are being targeted for being transparent? If that's the case, it's proof of the problem.

Reply 1

**Jeremy Edge** · 17w

Angie Baker I have no idea what you're trying to say here. I made the post last night because I was frustrated that my children cannot play in our yard without constant adult supervision due to things that cannot be discussed. Legal matters cannot be discussed. I tend to do what our lawyers advise me to do. Call me whatever you want. Tell me I'm not transparent. I don't really care. I don't have to talk to anybody on Facebook. I do tend to go out of my way to help people that are polite.

Reply

Comment as Anonymo...

Native capture IMG_2381.jpeg — captured October 25, 2025 — unaltered

10:15

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

**Angie Baker** > Jeremy Edge · 17w

Jeremy Edge I'm not being impolite, but if that's the way you choose to take it, then that's your decision. I don't have your phone number to call you, but don't feel the need to...it's not that big of a deal. What I do care about is if my HOA dues are going toward personal security for the board members at their homes. If personal security is required, that's a huge problem that shouldn't be happening in a neighborhood such as BC. No kid or family should feel unsafe in their own home. One of the best things about this neighborhood is my kids can play outside and ride their bikes around without fear of danger, and that's how it should be for ever... See more

Reply 1

**Jeremy Edge** > Angie Baker · 17w

Angie Baker Cool. Not sure how me removing a post that I made while upset that I probably should not have made is not answering questions and not being transparent. Arguments like this are why the HOA does not communicate via social media. You will notice there are no other board members

Comment as Anonymo...

Native capture IMG_2382.jpeg — captured October 25, 2025 — unaltered

10:15

**Bent Creek Neighborhood -Uncensored- Nolensville, TN**

Jamie Manley · Jun 23 ·

**Jeremy Edge** > Angie Baker · 17w

Angie Baker Cool. Not sure how me removing a post that I made while upset that I probably should not have made is not answering questions and not being transparent. Arguments like this are why the HOA does not communicate via social media. You will notice there are no other board members on this page. You can say you are not being impolite and then use the excuse that I am taking it that way and it is my choice to do so to cover up for being antagonistic. I have every right to be angry that my kids cannot play in their yard because of threats made to the board. Saying something should not happen is great. Feeling that your children are unsafe in their yard is not so great. I agree, this should not be happening. However, it is. So sorry if I am not feeling wonderful about the neighborhood currently. If some of your dues go to security systems and cameras for board members because of threats then that is just what has to happen. I am sure it will cost less than the legal fees if something adverse happens to one of my family members. This should

Comment as Anonymo...

10:15

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jamie Manley · Jun 23 ·

transparent. Arguments like this are why the HOA does not communicate via social media. You will notice there are no other board members on this page. You can say you are not being impolite and then use the excuse that I am taking it that way and it is my choice to do so to cover up for being antagonistic. I have every right to be angry that my kids cannot play in their yard because of threats made to the board. Saying something should not happen is great. Feeling that your children are unsafe in their yard is not so great. I agree, this should not be happening. However, it is. So sorry if I am not feeling wonderful about the neighborhood currently. If some of your dues go to security systems and cameras for board members because of threats then that is just what has to happen. I am sure it will cost less than the legal fees if something adverse happens to one of my family members. This should get a lot of people to run next April/ May! I look forward to all of the names on the ballot for those of you who think you know so much more than the Board members. These are exciting times we live in!

Reply

Comment as Anonymo...

Native capture IMG_2384.jpeg — captured October 25, 2025 — unaltered

# EXHIBIT 3

## TO THE DECLARATION OF KEVIN M. DONOVAN

## POST BY JEREMY EDGE DATED JUNE 24, 2025

"Tidbits from the HOA meeting last night"

*1 native capture(s): IMG_2368*

7:59

Bent Creek Neighborhood -Uncensored- Nolensville, TN

Jeremy Edge · Jun 24 ·

Tidbits from the HOA meeting last night:
-Water has been run for the Falling Water entrance irrigation
-Several dead trees in the common areas will be coming down over the next couple of months
-The Board voted to alter the security Guards' hours to save some money.  They wil be there from noon-closing until school starts back and then only on weekends.
-The board plans to add a line in the ARC form to make sure homeowners inform their contractors of the parking rules in Bent Creek so we hope to have less problematic spots due to homeowners and their visitors parking on the odd side of the road and contractors and their workers parking across from them on the even sides.
-We started planning the back to school event
-We discussed budgeting to effectively offset the cost of security but we are also waitinbg to see how much is saved if we do not have to drain the pool multiple times this season.

Like Comment Send

Matt Ballard + 33

Most relevant

**Dana Reasons Bailey** · 17w
Jeremy...who do we contact about multiple street lights out? I keep forgetting to ask someone 😬

Reply

Comment as Kevin Don...

Native capture IMG_2368.jpeg — captured October 25, 2025 — unaltered

# EXHIBIT 4

**TO THE DECLARATION OF KEVIN M. DONOVAN**

**EMAIL FROM LYNN BURKA**
**DATED MONDAY, MAY 19, 2025**

The same document filed as Exhibit E to the Second Amended Complaint
(Bates DONOVAN-000027 through DONOVAN-000029)

*The as-filed, redacted copy of record, unaltered.*

**Subject:** Email Correspondence - [#XN1137987]
**Date:** Monday, May 19, 2025 at 12:01:55 PM Central Daylight Time
**From:** Timmons Properties, Inc.
**To:** [redacted]
**CC:** [redacted], [redacted]
**Attachments:** Timmons Properties - Reasonable Accomodation Request Form.pdf

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you would like to respond to this notification, please place your response above the dotted line.

