IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**KEVIN M. DONOVAN,**
Plaintiff,

v.

BENT CREEK HOMEOWNERS ASSOCIATION, INC., et al.,
Defendants.

Case No. 3:26-cv-00700

Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Lynda M. Hill

JURY DEMAND

## DECLARATION OF KEVIN M. DONOVAN IN OPPOSITION TO DEFENDANT EDGE'S PETITION TO DISMISS (DOC. 36)

I, Kevin M. Donovan, declare as follows:

**1.** I am the plaintiff in this action. I am over eighteen years of age and competent to testify to the matters stated below, each of which is within my personal knowledge.

**2.** I reside at 6008 Christmas Drive, Nolensville, Tennessee 37135, within the Bent Creek subdivision, and I have owned that property at all times relevant to this action. I have never served as an officer or director of the Association, as a member of any of its committees, or as a candidate for its Board, and I have never spoken on its behalf.

***The statements, and how I obtained them***

**3.** Attached as Exhibit 1 are true and correct copies of statements published by Jeremy Edge in the Facebook group "Bent Creek Neighborhood -Uncensored-." I captured these images myself, directly from that group, on Saturday, October 25, 2025. They accurately depict the statements as they appeared on my screen when I captured them.

**4.** The relative time stamps visible in the images — "17w" — state the age of each post as of the moment of capture, not the date of capture. Seventeen weeks before October 25, 2025 is the week of June 23, 2025.

**5.** Attached as Exhibit 2 are true and correct copies of additional comments in the same thread, captured by me at the same time and in the same manner. They include a comment by Erin Bowles Perry asking Mr. Edge whether "there has been a threat of violence in any way, or is it just nervous about behaviors," and Mr. Edge's reply to that question.

**6.** Attached as Exhibit 3 is a true and correct copy, captured by me at the same time and in the same manner, of a separate post by Mr. Edge which begins "Tidbits from the HOA meeting last night." The post's header bears the date "Jun 24," and the comment beneath it bears the relative stamp "17w." The post refers to a meeting held the previous night — June 23, 2025.

**7.** The thread in which the statements appear was begun on June 23, 2025 by Jamie Manley. Other residents of the neighborhood commented in it.

**8.** Admission to the "Bent Creek Neighborhood -Uncensored-" group is granted by a resident administrator. I have never observed the Association exercise any control over admission to it.

***The accusations are false***

**9.** I have never stalked, threatened, or harassed any resident of Bent Creek.

**10.** I have never threatened Mr. Edge's children, and I have never threatened any child. I have never sought out, followed, waited for, or attempted to speak with Mr. Edge's children, from a sidewalk or anywhere else. If Mr. Edge's children were present on an occasion when Mr. Edge addressed me, I directed no statement to them. I would not recognize Mr. Edge's children on sight.

11. I have never been charged with, arrested for, or convicted of stalking, making threats, or any similar offense.

12. To this day, no person has identified to me a single statement I am supposed to have made that constituted a threat — not the date of it, not the words of it, and not the person to whom it is said to have been spoken.

***June 23, 2025: the Board meeting, and what I observed***

13. On Monday, June 23, 2025, I went to a Bent Creek HOA Board meeting to deliver a records-inspection demand. Board meetings are held at the private residence of Robert Steve Cody.

14. Law enforcement officers came to the property while I was there. Mr. Cody and Mr. Edge were both present.

15. I spoke with the responding officers. I asked them to confirm that I had made no threats toward any Board member.

16. The officers instructed me that I was not to go onto Mr. Cody's or Mr. Edge's grass or driveways, and that I could continue to use the public sidewalk. I have complied with that instruction.

17. No citation was issued to me and no charge was brought against me arising out of that contact, then or at any time since.

***Mr. Edge's own statements that same night***

18. In the June 23, 2025 thread, replying in the same conversation in which the statements at issue were made, Mr. Edge wrote: "I hope no one took my comments to mean the NPD wasn't doing their jobs. They are amazing. There is just so little that can be done until actual violence is perpetrated and then it is too late." This appears in Exhibit 2.

19. In the same thread, Erin Bowles Perry wrote: "No idea if these things are related or not, but there were 2 cop cars outside our HOA board president's home tonight when I came home from work." Mr. Edge replied: "it was definitely an eventful meeting tonight." This appears in Exhibit 2.

