IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

KEVIN M. DONOVAN,

Plaintiff,

v.

BENT CREEK HOMEOWNERS ASSOCIATION, INC., et al.,

Defendants.

Case No. 3:26-cv-00700

Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Lynda M. Hill

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kevin M. Donovan hereby gives notice that he dismisses this action in its entirety, as to all Defendants, without prejudice.

No Defendant has served an answer or a motion for summary judgment.

Dated: 10/ 1, 2026

Respectfully submitted,

Kevin M. Donovan (TN BPR No. 43740)
Plaintiff, pro se
6008 Christmas Drive
Nolensville, TN 37135
(615) 428-9896
kevin.donovan@artofplanninglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 10 / 1, 2026, I filed the foregoing in person with the Clerk of Court and served a copy by first-class United States mail, postage prepaid, addressed to: Marielle Westerman, Esq., Westerman Law, PLLC, 725 Cool Springs Blvd., Ste. 600, Franklin, TN 37067; and Lauren Paxton Roberts, Esq. and Anna Kate Ferrell, Esq., Stites & Harbison PLLC, 401 Commerce Street, Suite 800, Nashville, TN 37219. On the same date I also sent a courtesy copy to each by e-mail (mwesterman@westerman.law; lauren.roberts@stites.com; akferrell@stites.com).

Kevin M. Donovan