Mr. Donovan - Due to the seriousness of your request, I am resending Lynn's email with the Reasonable Accommodations Request Form to be sure that you have received it.

Response to Your Recent Communication – Bent Creek HOA

Dear Mr. Donovan,

Thank you for your recent communication. I will address each of your concerns individually below.

**Request for Reasonable Accommodation**

This is the first instance in which you've mentioned a disability that may impact your mobility or indicated a desire to request a reasonable accommodation. We are committed to working with you and assisting with your request; however, we must receive a formal, detailed request regarding the camper violation. Please send this request directly to both Kaley Vaughn and me. Once received, we will forward it to the appropriate parties for review.

**Request to Remove the Fine**

In your prior correspondence, your dispute focused solely on your belief that you are only obligated to comply with the Town of Nolensville's ordinance and not the Bent Creek Governing Documents, which allow camper parking for 24 hours within any 12-month period. Once we receive your reasonable accommodation request, your request for the removal of the fine will also be considered during the review process.

**Allegations of Harassment**

Timmons Properties serves as the managing agent for the Bent Creek HOA and is responsible for consistently and fairly enforcing the community's Governing Documents.

**Concerns Regarding Mr. Cody**

Timmons Properties has no knowledge or record, nor have you provided any proof of Mr. Cody following you or your family or taking photographs. If you believe this behavior

is occurring, we recommend that you contact the proper authorities and take any actions you feel are necessary to address your concerns through the appropriate legal or law enforcement channels.

**Future Communication Protocol**

We take health issues very seriously, and due to the nature of your concerns, as well as your recent threatening and disruptive behavior during in-person interactions and phone conversations we must establish clear boundaries and acceptable forms of communication going forward.

Therefore, you are hereby requested to cease and desist from all direct and indirect contact with the Bent Creek HOA Board members. This includes, but is not limited to, visiting their homes, walking past their homes and standing on the sidewalk staring at their house, phone calls, emails, and text messages. All future communication regarding HOA matters must be submitted in writing and directed only to Kaley Vaughn, myself and the [redacted] email address.

This step is necessary to ensure the safety, well-being, and professionalism of all parties involved.

**Required Action**

Submit your written request for a reasonable accommodation providing the specific accommodations you are requesting pertaining to the camper being parked on the street beside your home. We encourage you to submit the request as soon as possible so we may proceed with appropriate review and consideration.

Should you have any questions, please feel free to contact us in writing.

Sincerely,

Lynn Burka

President, Managing Partner

Timmons Properties

Respectfully,

Kaley Vaughn
Association Manager

Item Details:
Bent Creek Homeowners' Association
Kevin Donovan
6008 Christmas Drive
Appeal Form

Hi Kevin - Attached is the appeal form per our conversation.

Sincerely,

Kaley Vaughn
On behalf of Bent Creek Homeowners Association, Inc.

This Community is Professionally Managed By:
Timmons Properties, Inc.
(615) 383-1777

timmonsproperties.com

# EXHIBIT 5

## TO THE DECLARATION OF KEVIN M. DONOVAN

## TEXT MESSAGES WITH MIKE ARONE
## JUNE 22-24, 2025

Excerpt from Plaintiff's native Messages export of his thread with Mike Arone

*Two consecutive pages of a longer thread. The foot of the second page, containing later and unrelated messages, has been trimmed. Nothing shown has been altered. The remainder of the thread is not reproduced.*

Jun 22, 2025 at 7:39 PM

U left ur glass. I'll drop it on your porch tomorrow

Jun 23, 2025 at 7:58 AM

I woke up in the middle of the night and realized that

Thank you for everything

I appreciate you both

What's up with Jeremy post on HOA needing security guards

I don't know

He blocked me and I can't see it

Can you screenshot it to me?

He took it down. Basically he said that there is a resident who is threatening the HOA and that the cost of private security for board members will be very high, he said this particular neighbor is prioritizing personal financial gain over community

This was posted on BC uncensored

What!?!

You have to be kidding me

Nope. He went on a rant

He started it out by saying just so the community knows, we have a resident who is a real problem

No way!

That is insane. That elevates their activity of retaliation against me

Are you on the uncensored page

I am
But he blocked me

I saw a bunch of people say thanks for the explanation Jeremy edge. But i couldn't see anything he posted

It was a doozy

Jun 23, 2025 at 9:37 AM




DECL-0023

# EXHIBIT 6

**TO THE DECLARATION OF KEVIN M. DONOVAN**

**SCREENSHOT SENT BY MIKE ARONE**

Bent Creek Neighborhood -Uncensored- — captured and sent June 23, 2025, 9:37 a.m.

*Native image received in Messages, unaltered.*
*The comment bar reads "Comment as Mike Arone."*




Native image received in Messages June 23, 2025, 9:37 a.m. — unaltered