20. In the same thread, Mr. Edge wrote that "there are no other board members on this page." This appears in Exhibit 2.

***My encounter with Mr. Edge***

21. On an occasion in 2025, I passed Mr. Edge and an older man whom I understood to be his father while they were outside. The older man greeted me and I returned the greeting. Mr. Edge then said to him, "Don't talk to him, Dad."

22. Mr. Edge did not, on that occasion, tell me to stay away from him, summon any officer, or say anything to me at all.

***The claimed evidence, requested and never produced***

23. On Thursday, June 19, 2025, I spoke by telephone with Kiel Kovalcik of Kaman & Cusimano, counsel to the Association, about a letter he had sent me asserting that there was evidence of my screaming at and threatening members of the Association. During that call Mr. Kovalcik stated that there was a video. I asked him to provide it. He answered that he would determine what they would provide. I recorded the call and retain the recording.

24. No video was provided to me on that call or afterward.

25. On Thursday, June 26, 2025 and again on Wednesday, July 2, 2025, I spoke with Scott D. Weiss of Kaman & Cusimano by video conference. On the first of those calls I described to him the assertion that there was video proof of my screaming at and making threats to members of the Association, and I asked that any such evidence be provided to me. I recorded both calls and retain the recordings.

26. No such video or other evidence has been provided to me by Mr. Kovalcik, by Mr. Weiss, by Kaman & Cusimano, by the Association, or by any other person, at any time.

27. I have reviewed Mr. Edge's petition in this action. It states that he possesses "video and pictorial evidence" and "reports to law enforcement." No such material has ever been provided to me, and none is attached to his petition.

***The sidewalk***

28. Attached as Exhibit 4 is a true and correct copy of an email I received on Monday, May 19, 2025 from Lynn Burka, President of Timmons Properties, the Association's management company. It directed me to cease "visiting their homes, walking past their homes and standing on the sidewalk staring at their house." The same document is Exhibit E to the Second Amended Complaint.

29. That email was sent to me on May 19, 2025. The statements at issue were published on June 23, 2025, five weeks later.

***How I learned of the statements***

30. There are two Bent Creek neighborhood Facebook groups. On June 23, 2025 I was not a member of the group known as "Bent Creek Neighborhood," having been removed from it. On that date I was a member of "Bent Creek Neighborhood -Uncensored-," the group in which Mr. Edge's statements appear, and I was able to view that group.

31. Mr. Edge blocked me on Facebook. While he had me blocked I could not see his posts or comments, including in a group I was otherwise able to view. He unblocked me at a later time.

32. Mr. Edge had me blocked on June 23, 2025. Attached as Exhibit 5 are true and correct copies of text messages I exchanged that morning with Mike Arone, a former Treasurer of the Association, in an exchange that began at 7:58 a.m. I wrote to him that Mr. Edge "blocked

me and I can't see it." When Mr. Arone asked whether I was on the "uncensored page," I answered that I was, "But he blocked me," and that although I saw others thanking Mr. Edge for his explanation, I "couldn't see anything he posted."

**33.** I did not see Mr. Edge's statements at the time they were published, because Mr. Edge had blocked me.

**34.** In that same June 23, 2025 morning exchange, Mr. Arone asked me, "What's up with Jeremy post on HOA needing security guards." I had not asked him about any post by Mr. Edge, and I did not know of one. This message appears in Exhibit 5.

**35.** I asked Mr. Arone to send me a screenshot. He replied, "He took it down," wrote that Mr. Edge had said "that there is a resident who is threatening the HOA," and wrote that the post had been made on "BC uncensored." This exchange appears in Exhibit 5.

**36.** At 9:37 a.m. that same morning, Mr. Arone sent me a screenshot. Attached as Exhibit 6 is a true and correct copy of the image I received. Its comment bar reads "Comment as Mike Arone." I did not create this image and did not alter it.

***Injury***

**37.** After I learned of Mr. Edge's statements, I experienced humiliation and anxiety arising from knowing that residents of the neighborhood in which I live and own my home had been told that I stalked, threatened, and harassed residents and their children.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 11, 2026, at Nolensville, Tennessee.

Kevin M. Donovan
6008 Christmas Drive
Nolensville, Tennessee 37135
(615) 428-9896
kevin.donovan@artofplanninglaw.com